UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:15-CR-159-TWP-MJP |
| ) | |
| JARED FOGLE, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **Ronald E. Elberger** of the law firm **Bose McKinney & Evans LLP**, seeking an Order granting **Andrew Devooght** of **Loeb & Loeb LLP,** leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **Jared Fogle** in the above-styled cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Andrew Devooght
Loeb & Loeb LLP
321 North Clark Street, Suite 2300
Chicago, IL  60654
312-464-3167
adevooght@loeb.com

Dated: 08/19/2015

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF