UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:15-CR-159-TWP-MJP |
| | ) | |
| JARED FOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of **Ronald E. Elberger** of the law firm **Bose McKinney & Evans LLP**, seeking an Order granting **Jeremy D. Margolis** of **Loeb & Loeb LLP,** leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **Jared Fogle** in the above-styled cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
**Jeremy D. Margolis
Loeb & Loeb LLP
321 North Clark Street, Suite 2300
Chicago, IL  60654
(312) 464-3167
(312) 277-8957 (fax)
jmargolis@loeb.com**

Dated:  08/19/2015

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF