UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.  1:15-cr-0159-TWP-MJD |
| | ) | |
| JARED S. FOGLE, | ) | - 01 |
| Defendant. | ) | |

## MINUTE ENTRY
### For August 19, 2015

The parties appeared for an initial appearance on the Information dated August 19, 2015.  Defendant appeared in person and by retained counsel, Jeremy Margolis, Andrew DeVooght and Ronald Elberger.   Government represented by AUSA Steve DeBrota.   USPO represented by Brittany Neat.

Charges, rights and penalties were reviewed and explained.

Defendant signed Waiver of Indictment in open court.

The case will now proceed under the Information as the operative charging instrument.

Defendant waived formal arraignment.

Parties were ordered to disclose evidence on or before **August 21, 2015**.

Government did not seek pretrial detention and defendant ordered released.

Defendant released on conditions of pretrial release pending further proceedings before the Court.

Dated: 08/19/2015

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution to counsel via electronic notification.