UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JARED S FOGLE (01), )<br>)<br>Defendant. ) | No. 1:15-cr-00159-TWP-MJD |

## ORDER

The Court has received a letter regarding the Defendant. The Clerk of the Court shall docket the letter as a restricted access filing – submission of sentencing letter - and distribute a copy to counsel of record only.

Date: 8/27/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Ronald E. Elberger
BOSE MCKINNEY & EVANS, LLP
relberger@boselaw.com

Andrew DeVooght
Loeb & Loeb LLP
adevooght@loeb.com

Jeremy Margolis
Loeb & Loeb LLP
jmargolis@loeb.com

Steven D. DeBrota
UNITED STATES ATTORNEY'S OFFICE
steve.debrota@usdoj.gov

Electronic Distribution to United States Marshal Service

Electronic Distribution to United States Probation Office