## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 1:15-cr-00159-TWP-MJD |
| | ) |
| JARED S FOGLE (01), | ) |
| | ) |
| Defendant. | ) |

### SCHEDULING ORDER

This matter is scheduled for an attorneys only telephonic conference on Monday, November 16, 2015 at 11:00 a.m.  Counsel shall call the number provided by the Courtroom Deputy Clerk in a separate email.

Date:  11/13/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Ronald E. Elberger
BOSE MCKINNEY & EVANS, LLP
relberger@boselaw.com

Andrew DeVooght
Loeb & Loeb LLP
adevooght@loeb.com

Jeremy Margolis
Loeb & Loeb LLP
jmargolis@loeb.com

Steven D. DeBrota
UNITED STATES ATTORNEY'S OFFICE
steve.debrota@usdoj.gov

Electronic Service to United States Probation Office