Scott Petrie, #18868-052
United States PenitentiaryTucson
P.O. Box 24550
Tucson, Arizona 85734

Clerk of The Court
105 U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana 46204

November 1, 2015

RE: UNITED STATES VS JARED S FOGLE
    1:15-cr-00159-TWP-MJD

Please find enclosed a Motion for Stay of excution of sentence and a Motion for reconsideration for AMICUS CURIAE status to be heard before the Court accepts and finalizes the Plea and Sentence in this matter.

Respectfully,

Scott Petrie, 18868-052
Pro-Se

cc: Committee On the Judiciary
    2138 Rayburn Office Bldg
    Washington DC 20515

    Deputy Director, Attorney General
    1425 New York Ave., N.W.
    Dept of Justice Suite-11050

    U.S. Attorneys Office
    Attn: Lisa Fletcher, AUSA
    100 S. Clinton Street
    Syracuse, New York 13261

    C.N.N. News Media

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
                   INDIANPOLIS DIVISION


AMICUS CURIAE              )
         PETITIONER,       )
                           )
    VS.                    )     Case No. 1:15-cr-00159-TWP-MJD
                           )
JARED S FOGLE,             )     Temporary Motion For Stay Of
                           )     Excution of Sentencing:
         DEFENDANT.        )
                           )
```

This Court by Order recently denied this writer, Scott Petrie application to be heard in the above proceedings by/as AMICAS CURIAE, stating that I did not explain why or what unique prespective and facts that would aid the Court in a change of plea or sentencing.

Rather than give an AMICUS CURIAE a chance for their voice to be heard this Court would rather close the door and keep silent any such opposition to the obvious corrupt back door dealings that had not been for the reporting of in the national news media would have gone unnoticed. Either this Court is part of such or in the interest of Justice and Fairness will allow those who choose to step forward and voice an opposition be heard.

On Friday October 29th, 2015 CNN reported and Aired on national television audio tapes just released of the Defendant in this matter which detail his extensive abuse of children, these should be taken into account and listened to by your Honor and made part of any permanent record in this case. The enclosed reconsideration motion clarifies my interest and that is for equal justice, fairness and no more victims.

DATED: November 1, 2015

                                        Respectfully,

                                        *Scott Petrie*
                                        Scott Petrie

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
                     INDIANPOLIS DIVISION
```

AMICUS CURIAE,              )
                            )
        PETITIONER,         )
                            )
    VS.                     )   Case No.1:15-cr-00159-TWP-MJD
                            )
JARED S FOGLE,              )
                            )   MOTION FOR RECONSIDERATION OF
        DEFENDANT.          )   AMICUS CURIAE STATUS:
                            )
                            )

1. I Scott Petrie am asking this Honorable Court to recognize this writer as AMICUS CURIAE in the above referenced case;

2. I am a convicted sex offender am I am currently sentenced to 42 years, 40 of those years for Distrubution of Child Pornography;

3. I am currently housed and have been since June 2012 at the United States Penitentiary Tucson which is a maximum security prison of which houses 80% sex offenders;

4. I have also previously been convicted in the State of New York in 1987, and 1997 of sexual abuse;

5. I am also a suvivor of childhood sexual abuse and can attest to how it has affectd my life and continues to do so some 40 plus years after the fact;

6. The Court asumes I only want the maximum sentences for the defendant in this case. It is not my position to determin the sentence but the Courts with the aid of information provided to it if only it will listen;

7. In the Court's Order denying amicus curiae the Court outlined the "criterion" such as, will it assist the judge by presenting ideas, arguements, therios, insights, facts, or data that are not to be found in the partys' briefs. The Cout further reasoned such "criterion" is more likely to be satisfied in a case which a party is inadequately represented, or in which the amicus has a unique perspective that can assist the court beyond what the parties can provide. The Court goes on to say in this instant matter that the "parties" are properly represented and fully capable of making arguements for the Courts consideration, and I have to fully agree, the parties are represented, and as such, any such arguements they make or have made are in their own interest, self-serving, and not in the interest of justice, fairness or for the ultimate protection of the community so there will never be any more victims.

8. Mr. Fogle is represented not by one attorney, but several and im sure he has paid handsomely for that representation. From what I can assertain he is represented by multi-million dollar law firms of which have very, very close political ties including that of certain Judges for whom no doubt are indebted and owe favors. Because of those strong associations I am left to wonder if they reach into the far corners of the U.S. Attorneys Office as well?? Neither parties are going to jepordize the plea-deal that has been for some unimaginable reason offered and by the way agreed to...a minimum of 5 years with a maximum of 12 1/2 (150 months). The deal smells of corruption and clearly shows the disparity in how the United States Attorneys Office applies different standards based on where and who you are.

Does this Court recognize how this deal looks?? Is that why its blocking amicus curiae?? I thought our judicial system was open to the public and people had a right to speak and be heard and not silenced as this Court has attempted to do??

9. I do not profess to be an expert in anything. I am what I am and that is a pedophile and a victim of such at a very young age. In that respect I can offer ideas, arguments, theries, insights, facts and a unique perspective into the life of a pedophile and as well as a victim. I'm sure Mr. Fogle will not step forward and acknowledge that he is a pedophile, and im sure he is sorry, but, that only extends to him being caught. If he truly is sorry then let him come forward with restitution that is not conditioned upon his receiving a liennant sentence and an amount that has been calculated to cover the "lifetime" losses and effects for each of his victims and not treating them all the same as is currently being done. The prosecution of Mr. Fogle should have no restraints placed upon the sentencing Judge such as the "binding" plea that is currently in place. Besides what Mr. Fogle is currently charged with, there are to my understanding other uncharged abuses of children that he himself is heard talking about in the recently released telephone tapes of him. If he truly wants to be believed as being sorry he needs to come forward and identify those additional victims so they may receive the help they will surely need. If he chooses not to be truthfull, then let him stand before a Judge and plead for mercy. The fact that allthe victims are being treated the same and each being given $100,000 leads one to believe that it is just a payment for their silence and a way to buy his plea-deal and demonstrates that either none or not much thought

or consideration has been given to the victims and by such their voice has been silenced. I can practically guess and bet that I am correct that no one has individually stood up and looked at what each of these victims in this case will loose, or have lost that can or will be attributed to the defendants conduct. Has the Court asked each victim what they think of how much time Mr. Fogle should get in prison?? His youngest victim was reported to be 6 years old, who represented that individuals interest and to what extent?? The 12 cases in Indiana there pictures will forever be being traded for a lifetime and then some. What happens when another pedophile recognizes one of those victims in the super market or anywhere out in public and approaches them?? Do they even realize that could happen?? I'm sure the 6 year has no idea of the future consequences of Mr. Fogles actions. I'm sure this Court is familiar with the case of "Amy" and "Vickey" series of child pornography. To date "Amys" losses have been estimated at $3,381,159.00. In United States v Worden, 646, F.3d 499 (7th Cir 2011) $533,244 in restitution was ordered to "Amy"; United States v Christy 888 F.Supp.2d 1107 (10th Cir 2012) the USPO determined that $976,417.64 was due to the victim "Vickey"; United States v Kennedy, 643 F.3d. 1251 (9th Cir 2011) restitution in the amount of 3 million was requested for "Amy" and $227,000 for "Vickey"; United States v Danser, 270 F.3d 451 (7th Cir 2001) $309,270 restitution was ordered for Karen Does anticipated cost of future therapy...

   The case before the Court consist of 14 victims of various ages, 2 of which were used like prostitutes in New York, who knows what kind of lifestyle they have had to live to have been placed into that position. Im

sure that $100,000 does not even come close to compensate them for their future losses and expenses. The Court nor the U.S. Attorneys Office can say that a careful study or any type of consideration or estimate was properly conducted for the victims in this case. Yes, they may look at $100,000 dollars as a windfall especially to their present circumstances but 20 years from now as other cases demonstrate that amount comes no where close to even make a minor dent in the losses and expenses these victims will incur in their lifetimes. The Defendant has the means and ability to properly be held accountable financially toward his victims considering he is worth an estimated 15 million dollars. The restitution amount agreed to by the U.S. Attorneys Office is nothing but a slap in the face to the victims and advers to the senses as nothing but a bribe in an attempt to silence them and their interest.

10.  This Court should be well aware of the consequences of such victimization upon children as I myself can attest to. I do not use it as an excuse for my own behavior at all but cannot ignore the fact that it has affected my entire life, even today. I've lived a life of feeling not worth anything, always feeling that something was wrong with me, that I was not normal, feeling separate from others an outsider and that I caused somehow my own abuse as a little boy. It really does mess up your head and your whole social being. It has caused me a life of poor decisions, poor relationships, anger, hatred, and internal pain that was only releived by my own physical harm including several attempts on my own life, the next i've promised myself I wont fail because I feel it will be finally my one and only accomplishment finally achieved. You see when your dreams of yesturday are forever taken away from the grasp of your tommorrows and you fear the torment of living, death become a welcomming embrace.

-5-

11. The plea-deal in this case leads one to question its integrity because of the extreme leinnancy being provided. On October 29th, 2015 the News Media even raised its concern as to why Mr. Fogle was getting off so easy. There is no question that Mr. Fogle is a prolific childmolester by his own words...yet the current deal affords his a maximum sentence of 150 months and a restitution scheam that treats all the victims the same, indifferent to their individual victimization nor future needs. The disparity in this plea-deal can be realized by looking at other cases within the 7th Cir., many many more than I am going to list here but demonstrating the need to have some kind of sentencing reform so that defendants with lesser type crimes are not being unfairly treated differently because they lack the resorces such as Mr. Fogle has or the district prosecuting the case may be more prejudicial to certain types of offenses. United States v Brown, 634 F3d. 954 (7th Cir 2011), convicted of violating 18 U.S.C.S. 2252(a)(1) and (a)(4)(b) sentenced to 240 months; United States v Osborne, 551 F.3d. 718 (7th Cir 2008) 15 years for oissession and distrubtion; United States v Davis, 2015 U.S. App. Lexis 16107, convicted in 2013 Southern District of Indiana of possessing and distributing child pornography, sentenced to 292 months; Schweich v United States, 2013 U.S. Dist Lexis 69500, plea was for a sentence between 25 and 35 years, he was sentenced to 360 months; United States v Wainwright 2015 U.S. Dist Lexis 42638 (7th Cir) pled guilty to distributing, he was sentenced to max of 151 months; United States v Burrgard, 2014 U.S. Dist Lexis 14677 (7th Cir) pled guilty to two counts of receiving, and was sentenced to 210 months on each concurrent; United States v Gellinger, 367 Fed Appx 706 (7thCir 2010) sentenced to the maximum of 120 months in prison for 18 U.S.C.S. 2252(a)(4)(B)(He bought a membership to two known child pornography websites and was convicted at a bench trial of


knowingly possesing 18 images); <u>Kapordelis</u> v <u>Walton</u>, 2014 U.S. Dist Lexis 146265 (7th Cir) He was a Lieutenant Commander in the United States Navy, tried and found guilty of 3 counts 18 U.S.C.S. 2251 (a) and 2 receipt and one possession, sentenced to 35 years; <u>Pepper</u> v <u>United</u> <u>States</u>, 2014 U.S. Dist Lexis 95354 (7th Cir) pled guilty to 1 count enticement of a minor, in violation of 18 U.S.C.S. 2251(a),(e) and count 2, possesion 18 U.S.C.S. 2252(a)(4)(B), (b)(2) he was sentenced to consecutive terms of 360 months and 60 months, totaling 420 months.  There are hundreds of more cases, and unlike Mr. Fogle, they did not involve flying around the country, using fame and fortune to have sex with little girls, yet they received many many more years.  One such case your Honor should be familiar with is that of United States v Christopher Eads.  Mr. Eads continues to protest his innocence to this day, he went to trial, defended himself and was subsequently sentenced to 480 months in prison, Why???  I thought defendants were not suppose to be punished for exercising their right to a trial??  Surely his sentence could not be because of his purported crime?? Unlike Mr. Fogle, Mr. Eads did not have sex with little girls, yet he has received a sentence <u>over 3 times as long as Mr. Fogle</u>, same District, same U.S. Attorneys Office, same Judge, now tell me something does'nt stink...

12.  Your Honor can reject the plea in this case and I have outlined several reasons why it should.  This court has a duty to serve and protect the public, in this case, future children from being molested.  I have not heard the interview Mr. Fogle did with Phil Donnahu, nor all the phone recordings, only bits and pieces.  What I did hear by Mr. Fogles own words defines him what he is, a pedophile.  Even if your Honor sentences him to the maximum of the plea-deal (150 months)

-7-