# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JARED S FOGLE, )<br>)<br>Defendant. ) | Case No. 1:15-cr-00159-TWP-MJD |

## ENTRY ON MOTION TO RECONSIDER AND MOTION TO STAY

The Court has received and has considered Scott Petrie's Motion for Reconsideration of Amicus Curiae Status and his Temporary Motion for Stay of Execution of Sentencing.

Mr. Petrie's materials differ in form but not in substance from his prior motion and several letters concerning the disposition of this case. His materials will be treated as such and the motions he has tendered are **DENIED**.

**SO ORDERED.**

Date: 11/16/2015

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Scott Petrie, #18868-052
United States Penitentiary, Tucson, Arizona
Post Office Box 24550
Tucson, Arizona 85734

Ronald E. Elberger
BOSE MCKINNEY & EVANS, LLP
relberger@boselaw.com

Andrew DeVooght
LOEB & LOEB LLP
adevooght@loeb.com

Jeremy Margolis
LOEB & LOEB LLP
jmargolis@loeb.com

Steven D. DeBrota
UNITED STATES ATTORNEY'S OFFICE
steve.debrota@usdoj.gov