## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:15-cr-00159-TWP-MJD |
| ) | |
| JARED S FOGLE (01), ) | |
| ) | |
| Defendant. ) | |

### DECORUM ORDER

For the orderly progression of proceedings in this matter, the Court orders as follows:

This matter remains set for change of plea and sentencing hearing on November 19, 2015 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana. The doors to the Courtroom will open to parties and counsel at 8:15 a.m. The Courtroom will open to the public at 8:40 a.m.

**Electronic devices in Courtroom 344** – Cellular telephones and other electronic devices that are brought into the main courtroom must be completely turned off, and not just silenced. Anyone found to have a cellular phone or other electronic device turned on while in the courtroom will be removed from the courtroom, may have their electronic device(s) confiscated, may be detained by the United States Marshal Service, and may be subject to contempt of court. Anyone attending the hearing in Courtroom 344 is expected to stay for the duration of the proceedings.

**Electronic devices in the overflow courtroom (Courtroom 307[1])** – A live video and audio feed will be streamed into an overflow room, Courtroom 307. Members of the public and media will be permitted to have laptops, tablets, cellular phones, and other electronic devices in

---

[1] The overflow room will now be Courtroom 307 and not Room 434.

the overflow courtroom, and live reporting is allowed (i.e. email, blogging and tweeting). However, no person may record or transmit, or attempt to transmit, real-time transcripts. Additionally, pursuant to Federal Rule of Criminal Procedure 53, photographing, recording, and broadcasting of Court proceedings, including remote broadcast, is prohibited.  In addition, the policies of the Judicial Conference of the United States do not permit criminal courtroom proceedings in the district court to be broadcast, televised, recorded, or photographed for the purpose of public dissemination (Judicial Conference Policy of the United States Courts, March 1996, pp. 46-47).  Anyone found to be taking photographs; making an audio or video recording; or broadcasting or streaming any photographic, audio or video data while in the overflow room will be removed from the room, may have their electronic device(s) confiscated, may be detained by the United States Marshal Service, and may be subject to contempt of court.  Courtroom 307 will open at 8:00 a.m.

**Restrictions on interviews** - to assist with the overall security and general public access to the Courthouse, the Court has designated the plaza on the east side of the Courthouse (Pennsylvania Street) for media use.  At no time should public access to the Courthouse be restricted or obstructed by media covering events.  No member of the media shall attempt to secure an interview or conduct an interview inside of the Courthouse or in any area that prevents ingress to and egress from the Courthouse.  At no time may any attorney or party otherwise affiliated with this case hold a press conference in the Courthouse, on the steps leading to the Courthouse, or at any point of ingress to or egress from the Courthouse.

**Transcripts** - Persons interested in obtaining transcripts of the hearing should contact Court Reporter David Moxley at david_moxley@insd.uscourts.gov.


**Sketch artists** - Three seats in the jury box furthest from the bench will be made available for sketch artists, if any, commissioned by the media. Artists requesting a seat should contact the courts Public Information/ Projects Manager Doria Lynch at Doria_Lynch@insd.uscourts.gov.

**Seating** – If possible, seating within the main courtroom (344) will be on a first come first served basis. However, if necessary, to control the crowd and eliminate confusion in the courtroom, a seating lottery may be utilized.

**Parking** –Parking of the media's equipment trucks must conform to all city laws and court security measures. Please contact Shandy Plicka with General Services Agency ("GSA") at 317-226-5999 or shandy.plicka@gsa.gov, for questions regarding parking.

So Ordered: 11/16/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Ronald E. Elberger
BOSE MCKINNEY & EVANS, LLP
relberger@boselaw.com

Andrew Richard DeVooght
LOEB & LOEB LLP
adevooght@loeb.com

Jeremy Margolis
Loeb & Loeb LLP
jmargolis@loeb.com

Steven D. DeBrota
UNITED STATES ATTORNEY'S OFFICE
steve.debrota@usdoj.gov