IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:15-CR-00159-TWP-MJD |
| | ) | |
| v. | ) | |
| | ) | Judge Tanya Walton Pratt |
| JARED FOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

**SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM**

Defendant, JARED FOGLE, by and through his attorneys, JEREMY MARGOLIS and ANDREW DEVOOGHT, respectfully submits this supplement to the Sentencing Memorandum for this Court's consideration.

As the Court is aware, the defense will call Dr. John Bradford and Dr. Rick May to testify at Mr. Fogle's upcoming sentencing hearing on Thursday, November 19. In order to expedite the in-court examination of these witnesses, Defendant now submits for the Court's reference copies of Dr. Bradford (Exhibits A and B) and Dr. May's (Exhibit C) CVs.

Mr. Fogle's attorneys have consulted with the U.S. Attorney's Office and it has no objection to submitting these CVs in advance of the hearing in order to expedite the in-court examination of these witnesses.

WHEREFORE, Defendant JARED FOGLE respectfully submits the attached CVs to the Court.

Dated:   November 17, 2015          By:   /s/ Andrew DeVooght
                                          Jeremy Margolis

        Andrew DeVooght
        LOEB & LOEB LLP
        321 N. Clark Street, Suite 2300
        Chicago, IL  60647
        Telephone: 312.464.3100
        Facsimile: 312.464.3111

        Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 17th day of November.

| | |
|---|---|
| November 17, 2015 | By: /s/ Andrew DeVooght |
| | Andrew DeVooght |