# EXHIBIT A

## Brief Biography:  Dr. John Bradford



Dr. Bradford is a Professor in the Division of Forensic Psychiatry, Faculty of Medicine, University of Ottawa. He has a cross appointment as Professor in the Department of Criminology, University of Ottawa.  He is also a Professor in the Department of Psychiatry, Queen's University and Adjunct Professor of Psychiatry at the University of Alberta and previously at the University of Saskatchewan

Dr. Bradford is a graduate in medicine and received a diploma of psychological medicine, both from the University of Capetown, South Africa.  He holds specialist degrees in Psychiatry from South Africa, the UK, USA and Canada; he also has an added qualification in Forensic Psychiatry from the American Board of Psychiatry and Neurology. He is a Founder of Forensic Psychiatry granted by the Royal College of Physicians and Surgeons of Canada. He is also the Chair of the Examination Board for the subspecialty of Forensic Psychiatry under the Royal College of Physicians and Surgeons of Canada.

Dr. Bradford's research interests focus on the assessment and treatment of the paraphilias, as well as other aspects of forensic psychiatry.  He has published over 130 peer-reviewed papers; more than 40 chapters in academic books, including textbooks; presented at over 300 peer-reviewed international and national conferences, co-authored 4 books.

Dr. Bradford's expertise in the field of forensic psychiatry is well recognized, not only from his peers, media and judiciary but from many levels of government as well.  He has sat on task forces, expert panels, served as expert witness and provided special consultation to national and international working groups.

Most recently, his work has been recognized by the American Academy of Psychiatry and the Law, having received the Seymour Pollock award in 2007. He was the recipient of the Isaac Ray Award in 2009 an international award for outstanding contributions in jurisprudence and mental health granted by the American Psychiatric Association. He was also the 1st person to receive the Bruno Cormier award granted by the Canadian Academy of Psychiatry and the Law.

He is also a recipient of the Silver Apple and Red Apple awards from the American Academy of Psychiatry and the Law. He also received the Inaugural Career Achievement Award from the Canadian Psychological Association for the applied science of psychopharmacology. He was on DSM IV work groups and was a scientific advisor to Sexual Disorders work group DSM V.  He co-chaired the task force report of the World Federation of Societies of Biological Psychiatry on the biological treatment of the paraphilias. He is co-chairing a 2nd task force of the World Federation of Societies of Biological Psychiatry on adolescent sexual offenders.   He was also the Chair of Research of the American Academy of Psychiatry and the Law Education and Research Institute from 2002 until 2015.

Dr Bradford has received a number of honorary appointments, including being made a Fellow of the Royal College of Psychiatrists (UK), a Distinguished Life Fellow of the American Psychiatric Association, a Fellow of the American College of Psychiatrists, a Distinguished Fellow of the Canadian Psychiatric Association. In addition he received the Order of Canada in 2011 and the Queen Elizabeth II Jubilee Medal in 2012.