# EXHIBIT B

CURRICULUM VITAE

John McDonald Wilson **BRADFORD**

MBChB, DPM, FFPsych, MRCPsych,
DABPN, DABNFP, FRCPC, CM.

Founder Forensic Psychiatry

Royal College of Physicians and Surgeons of Canada

Professor, Division of Forensic Psychiatry, University of Ottawa

Professor, School of Criminology, University of Ottawa

Professor of Psychiatry, Queen's University

Adjunct Professor of Psychiatry, University of Saskatchewan

Adjunct Professor of Psychiatry, University of Alberta

Honorary Titles/Degrees:

Fellow of the Royal College of Psychiatrists (UK)

Distinguished Life Fellow of the American Psychiatric
Association (USA)

Fellow of the American College of Psychiatrists (USA)

Distinguished Fellow of the Canadian Psychiatric Association (Canada)

Recipient of the Queen Elizabeth II Jubilee Medal

Member Order of Canada

July 2015

# Dr. John Bradford CV

| | | |
|---|---|---|
| A. | Personal Identification | 1 |
| B. | Degrees | 3 |
| C. | Employment History | 4 |
| D. | Academic Honours | 5 |
| E. | Scholarly and Professional Academic Activities | 6 |
| F. | Mentorship | 9 |
| G. | Academic Association | 10 |
| H. | Consultant, Expert Witness Appearances | 11 |
| I. | Teaching Experience | 13 |
| J. | Committees | 15 |
| K. | Societies and Associations | 21 |
| L. | External Research Funding | 23 |
| M. | Internal Research Funding | 24 |
| N. | Publications: | |
| | i)      Books edited | 28 |
| | ii)     Refereed chapters in books | 29 |
| | iii)    Papers in refereed journal | 34 |
| | iv)    Invited lecturer | 46 |
| | v)     Refereed Abstracts | 50 |
| | vi)    Non-refereed presentations | 80 |
| | vii)   Studies completed (unpublished) | 89 |
| | viii)  Non-refereed publications | 90 |
| | ix)    Contributor to articles, audio tapes, etc. | 90 |
| O. | Media | 91 |
| P. | References | 97 |
| Q. | Signature | 99 |

***CURRICULUM VITAE***

John McDonald Wilson **BRADFORD**
Royal Ottawa Health Care Group
Brockville Mental Health Centre
1804 Highway 2 E, Box 1050
Brockville, Ontario   K6V 5W7
John.Bradford@theroyal.ca

University of Ottawa
Institute of Mental Health Research
1145 Carling Avenue,
Ottawa, Ontario   K1Z 7K4

## EDUCATION:

| | |
|---|---|
| University of Cape Town Medical School | 1966-1971 |
| University of Cape Town<br>General Psychiatry, Faculty of Medicine, Dept. of Psychiatry | 1973-1977 |
| The Maudsley Hospital and University of London, England<br>Forensic Psychiatry | 1977-1978 |

## DEGREES AND DIPLOMAS:

Bachelor of Medicine, Bachelor of Surgery (MBChB) (UCT), Cape Town. 1971.

Fellow of the Faculty of Psychiatry of the College of Medicine of South Africa, (FFPsych.) (SA), Cape Town, 1976.

Diploma in Psychological Medicine, University of Cape Town (DPM) (UCT), Cape Town, 1976 (with dissertation: "Psychogenic Vomiting and Anorexia Nervosa").

Member of the Royal College of Psychiatrists of England (MRCPsych), London, 1977.  (Raised to Fellowship by the Court of Electors, Royal College of Psychiatrists in 1991). FRCPsych

Diplomate of the American Board of Psychiatry and Neurology (DABPN), Board Certified, U.S.A., 1980.

Fellow of the Royal College of Physicians and Surgeons of Canada (FRCPC) 1980.

Diplomate of the American Board of Psychiatry and Neurology with the Added Qualification in Forensic Psychiatry (DABFP) 1999, 2009 re-certified until 2019

**<u>EMPLOYMENT HISTORY - PRESENT</u>:**

***A/Clinical Director***, Southeast Forensic Services, Royal Ottawa Health Care Group 2012- Present

***Associate Chief (Forensic)***, Royal Ottawa Health Care Group 2000-2010

***Founder***, Sexual Behaviours Clinic, Royal Ottawa Health Care Group 1980.

***Professor and Head Division of Forensic Psychiatry***, Faculty of Medicine, University of Ottawa, Ottawa, Ontario, Canada 1990-2012.

***Professor*** – Dept. of Criminology, Faculty of Social Sciences, University of Ottawa

***Professor of Psychiatry***, Department of Psychiatry, Faculty of Medicine, Queen's University, Kingston, Ontario. Canada

Dr. Bradford's administrative responsibilities when Associate Chief, (Forensic) included forensic services at the Royal Ottawa Health Care Group's Brockville and Ottawa campuses.   The clinical staffing is comprised of 18 Forensic psychiatrists; 1-3 Clinical Fellows; 1-2 Psychiatric Residents; allied health staff including nursing, social work, psychology, neuropsychology, and occupational therapy. There are a total 204 inpatient beds.  There are two research clinics - the Sexual Behaviours Clinic and the Anger Disorders Clinic based at the Royal Ottawa Hospital.   The Ottawa campus is comprised of 43 beds, consisting of a secure forensic assessment unit (21 beds) and a 22 bed forensic community integration and rehabilitation unit.  Forensic psychiatric outpatient services (4000 active outpatients); outreach for court related clinical services, Mental Health Court, community outreach to provincial corrections and a Family Court Clinic for young offenders, child custody and parental competency.  The Brockville campus consists of a 59 bed secure forensic assessment unit, beds for treatment of persons found not criminally responsible on the grounds of mental disorder, and a forensic outpatient service.  There is also a 100 bed Secure Treatment Unit for seriously mentally ill provincially sentenced male offenders.

## EMPLOYMENT HISTORY - PREVIOUS:

### *Studentships and Fellowships*:

Jan. 16/72-Jan.15/73. Resident intern, Groote Schuur Hospital, Cape Town (Prof.
J.H. Louw, Prof. J.C. de Villiers, Prof. C. Craig), Teaching Hospital, University of Cape Town.

Jan. 16/73-Jan.31/77. Registrar, (Resident), Dept. of Psychiatry, University of Cape
Town and Groote Schuur Hospitals.

Jan. 2/77-Jan. 18/78. Senior Registrar, Maudsley Hospital, Forensic Unit, Locum Consultant.

| Unit | Type of Experience | Duration |
|---|---|---|
| William Slater Hospital Center for Alcoholics | Individual and Group Psychotherapy, Therapeutic milieu. | January 16, 1973 – April 31, 1973 |
| Psychiatric Emergency Service, Groot Schuur Hospital | Emergency Care of adult patients with disorders such as acute psychosis, alcoholism, para-suicide, anxiety states, etc. | May 1, 1973 – February 28, 1974 Also, night and weekend calls in rotation |
| Psychiatric Inpatient Unit, Groote Schuur Hospital | Individual and group psychotherapy. Therapeutic milieu for non-psychotic patients. Psychopharmacological management and behaviour therapy. Research Assistant | March 1, 1974 – January 31, 1975 |
| Child & Family Unit, Red Cross Hospital (sessions) | Evaluation, individual and family therapy for children | August 1, 1974 – March 31, 1975 |
| Psychiatric Day Hospital, Groote Schuur Hospital | Individual, family and group psychotherapy. Therapeutic milieu for adults and adolescents. | January 1, 1975 – March 31, 1975 |
| Valkenberg Hospital | Diagnosis and treatment of a wide range of psychiatric disorders, acute and chronic, including all ethnic groups. Experience in Forensic Psychiatry up to six months in Medium Secure Unit; reports for court; assisted in research. Community psychiatry for five months. | September 1, 1975– January 1, 1977 |
| Maudsley Hospital, Denmark Hill, London. UK | Senior Registrar and Locum Consultant. Forensic Psychiatry Unit; assessment of juvenile delinquents at Stamford House Remand House. Pre-trial forensic psychiatric assessment at Brixton Prison. Coordinating Registrar and Clinical Fellow Training in Forensic Psychiatry | January 2, 1977 – January 18, 1978 |

## HONARY DEGREES & TITLES:
Fellow of the Royal College of Psychiatrists of the United Kingdom 1991
Distinguished Fellow of the American Psychiatric Association 2003
Fellow of the American College of Psychiatrists 2004
Fellow of the Canadian Psychiatric Association 2008
Distinguished Life Fellow of the American Psychiatric Association 2011
Member of the Order of Canada 2011
Distinguished Fellow of the Canadian Psychiatric Association 2011.
Recipient of the Queen Elizabeth II Jubilee Medal 2012

**CONSULTANT:**

The Ottawa Hospital, Ottawa, Ontario.

**LICENSURE:**

The College of Physicians and Surgeons of Ontario, Canada. No. S3527.
(CPSO 42320)
The College of Physicians of Saskatchewan, Canada. No. 6149.
The College of Medicine of South Africa, Republic of South Africa
(South African Medical and Dental Council), No. 14826.
General Medical Council, United Kingdom. No. 2360199
ECFMG (Educational Council for Foreign Medical Graduates) No. 1628254

**MILITARY:**

South African Defence Force 1965
Rank Corporal: Drafted for full time service.  Regiment: Durban Light Infantry.
1965-1977 Active Citizen Force South African Medical Corp.  Promoted to
Lieutenant, 1971.

**HONOURS & AWARDS:**

***Hospital:***
Royal Ottawa Health Care Group, Long Service Award for 35 years' service 2013
Royal Ottawa Health Care Group, Long Service Award for 30 years service,
2008.
Elected Fellow (Active) of the Institute of Mental Health Research, University of
Ottawa/Royal Ottawa Hospital, Ottawa, Ontario, Canada, May 1991.
Long Service Award, presented on behalf of the Board of Trustees and the
Administration of the Royal Ottawa Health Care Group, for 20 years service
February 1999.

***University:***
Cited by the Dean of Faculty of Medicine, University of Ottawa for 25 years of
service, 2004.
Cited by Dean of Faculty of Medicine, University of Ottawa, at Introduction to
Awards of Excellence ceremony for innovative approach to Forensic Psychiatry
1999.

***Other:***

ICD11 – Reviewer World Health Organization 2012.

Member, The Lieutenant-Governor's Board of Review in terms of Order in Council 504/88 approved by his Honour, the Lieutenant-Governor of the Province of Ontario from March 1, 1988 to February 28, 1990.  Original appointment through Order in Council 363/86.  Reappointed 1990-1991.  **(Board renamed Ontario Criminal Code Review Board in 1992).**  Reappointed 1991-1993; Reappointed 1993-1996; 1996-1999; 1999-2002; 2002-2004; 2004-2007; 2007-2010; 2010-2013; 2014 to 2017.

Appointed Reviewer ICD II World Health Organization 2012.

Distinguished Fellow of the Canadian Psychiatric Association.  2012

Distinguished Speaker Psychiatric Residents University of Ottawa 2012

American Psychiatric Association, Scientific Advisor to the DSM-V Sexual Disorders Workgroup. 2011.

Recipient of the Isaac Ray Award for outstanding accomplishments in Psychiatry and Jurisprudence (American Psychiatric Association).  2008.

Recipient of the Seymour Pollock (American Academy of Psychiatry and the Law) Distinguished Achievement Award, 2007.

American Psychiatric Association, Distinguished Fellow, 2003.

Letter of Appreciation, the College of Physicians and Surgeons of Ontario for work and contributions to the Board of Inquiry and Discipline Committee 1999

Recipient of the Outstanding Service Award of the Academy of Psychiatry and the Law for 1995 (The Red Apple Award).  Presented by the American Academy of Psychiatry and the Law, Seattle, Washington, October 1995 (announcement made on 27 June 1995).

Recipient of The Silver Apple Award of American Academy of Psychiatry and the Law, as President of the Academy 22nd October, 1994 at the 25th Anniversary Meeting, Maui, Hawaii.

First Recipient of the Bruno Cormier Award for Service to Forensic Psychiatry in Canada, given by the Canadian Academy of Psychiatry and the Law, 1994.

Elected to Fellowship of the Society of Behavioral Medicine in recognition of contributions to the field of behavioral medicine, 1994.

 Presidency of American Academy of Psychiatry and the Law assumed October 1993 at San Antonio, Texas, U.S.A. (The American Academy of Psychiatry and the Law is the largest forensic psychiatry academy in the world with 2500 members in the U.S.A. as well as members in Australia, Canada, Argentina, Ireland, Israel, Italy, Japan, South Korea, New Zealand, Republic of Korea, Russia, Saudi Arabia, South Africa, Australia, Sweden, Switzerland, Taiwan).

Appointed Member of the Task Force on Sexually Dangerous Offenders under the Council of Psychiatry and the Law, American Psychiatric Association, by J.J. McIntyre, M.D., President, American Psychiatric Association, 13 October 1993.

President-Elect, American Academy of Psychiatry and the Law, May 1992.

Appointed by the American Psychiatric Association, DSM IV as a member of DSM IV Work Group on Psychiatric Systems Interface Disorders (adjustment, dissociative, factitious, impulse control and somatoform disorders and psychological factors affecting medical conditions), Impulse Control Disorder Subcommittee DSM-IV, 1991-1994.

Advisor to Sexual Disorders Work Group, DSM-IV, American Psychiatric Association, 1991-1994.

International Advisor to the Task Force of American Psychiatric Association on DSM IV, 1991-1994.

Elected Fellow of the International Academy of Sex Research, September 1991.

Elected to the Fellowship of the Royal College of Psychiatrists (FRCPsych. )by the Court of Electors, London, England, February 1991.

Appointed Special Reviewer, Violence and Traumatic Stress Review Committee, National Institute of Mental Health, Department of Health and Human Services, Bethesda, Maryland, 1990.

Invited as Guest Editor, Psychiatric Clinics of North America, Edition on "The Clinical Aspects of Forensic Psychiatry," W. B. Saunders & Co., Philadelphia, October 1990.

Elected President of the Canadian Academy of Psychiatry and the Law, a Chapter of the American Academy of Psychiatry & the Law, 1988-1992 & 2005-2006.

Elected Vice-President of the American Academy of Psychiatry and the Law, Annual Meeting, October 1989, Washington, D.C.

Elected Fellow of The American Psychiatric Association, January 1988. Convocation May 1988, 141st Annual Meeting, Montreal, Quebec, Canada.

R.O. Jones Memorial Award Canadian Psychiatric Association, London, Ontario, Sept. 1987,

37th Annual Meeting, Canadian Psychiatric Association for best research paper at annual meeting.

Elected Member, American College of Psychiatrists, February 1986.

Councilor, American Academy of Psychiatry and the Law, 1983-1984; Elected to Second Term 1984-1987.

Member and Consultant, the Lieutenant-Governor's Board of Review of theProvince of Ontario, 7th February 1986 to 29th February 1988 by Order in Council 363/86.

## MENTORSHIP:

**Dominique Bourget, M.D.**
Awarded Rappeport Fellowship during residency in Forensic Psychiatry, Forensic Program, and Royal Ottawa Hospital. 1987-1988, and First Canadian Rappeport Fellow of American Academy of Psychiatry & the Law

**David Greenberg, M.D.**
Awarded Rappeport Fellowship during Clinical Fellowship in Forensic Psychiatry, Forensic Program, Royal Ottawa Hospital, and Award for Best Paper by a Clinical Fellow in a Fellowship year, American Academy of Forensic Sciences, 1991.

**Tom Gratzer, M.D.**
Awarded Rappeport Fellowship, during residency at Royal Ottawa Hospital, 1992.
Awarded Honourable Mention, Scientific Paper by a Resident, American Academy of Forensic Sciences, during residency placement at Royal Ottawa Hospital Forensic Program

**Stephen Allnutt, M.D.**
Awarded Prize for Best Research Paper by a Resident, American Academy of Forensic Sciences during Fellowship year, Forensic Program, Royal Ottawa Hospital, 1994-95.

**Linda Grasswick, M.D.**
Awarded Rappeport Fellowship during Clinical Fellowship in Forensic Psychiatry, Brockville and Royal Ottawa Hospitals, 2000.

**Helen Ward, M.D.**
C.O.P.E. 2000 Award for Best Paper in postgraduate education.

**Jonathan Gray, M.D.**
Awarded Rappeport fellowship of the American Academy of Psychiatry and the Law, 2005.

**Bill Komer, M.D.**
Preceptor for Dr. Komer in Rappeport Fellowship year, American Academy of Psychiatry and the Law, 1990.

**Donna Schwartz, M.D**.
Preceptor for Dr. Schwartz in Rappeport Fellowship year, American Academy of Psychiatry and the Law, 1993.


## ACADEMIC ASSOCIATION

**Anne Pawlak**
Doctoral Candidate, Department of Psychology, Carleton University.

**Sharon Greenberg**
Doctoral Candidate, Department of Psychology, University of Ottawa.

**Cheryl Regehr**
Doctoral Candidate, Social Work, University of Toronto.

**Alison Davies**
Masters Program
Department of Psychology, Carleton University, Ottawa, Ontario.

**Mark Pitcher**
Masters Program, Bishop=s University, Lennoxville, Quebec.

**Andrew Stewart**
Honours Program, Carleton University, Ottawa.

***Other Fellows in Forensic Psychiatry***:   Dr Maurice Masferrer; Dr Alex Tolentino; Dr Rufino Balmaceda; Dr Wendy Cole; Dr Pierre Tessier; Dr France Proulx; Dr Gregory Motayne; Dr David McLean; Dr Marie Allard; Dr Alex Kolodziej; Dr. Rodney Lough, Dr. Mansfield Mela, Dr. Brad Booth.

**PRIZES AND SCHOLARSHIPS:**

Dux Chelmsford School

Dux Parkview School, 1959 (various subject prizes)

Natal Provincial Bursary, Jr. Certificate, 1962.

First Class Matriculation, 1964.

Exchange Senior Psychiatric Registrar chosen to attend Maudsley Hospital and University of London from Groote Schuur Hospital, Dept. of Psychiatry and University of Cape Town, Dept. of Psychiatry, Faculty of Medicine.

**CONSULTANT, EXPERT WITNESS APPEARANCES:**

1985   The Inspector General, Ministry of the Solicitor General, Government of Canada.

The Judge Advocate General's Office, Department of National Defence.

1986   The Judge Advocate General's Office, Department of National Defence.

1987   The Senate of Canada, Legal Committee Reviewing Bill C-15, The Government of Canada, Legal and Constitutional Affairs Committee, February 1987.

1988   Appointed representative of the Canadian Psychiatric Association to National Associations Active in Criminal Justice.

1989   Appointed to the Committee to Review the Daubney Recommendations, Ottawa, January 1989.

Appointment pursuant to Subsection 1 of Section 5 of The Mental Health Act of Ontario, 15 February 1989 - 15 August 1989, by The Honourable Elinor Caplan, Minister of Health, Government of Ontario, in the role of Special Consultant.

Appointed to the Interministry Steering Committee on Services for Mentally Disordered Offenders. Appointment by Mr. David Corder, Assistant Deputy Minister, Planning and Programs, Ministry of Health, Government of Ontario, April 1989.

1994    Federal Department of Justice Task Force:  Inquiry into Potential Use of Provincial Health Acts to Invoke "Involuntary Hospitalization", Provision for Dangerous Disordered and Sexual Offenders, Department of Justice Consultation, 16 November 1994.

1995    Testified before the House Sub-Committee on Bill C-72, An Act to Amend the Criminal Code (An Act in Respect of Automatism and the Drunkenness Defence) on behalf of the Canadian Psychiatric Association, June 1995.

        Invited Participant Forum on Post-Sentence Detention of High-Risk Offenders, Department of Justice, Canada, with Ministers of the Crown and members of the Department of Justice.  Government Conference Centre, Ottawa, May, 1995.

1996    Invited Consultant to the United States Department of Justice, Office of Justice Programs for a National Summit: Promoting Public Safety Through the Effective Management of Sex Offenders in the Community@. Washington, D.C., November, 1996.

1998    Consultant to Dan Newman, M.P.P., Parliamentary Assistant to the Minister of Health for the Province of Ontario for 2000 and Beyond: Strengthening Ontario's Mental Health System, June 1998.

        Consultant to the State of New York in relation to Sexual Predator Legislation.

        Expert adviser to Committee appointed by the Governor of Connecticut on Sexual Predator Legislation

1999    Expert to Panel of University of California San Diego, School of Medicine, Department of Psychiatry and Office of Substance Abuse Programs, California Department of Corrections in Custodial "Mixing of Sex Offenders Drug Treatment Therapeutic Community Units: Problems and Potential Solutions.".

        Appointed Spokesperson for OMA and OPA on proposed amendments to Mental Health Act of Ontario and Health Care Consent Act. Delegate/speaker, meeting on Dual Disorders with Mental Health Implications, Canadian Mental Health Association, April 1999, Ottawa.

2000    Consultant, Dept. of Justice on Mental Disorder/Part XX.1, Criminal Code of Canada. Ottawa, 16-17 March.

        Member, Committee on Specialty-Tertiary Care, Mental Health Implementation Task Force, Eastern Ontario, August 2000.

2001   Forensic Mental Health Services Expert Advisory Panel, Ministry of Health and Long-Term Care, Ontario, on Future Delivery of Forensic Mental Health Services.  Appointed by the Premier of Ontario.

2003   Mental Health Court Panel, Ottawa, Ontario.

2005   Senate Justice Committee:  presentation as part of a panel, re: Bill C-10 and C13

Psychiatric Correlates of Pedophilic Severity – Consultant on NIMH grant

2006   Consultant to Correctional Investigator of Canada re: mental health in Corrections

2012   Consultant to Correctional Service Canada Pacific Region re: Correctional Services of Canada Discussion Forum on Treatment for Inmates with Chronic and Severe Self Harming Behaviours

2012   Consultant St. Joseph's Healthcare, Hamilton, Ontario, re:   External Review.

2013   Consultant to the Independent Review of the Use of Lethal Force by the Toronto Police Service. Report published July 2014. "Police Encounters with People in Crisis" Independent Review conducted by the Honourable Frank Iacobucci for Chief of Police, William Blair, Toronto Police Service

**TEACHING EXPERIENCE:**

Lecturer to Occupational Therapy students and clinical Tutorials to undergraduate students. University of Cape Town, 1976.

Lecturer and Tutor to clinical assistants in Forensic Psychiatry, Maudsley Hospital, London, U.K., 1977.

Lecturer, Maudsley Hospital School of Nursing in Forensic Psychiatry, 1977.

Lecturer, Diploma of Psychological Medicine for psychiatric registrars, (Residents) Institute of Psychiatry, Maudsley Hospital in Forensic Psychiatry, 1977.

Lecturer to Senior Social Workers, Maudsley Hospital, in Forensic Psychiatry, 1977.

Lecturer to Forensic Science Course, University of Ottawa Law School, 1978-present

Lecturer to Psychiatric Residents, University of Ottawa, School of Medicine, Forensic Psychiatry, 1978-present.

Lecturer and examiner, undergraduate medical students in General Psychiatry, University of Ottawa, 1978-1990.

Lecturer to Faculty of Law of University of Ottawa, Forensic Psychiatry, 1978-1984; 1984 - 1988 supervision of law students doing practicum course, 3rd Year Law.

Lecturer to Special Education Students, University of Ottawa, Faculty of Education, 1978-1979.

Invited Lecturer to Dominion Fire Investigators' School. 1978-1980.

Invited Lecturer to McHugh-Hillson School on juvenile delinquency and related subjects, 1978-1980.

Invited Lecturer to Ontario Provincial Police College, 1979.

Invited Lecturer to Executive Directors Course, Royal Canadian Mounted Police, 1978-1980.

Invited Lecturer for Official Guardians Office, Province of Ontario, 1979-1981.

Invited Lecturer to Family Court Judges' Provincial Meeting, 1979.

Invited Lecturer to Defence Lawyers' Association, Ottawa-Carleton starting 1979 onwards periodically at various meetings concerning various subjects.
Invited Lecturer on Forensic Psychiatry and Sexual Behaviours to "A Pre-Examination Review", Review Course in Psychiatry, a CME Credit Course, University of Ottawa/Royal Ottawa Hospital, 1982-2006.

Invited Lecturer to Family Law Association, Ottawa-Carleton, 1979.

Invited Lecturer, Practicum Coordinator, Mental Health Law Course, University of Ottawa, 1980.

Invited Lecturer for the Psychiatric Patient Advocate Office.

Invited Lecturer, Forensic Science, Common Law Section, Faculty of Law, University of Ottawa, 1995.

Lecturer to Crown Law School, Attorney General of Ontario, 1999 to 2002.

Invited Lecturer, University of South Carolina/South Carolina Department of Health in Columbia, SC.  "The Assessment and Management of Paraphilias". June, 2003.

Invited Lecturer, University of Ottawa – Psychiatry Course.  September, 2008.

Law and Psychiatry, Muskoka Seminars, McMaster University, 2010, 2011, 2012, 2013, 2014.

## COMMITTEES:

### *University:*

Member, Postgraduate Education Committee, Department of Psychiatry, Faculty of Health Sciences, University of Ottawa, 1982-1994.

Editorial Board Psychiatric Journal of the University of Ottawa, 1982-1990.

Member, Journal Management Committee, Psychiatric Journal of the University of Ottawa, 1982-1989.

Member, Policy and Full Professors Committee, Faculty of Medicine, University of Ottawa, 1982-1986.

Member of Departmental Executive Committee 2000-2010.

### *Hospital:*

President, Medical Staff, Royal Ottawa Hospital, Hospital Board Member 1981-1984; 1988 -1992, 2001 – 2004.

Medical Staff representative to the Board of Trustees, Royal Ottawa Hospital, Ottawa, 1981-1984, 1988 – 1992,  2001 – 2004.

Member, Medical Services Committee, Royal Ottawa Hospital, 1983-1992.

Royal Ottawa Hospital, Brockville Psychiatric Hospital Transition Committee, 1998 -2004.

Chair, Pharmacy & Therapeutic Committee, Brockville Campus of the Royal Ottawa Health Care Group, 2001 –2010

Member, Program Committee, Board of Trustees, Royal Ottawa Hospital, 1981-1986; 1988 - 1992; 2001-2005.

Chairman, Medical Advisory Committee, Royal Ottawa Hospital, 1984-1986.

Member, Medical Advisory Committee, Royal Ottawa Hospital, 1978-1992, 2001-Present.

Member, University/Hospital Relations Committee, 1982-1986; 1989 - 1992.

Chairman, Psychiatry Advisory Committee (re-named Clinical Management Committee 1990), Royal Ottawa Hospital, 1986-1988; 1989 – 2004; Brockville Mental Health Center 2005 –2008.

Chiefs of Psychiatry Committee, 1981-1986.

Member, Credentials Committee, Royal Ottawa Hospital, 1981-1984.

Chair, Medical Audit Committee, Royal Ottawa Hospital, 1979-1981.

Member, Program Management Committee, 1995 - 2004.

Member, Clinical Director's Committee, 1999 - 2004.

Member, Leadership Team, became Senior Management Team 2000 – 2010.

Member, Special Committee on Emergency Services, 2001.

Chair – IT Steering Committee 2007 – 2010.


***Other:***

Member, Resource Committee on Family Court Clinics, Ministry of Community and Social Services, Government of Ontario, Canada, 1979-1982.

Member, Forensic Services Sub-Committee for Eastern Ontario.
Chairman, Medical Jurisprudence Section, Ontario Medical Association, 1980-1983.

Past Chairman, Member Executive, Medical Jurisprudence Section, Ontario Medical Association, 1983-1984.

Member, Program Committee, American Academy of Psychiatry and the Law, 1981-1984, 1986-2004.

Member, Sub-Committee on Accreditation, American Academy of Psychiatry and the Law, 1981-1988.

Member, Executive Forensic Section Committee, Ontario Psychiatric Association, 1978-1980.

Secretary, Forensic Section, Canadian Psychiatric Association, 1981-1983.

Member, Scientific Programme Committee, 2nd World Congress on Prison Health Care, 1982-1983.

Committee (Task Force) of the Ontario Psychiatric Association to respond to the Attorney General of Ontario regarding Bill 140, an Act to Amend the Children's Law Reform Act, 1981.

Secretary to the Committee to form a Canadian Chapter of the American Academy of Psychiatry and the Law, 1982-1985.

East Coast Chairman Interim Executive of the Canadian Academy of Psychiatry and the Law, A Chapter of the American Academy of Psychiatry and the Law, 1982-1985.

Eastern Ontario Representative, Ontario Psychiatric Association, Forensic Section, 1982-1984.

Nominated for Councilor, American Academy of Psychiatry and the Law, May, 1983.

Founding Member, Medical Legal Society of Ottawa, April, 1983; Council Member and Member of Membership Committee, 1983-1985; Member, 1983 - 2004. Council Member 1995-1996.

Councilor, American Academy of Psychiatry and the Law, 1983-1984 (1st term); Elected for 2nd term 1984-1987.

Chairman, Forensic Section, Ontario Psychiatric Association, 1983-1984; re-elected 1985; 1984-1986.  Member, 1978 - 2004.
Chairman, Research Committee, American Academy of Psychiatry and the Law, 1984 - 1989; Member, 1989 -2004.

Appointed Canadian Psychiatric Association Representative to the National Associations Active in Criminal Justice, 1987-1989.

Member, Institute Research Committee, American Association of Psychiatry & the Law. 2004.

Vice-President of the American Academy of Psychiatry and the Law, Annual Meeting, October 1989, Washington, D.C.

Chairman, Local Arrangements Committee, 18th Annual Meeting of the American Academy of Psychiatry and the Law, Ottawa, October 1987.

Chairman, Rappeport Fellowship Committee, American Academy of Psychiatry and the Law, 1989 - 1992.

Member, Forensic Steering Committee, Ministry of Health, Ontario. 1991-2004.

Presidency of American Academy of Psychiatry and the Law assumed October 1993 at San Antonio, Texas, U.S.A.

Member, Ad Hoc Search Committee, American Academy of Psychiatry and the Law, 1994-1995.

Member, Long Range Planning Committee, American Academy of Psychiatry and the Law, 1995-1997.

Member, Psychopharmacology Committee, American Academy of Psychiatry and the Law, Appointed January 1996 for 3 years to October 1998.

Chair, Ethics Committee, Canadian Academy of Psychiatry and the Law, 1995-1996, re-elected 1996.

Elected as a Fellow of the Academy of Behavioural Medicine Research, 1986 - 2004.

Elected as Fellow of the American Psychiatric Association, 1988.

Elected as member of the Canadian Society for Clinical Investigation, 1988.

Elected as a member of the American College of Psychiatrists, 1986-2004.

Member of the Rappeport Fellowship Committee of the American Academy of Psychiatry and the Law, 1985-1993.

Member of the Committee on Criminal Behaviour of the American Academy of Psychiatry and the Law, 1985-1991.

Member of the New York Academy of Sciences, 1986-2004

Member of the International Academy of Sex Research, 1986 - 1991. Elected to Fellowship, 1991.

Chairman, Local Arrangements Committee, 18th Annual Meeting of the American Academy of Psychiatry and the Law, Ottawa, Ontario, Canada, October 1987.

Appointed Canadian Psychiatric Association Representative to the National Associations Active in Criminal Justice, 1987-1989.

Member, DSM IV Sub-Committee of Psychiatric Systems Interface Disorder Work Group of the American Psychiatric Association to review Impulse Control Disorders Not Otherwise Classified, 1989-1994.

Member, Working Group on Mentally Abnormal Offenders, Ministry of Health, Province of Ontario, 1989.

Appointed Special Consultant to the Minister of Health, The Honourable Elinor Kaplan, 1989.

Chairman, Rappeport Fellowship Committee, American Academy of Psychiatry and the Law, 1989 - 1992.

Consultant, Working Group of the Canadian Conference of Catholic Bishops to propose guidelines for the priests who are involved in sexual abuse. 1991-1992.

President-Elect, American Academy of Psychiatry and the Law.  1992-1993.

Immediate Past-President, American Academy of Psychiatry and the Law, 1994-1995.

Fellow, Society of Behavioural Medicine, 1995.

Member, Sexual Offenders Committee, American Academy of Psychiatry and the Law, 1996- 2002; 2008-2011.

Member, Forensic Operations Committee, Mental Health Programs and Services, Ministry of Health, Ontario.

High Risk Offenders Committee, in conjunction with Ottawa-Carleton Regional Municipality Police and Crown Attorney=s Office on release of dangerous offenders into the community, 1998 to 2004.

Member of Ad Hoc Committee of the American Academy of Psychiatry and the Law to review the feasibility of establishing a Research Institute

Member, Forensic Mental Health Services Expert Advisory Panel, by appointment of the Minister of Health for Ontario, Elizabeth Witmer, 2001.

Member, International Association for the Treatment of Sex Offenders, 2000-2004

Member, Steering Committee, Ontario Review Board, February 2001-2004.

Citizen's Advisory Committee (Ottawa District Parole Office), Panelist participating in a community forum entitled, Sex Offenders Back to the Community: Let's Talk About It. January 2003. Ottawa

Member, Committee on Honorary Fellowship. American College of Psychiatrists. 2004-2011.

Member, Working Group on a National Strategy for Postgraduate Education in Psychiatry, Core Competencies.  CPA. September 2005.

Member, Forensic Directors Group 2004 – present.

American Academy of Psychiatry and Law – Member of the Sexual Offenders Committee 2008 to present.

Chair of the Ontario Forensic Directors Group, 2000-2012.

Appointed Senior Fellow of the Institute of Mental Health, Nottingham until 2011.

Co-Chair of The World Federation of Societies of Biological Psychiatry (WFSBP) Task Force to develop guidelines for the Biological Treatment of Paraphilias 2010

Chair Research Committee of the American Academy of Psychiatry and the Law Institute for Education and Research 2010 to present.

Co-Chair of the World Federation of Societies of Biological Psychiatry (WFSBP) Task Force for guidelines for Adolescent Sexual Offenders, 2012 to present.

## **REVIEWER, BOOK AND SCIENTIFIC JOURNAL ARTICLES:**

American Academy of Psychiatry and the Law.

Canadian Psychiatric Association Journal.

Psychiatric Journal of the University of Ottawa until 1990.

Archives of General Psychiatry, American Medical Association. (On Request)

Psychological Medicine. (On Request)

Psychosomatic Medicine, Journal of the American Psychosomatic Society. (On Request)

Journal of Psychiatry and Neuroscience. (On Request)

Criminal Behaviour. (On Request)

Member, Editorial Board, "Sexual Abuse:   A Journal of Research and Treatment".


## REVIEWER, RESEARCH GRANT APPLICATIONS:

The Ontario Mental Health Foundation.

Referee for grant application, Rush-Presbyterian-St. Luke's Medical Centre, Dept. of Psychiatry, Section on Psychiatry & the Law. "Techniques in Evaluation of Sexually Aggressive Men", to Harry Frank Guggenheim Foundation, Feb. 1987.

Physicians' Services Incorporated (On Request)

Health and Welfare Canada (On Request)

Medical Research Council, Canada. (On Request)

National Institute of Mental Health, Washington, USA. Consultant, 1992.


## SOCIETIES AND ASSOCIATIONS:

Medical Association of South Africa

College of Medicine of South Africa

Society of Psychiatrists of South Africa

The British Medical Association

The Royal College of Psychiatrists, England

Canadian Psychiatric Association

Canadian Medical Association

Ontario Psychiatric Association

Ontario Medical Association

American Psychiatric Association

American Academy of Psychiatry and the Law

American Academy of Forensic Sciences

American College of Psychiatrists

Academy of Behavioural Medicine Research

New York Academy of Sciences

International Academy of Sex Research

Canadian College of Neuropsychopharmacology

Canadian Society for Clinical Investigation

The Society for the Scientific Study of Sexuality

Canadian Academy of Psychiatry and the Law


**EXTERNAL EXAMINER/ADVISOR:**

1.    External Examiner, Ph.D. Thesis Cheryl Regehr for defence of her doctoral dissertation, University of Toronto, Department of Social Work, November 1995.

2.    External Examiner for Marcia Fernandez for defence of her doctoral dissertation, University of Ottawa, Department of Psychology, 1996.

3.    External Examiner for Sharon Greenberg, Ph.D. Thesis, University of Ottawa, Department of Psychology, 2000.

4.    External Examiner for Dr. Arboleda-Florez, Ph.D. Queens University.

**GRANTED (EXTERNAL) RESEARCH STUDIES (completed)**

1.    "The Effects of Alcohol on the Sexual Arousal Patterns of Rapists and Non-Rapists." ***Bradford, J.***, Wormith, S., Pawlak, A. Grant Title: "The Physiological Assessment and Behavioral Treatment of Sexual Offenders Phase I", Bradford, J.M.W., Wormith, J.S. Funded through the Research Division, Ministry of the Solicitor General.

2.    Comparison of Electrical Bioimpedance and the Mercury Strain Gauge in Penile Tumescence. ***Bradford, J.M.W***., Wormith, S., Pawlak, A. Grant Title: "The Physiological Assessment and Behavioral Treatment of Sexual Offenders Phase I", Bradford, J.M.W., Wormith, J.S. Funded through the Research Division, Ministry of the Solicitor General.

3.    The Identification of Handwriting Characteristics of Psychiatric Patients, ***Bradford, J.M.W***., Gilmour, C., Research Assistant, R.C.M.P., Mise, S. Funded through the R.C.M.P. Research funds.

4.    "Cyproterone Acetate: A Double Blind Crossover Study." Funded by grant from Ontario Ministry of Corrections and Pentagone Laboratories (now Berlex), Montreal, Canada. **Bradford, JMW**.

5.    Violence in Medical Facilities, Reid, W.H., Edwards, G. (University of Nebraska). A multicentered study with collaboration in Ottawa with ***Bradford, J.M.W.***, Kunjukrishnan, R.

6.    "Computerized EEG Correlates of Acute Alcohol Intoxication in Violent Offenders". Knott, V., ***Bradford, JMW***, Trites, RL, Balmaceda R. Funded by a grant to Dr. Knott.

7.     "Long Term Follow-up of Exhibitionists:  Psychological, Phallometric and Offense Characteristics". Firestone, P., Kingston, DA., Wexler, A., and ***Bradford, J.***   A funded grant from ROHCG Research Fund in collaboration with the School of Psychology, and Department of Psychiatry, University of Ottawa

8.    "Comparison of VRAG/SORAG Items in a Sample of Developmentally Delayed Sex Offenders and Non Delayed Sex Offenders". Fedoroff, J.P., Curry, S.D., Madrigrano, G.D., Cunningham, C. and ***Bradford,*** J. Partially funded by a Research Operating Grant of the CIHR.

9.    "Validation of Risk Assessment Tools for Individuals with Problematic Sexual Behaviour and Developmental Delay:  Preliminary Results". Fedoroff, J.P., Curry, S.D., Madrigrano, G.D., Cunningham, C., Korovessis, A, ***Bradford, J.***, Richards, D., and Griffiths, D.  Funded by CIHR.

**INTERNAL RESEARCH GRANTS:**

1.  Royal Ottawa Hospital Research Fund   $25,000 1979
2.  Royal Ottawa Hospital Research Fund   $25,000 1980
3.  Royal Ottawa Hospital Research Fund   $25,000 1981
4.  Royal Ottawa Hospital Research Fund   $25,000 1982
5.  Royal Ottawa Hospital Research Fund   $25,000 1983
6.  Royal Ottawa Hospital Research Fund   $25,000 1983
7.  Royal Ottawa Hospital Research Fund   $25,000 1984
8.  Royal Ottawa Hospital Research Fund   $25,000 1985
9.  Royal Ottawa Hospital Research Fund   $25,000 1986
10. Royal Ottawa Hospital Research Fund   $20,000 1987
11. Royal Ottawa Hospital Research Fund   $34,000 1988
12. Royal Ottawa Hospital Research Fund   $34000 1989
13. Royal Ottawa Hospital Research Fund   $34000  1990
14. Royal Ottawa Hospital Research Fund   $35000  1991
15. Royal Ottawa Hospital Research Fund   $34100 1992
16. University Medical Research Fund      $14000 UMRF
    1992 For Forensic Psychiatry and Sexual Behaviors Clinic Research
     Programs.

17. University of Ottawa Medical Research Fund, 1983 $7,365.00. For Data
    Acquisition Centre for use in Sex Offender Research. Sexual Behaviors
    Clinic, Royal Ottawa Hospital.

18. University of Ottawa Medical Research Fund, "Research into Sex
    Offenders", September 1985 for $4757.00

19. Schering, A.G., Federal Republic of Germany, through Pentagone
    Laboratories, Quebec, $50,000. 1982. "Cyproterone Acetate in the
    Treatment of Male Sexual Deviants."

20. Ontario Ministry of Corrections, Government of Ontario 1983 - present.
    $10,000. "The Treatment of Sexual Offenders with Cyproterone Acetate."

21. Ministry of Solicitor General, Government of Canada, 1985, $7500. "The
    Effects of Alcohol on the Sexual Arousal Patterns of Rapists and non-
    rapists."

22. Royal Ottawa Hospital Foundation, $36,000.: 1990 "Evaluation of Sexual
    Response Patterns as Indices of Sexual Deviancy".

23. "The Prevalence of Dissociative Disorders among Sex Offenders,"
    Bradford, J.M.W., Ross, C.A., Bourget, D., Curry, S.

24. Royal Ottawa Hospital Research Fund. 1991. $34,100.

25.   University Medical Research Fund, 1991, $14000.

26.   Pfizer Canada Inc.   "A Twelve Week Parallel Group, Double-Blind, Placebo Controlled, Dose Titration Study of the Efficacy, Safety and Toleration of Sertraline (50 to 200 mg.) in the Treatment of Paedophilia. $80,000.

27.   Royal Ottawa Hospital Foundation Research Competition, Spring 1995, "Treatment of Paraphilia with Serotonin Re-Uptake Inhibitors: A Retrospective Study".  $21,000.

28.   Solicitor General of Canada, Predictors of Recidivism in a Population of Canadian Sex Offenders: Psychological, Physiological and Offense Factors, ***Bradford, J.M.W***., Firestone, P., Fernandez, M., Curry, S., Pawlak, A, Greenberg, D. 5 + $49,000 x 2 years.

29.   Evaluation of the Sexual Behaviours Clinic's Assessment Protocol for Child Molesters.  Fedoroff, J.P., Madrigrano, G., ***Bradford, J.,*** Curry, S., Ahmed, AG.  $35,000.00.  2003.

30.   "Psychiatric Correlates of Pedophilic Severity in Male Child Molesters". Consultant to research proposal submitted by Dr. Lisa Cohen, Beth Israel Medical Center, New York. 2004.

31.   L'evaluation des preferences sexuelles a l'aide de la video-oculographie en immersion virtuelle aupres d'un echantillon de sujets agresseurs sexuels d'enfants et d'adolescents.  Renaud, P., Proulx, J, Rouleau, J-L., co-applicants with Bouchard, S., ***Bradford, J.***, Fedoroff, J.P., Madrigrano, G.D. Funded by Institute Philippe Pinel de Montreal $60,931 for 4 years. 2005.

32.   Nonlinear dynamics, chaos theory and sexual behaviours:  An application of mathematics to criminology.  $33,150.00.  2006.

33.   "Factors Related to Sexual Re-Offense in Men with Intellectual Disabilities and Problematic Sexual Behaviour".  ***Bradford, J.,*** Fedoroff, J.P., Curry S., Richards, D., Jones, J.  $34,981 for 1 year.  2008.

34.   Is there a common client?  Comparing those who use forensic mental health services to those who use correctional mental health services. ***Bradford, J.M***., Ahmed, A.G., Cameron, C., Michel, S.F., Seto, M.C., & Ward, H.  University Medical Research Fund (UMRF), University of Ottawa, $31,325.  2011.

35.   Correlates of paraphilic interests and behaviour in the general population. ***Bradford, J.M.W***., Chivers, M.L., Dawson, S., & Seto, M.C.  University Medical Research Fund (UMRF), University of Ottawa, $29,803.50.  2012-2013.

36.   Assessing the risk posed by forensic clients:  Comparing measures and methods.  Ahmed, A.G., Seto, M.C., Jansman-Hart, Loza, W., & ***Bradford, J.M.W.***  American Academy of Psychiatry and the Law Institute for Education and Research, $14,153.41 U.S.  2011-2012.

37.   Is there a common client?  Comparing patients who use forensic mental health services to those who use correctional mental health services. ***Bradford, J.M.W***  $31,325.00.

38.   Testing Sexual Recidivism:  A Medical Chart Review of 200 Extra-Familial Child Molesters with 7 to 10 Years of Follow Up.  Fedoroff, J.P., ***Bradford, J.,*** Curry, S., Ranger, R.  $14,914.00.  2012.

39.   Hypersexuality:  The importance of self-regulation and self-regulatory Deficits.  UMRF $32,525.34.  2013.

40.   Neurophysiological correlates of hypersexual disorder:  Examining prevailing conceptual models.  University Medical Research fund (UMRF), Institute of Mental Health Research.  Kingston, D.A., Gosselin, A., Harris, M., & ***Bradford, J.M.***  $37,522.52.  2014.


## STUDIES COMPLETED (unpublished):

1.   ***Bradford, J.M.W.***, Personality characteristics of sexual offenders.

2.   ***Bradford, J.M.W.***, Boulet, J., Pawlak, A., "The MMPI in sex offenders: a study comparing sex offenders and general forensic patients."

3.   ***Bradford, J.M.W.***, Pawlak, A., "The treatment of sexual offenders with CPA: general blood results".

4.   ***Bradford, J.M.W.,*** Bourget, D., Pawlak, A., "Sex hormones and the identification of violent sex offenders."

5.   ***Bradford, J.M.W.***, "A comparison study of the bioimpedance technique and the mercury strain gauge."

6.   ***Bradford, J.M.W***., Pawlak, A., "Deviant response indices among three groups of sex offenders. "

7.      ***Bradford, J.M.W.***, Pawlak, A. "Cognitive distortions of pedophiles. "

8.      ***Bradford, J.M.W.***, "Mandatory reporting of child sexual abuse: The dilemma."

9.      ***Bradford, J.M.W.***, Pawlak, A., "Incest perpetrators and the incest index."

10.     ***Bradford, J.M.W.***, "Competency to Testify."

11.     ***Bradford, J.M.W.***, Reid, R., Curry, S., "Sadism and temporal lobe perfusion abnormalities using SPECT."

12.     ***Bradford, J.M.W.***, Pawlak, A., "The Paraphilias and their sex hormone profiles."

13.     ***Bradford, J.M.W.***, Kunjukrishnan, R., Zohar, A., "Dangerousness: A study of psychiatric emergencies."

14.     **Bradford, J.M.W.**, Pawlak, A., Curry, S., "The effects of alcohol on the sexual arousal patterns of paedophiles."

15.     Pawlak, A., ***Bradford, J.M.W.***, "The evaluation of the response patterns of sexual aggressiveness and non-offenders."

16.     Labelle, A., ***Bradford, J.M.W.***, "A study of the sexual functioning of priests. "

17.     ***Bradford, J.M.W.***, Curry, S., "Sexual fantasies and the paraphilias. "

18.     ***Bradford, J.M.W.***, Quintal, M., Curry, S., "Geriatric paedophiles: A clinical study comparing geriatric paedophiles to other paedophiles.

19.     ***Bradford, J.M.W.***, Curry, S., "Recidivism of sex offenders treated with CPA."

20.     ***Bradford, J.M.W.***, Curry, S., "Computerized diagnosis."

21.     ***Bradford, J.M.W.***, Cole, W., et al, "Incest treatment program".

22.     ***Bradford, J.M.W.,*** Roche, S. "Infant sexual abuse: Two typical cases."

23.     ***Bradford, J.M.W.,*** Kelly, C. "Relapse prevention group treatment for paedophiles."

24.     ***Bradford, J.M.W***., Curry, S. "Incest perpetrators against biological daughters compared to those perpetrators against stepdaughters."

25. ***Bradford, J.M.W.***, Curry, S., "Erotica, Pornography and the paraphilias".

26. ***Bradford, J.M.W.***, Curry, S., "Childhood Sexual Abuse as a Cause of Pedophilia. "

27. Roche, S., ***Bradford, J.M.W***., "Familial intergenerational incest. "

28. ***Bradford, JMW***, Motayne, G. "Single Case Study of Treatment of Homosexual Paedophilia with Fluoxetine."


## PUBLICATIONS
## (Refereed):

Academic Theses, Dissertations

Psychogenic Vomiting and Anorexia Nervosa. Thesis for Diploma of Psychological Medicine, University of Cape Town, 1976.


## BOOKS EDITED

1. ***Bradford, J.M.W.***, Guest Editor, Psychiatric Clinics of North America, Clinical Aspects of Forensic Psychiatry, W. B. Saunders Co., Philadelphia. Vol 15, No. 3, September 1992.

2. Zonana H, MD; Abel GG, MD; ***Bradford J***, MD; Hoge SK, MD; Metzner J, MD; Becker J, PhD; Consultant; Bonnie R, LLB; Consultant; Fitch L, JD; Consultant; Hughes L, APA Liaison. Dangerous Sex Offenders. A Task Force Report of the American Psychiatric Association, American Psychiatric Association, Washington DC, 1999.

3. Saleh, F., Grudzinskas, M., ***Bradford, J.***, Brodsky, D. (Editors). Oxford University Press. Sex Offenders: Identification, Risk Assessment, Treatment and Legal Issues. 2008.

4. ***Bradford, J M W,*** Ahmed, A G. Psychiatric Clinics of North America, Sexual Deviation: Assessment and Treatment, Elsevier Inc., Philadelphia, USA, 2014.

**REFEREED CHAPTERS IN BOOKS**:

1.    Research on Sex Offenders, ***J.M.W. Bradford***, In: Sadoff, R. (Ed) Symposium on Forensic Psychiatry: The Psychiatric Clinics of North America, W.B. Saunders Co., 6(4); 715-732, 1983.

2.    Organic Treatments for the Male Sexual Offender, ***Bradford, J.M.W.***, Behavioral Sciences & the Law, John Wiley & Sons, New York, 3; 355-375, 1985.

3.    Arson: A Review, ***Bradford, J.M.W***., In: Ben-Aron, M., Hucker, S.J., Webster, C.D. (Eds), Clinical Criminology: Assessing and Treating Criminal Behaviour, M and M Graphics, Toronto, 1985.

4.    Treatment of Sexual Offenders with Cyproterone Acetate, ***Bradford, J.M.W.*** In: Sitsen, J.M.A. (Ed) Handbook of Sexology: The Pharmacology and Endocrinology of Sexual Function. Elsevier Science Publishers, B.V., 6; 526-536. 1988.

5.    Organic Treatment for the Male Sexual Offender ***Bradford, J.M.W.***, In: Prentky, R.A., Quinsey, V.L., Human Sexual Aggression: Current Perspectives, Annals of the New York Academy of Sciences. 528; 193-203, 1988.

6.    Organic Treatment of Violent Sexual Offenders, ***Bradford, J.M.W***., In: Stunkard, A.J., Baum, A., Perspectives in Behavioral Medicine, Eating, Sleeping and Sex, Lawrence Erlbaum Associates, Hillside, New Jersey 203-223, 1998

7.    Mental Health Legislation in Canada, ***Bradford, John***. In: Principles and Practice of Forensic Psychiatry, P. Bowden, R. Bluglass (Eds), Churchill Livingston, U.K. 1990.

8.    Special Considerations in the Evaluation of Alleged Sex Offenders, ***Bradford, J.M.W.*** In: Rosner, R., Harmon, R.B., (Eds). Critical Issues in American Psychiatry and the Law. Vol. 5, Plenum Publishing Corporation, New York. 1989.

9.    An Overview of Psychiatric Treatment Approaches to Three Offender Groups, Bloom, ***J.D., Bradford***, J.M.W., Kofoed, L., Yearbook of

Psychiatry and Applied Mental Health. Talbott, J.A., Frances, A. et al, Yearbook Medical Publishers Inc., Chicago, Illinois.  361.1989

10. Assessment and Treatment of the Perpetrator, ***Bradford, J.M.W.***, Chapter In: Practical Guidelines to the Assessment of the Sexually Abused Child, by Patricia A.M. Horsham, M.D., Marilyn Denton (Ed), Distributed by The Canadian Public Health Association, Ottawa, Canada, 1989.

11. The Antiandrogen and Hormonal Treatment of Sex Offenders, ***Bradford, J.M.W.***, Chapter In: Handbook of Sexual Assault: Issues, Theories and Treatment of the Offender, Marshall, WL, Laws, DR and Barbaree, HE (Eds), Plenum Publishing Corp, New York, 1990.

12. The Pharmacological Treatment of the Adolescent Sex Offender. ***Bradford, J.M.W***., In: Barbaree, HE, Marshall, WL, Laws, DR (Eds) The Juvenile Sexual Offender, New York: Guildford Publications, Inc., 1990.

13. Introduction to Clinical Aspects of Forensic Psychiatry. ***Bradford, J.M.W.*** Psychiatric Clinics of North America. "Clinical Aspects of Forensic Psychiatry", (Ed). W. B. Saunders Co., Philadelphia. 1992

14. Substance Abuse and Criminal Behaviour, ***Bradford, J.M.W.***, Greenberg, D.M., Motayne, G. In: Clinical Aspects of Forensic Psychiatry", (Ed), W.B. Saunders Co., Philadelphia, 15; 3, 1992.

15. Amnesia And Amytal Interviews, ***Bradford, JW***., In Principles and Practice of Forensic Psychiatry, Richard Rosner, Ed.  Section 7:  Special Clinical Issues in Forensic Psychiatry: Chapman and Hall, New York, London: 68; 494-497. 1994.

16. Contributor to DSM IV Case Book: A Learning Companion to the Diagnostic and Statistical Manual of Mental Disorders. ***Bradford JMW***. Fourth Edition.  RL Spitzer, M Gibbon, AE Skodol, JBW Williams, MB First.  American Psychiatric Association Press Inc, 1994.

17. Contributor of Cases from English Speaking Countries. In Spitzer, R., Gibbon, M., Skolol, A.E., ***Bradford, J.M.W***., Williams, J.B.W., First, M.B. (Eds), DSM-IV Case Book. A Learning Comparison to the Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, American Psychiatric Press Inc., Washington, DC, London, England. 1994.

18. Member, Research Committee, AAPL and Contributors to Basic Research Manual for the Forensic Psychiatrist. ***Bradford, J.M.W.***  Thomas B.

Gutheil, M.D. (Ed).   First Edition, Published by American Academy of Psychiatry and the Law. 1995.

19.     Sexual Deviancy. **_Bradford, J.M.W._**   Current Opinion in Psychiatry, 7; 446-451, 1994.

20.     The Pharmacological Treatment of the Paraphilias. **_Bradford, J.M.W._** In American Psychiatric Inc. Review of Psychiatry, Becker, J., Segraves, T., Ed, Sexual Disorder.  14; 1995.

21.     Child and Adolescent Sexual Offenders. **_Bradford, J.M.W._** Motayne, G., Gratzer, T., Pawlak, A. In: Handbook of Child and Adolescent Sexual Problems, G.A. Rekers (Ed), Lexington Books, MacMillan, New York, 1995.

22.     Impulse Control Disorders. **_Bradford J_**, Geller J, Lesieur H, Rosenthal R, Wise M. In: DSM-IV Sourcebook, Vol 2 (Widiger T, Franes A, Pincus H, Ross R, First M, Davis W. (Eds). American Psychiatric Association, Washington, D.C., 1996.

23.     The Consent and Capacity Board. In a Practical Guide to Mental Health Capacity and Consent Law of Ontario. Hiltz D, **_Bradford J_**, Kunjukrishnan R. H. Bloom and M. Bay, Eds. Carswell, Thomson Professional Publishing, October 1996.

24.     Pharmacological Treatment of Deviant Sexual Behaviour. **_Bradford JMW_**, Greenberg DM. In: Rosen RC, David CM, Ruppel HJ Jr (Eds) Annual Review of Sex Research, Vol. VII, 1996.

25.     The Expert: A practitioner=s guide. **_Bradford JMW_**, Greenberg DM.  K.M. Matthews, J.E. Pink, A.D. Tupper and A.E. Wells (Eds).   Carswell, Toronto, 1996.

26.     The Court System and the Problem of Hypnotically Recalled Spontaneous Re-Recovered Memories of Previously Dissociated Trauma. **_Bradford, J.M.W._**  In The Phenomenon of Ritual Abuse. G. Fraser (Ed), In American Psychiatric Association Inc, 1994.

27.     Treatment of Adult Male Sex Offenders in a Psychiatric Setting. **Bradford J.M.W.**, Greenberg DM.  Sourcebook of Treatment Programs for Sexual Offenders.   Edited by W.L. Marshall, S.M. Hudson, T. Ward, and T.M. Fernandes.  Plenum Publishing Corp. 1998.

28.     Impulse Control Disorders. **_Bradford J_**, Geller J, Lesieur HR, Rosenthal R, Wise M.  DSM IV Source Book: Volume 2 (Eds) Widiger TH, Frances As, Pincus HA, Ross R, First M, Davis WW.   American Psychiatric

Association.  Washington, DC, Section V.  Psychiatric System Interface Disorders:  46; 1007-1033, 1996.

29.     Greenberg DM, Firestone P, **Bradford JM**, Broom I. In Infantophiles. L. Schlesinger (Ed) Serial Offenders: Current Thought, Recent Findings, Usual Syndromes, CRC Press. LLC, N.Y. 229-246. 2000.

30.     **Bradford JMW,** Dangerous Offender Proceedings.  In H. Bloom, S.J. Hucker (Eds). Handbook of Psychiatry and the Law in Canada, Chapter 26, Carswell, Toronto, 2000.

31.     **Bradford, J.M.**, Geller, J., Ligezinska, M., Rosenthal, R., and Wise, M. Impulse Control Disorders. In T. Widiger, A. Frances, H. Pincus, R. Ross, M. First & W. Davis (Eds.), DSM IV Source Book. Volume 2, Section V-Psychiatric System Interface Disorders (pp.1007-133). Washington, DC: American Psychiatric Association 2004.

32.     **Bradford, J.M.**, Fedoroff, P.  The Pharmacological Treatment of the Juvenile Sex Offender.  In Barbaree, H., Marshall, W.  (Eds.) The Juvenile Sex Offender.  2nd edition.  Chapter 16.  Guilford Publications Inc.  New York, New York.  2006.

33.     **Bradford, J.M.W.**, Firestone, P., Ahmed, A.G.  The Paraphilias and Psychopathy.  In A. Felthous and G. Henning (Eds.)  The International Handbook of Psychopathic Disorders and the Law.  Volume 1.  Chapter 16.  (pp 275-290).   West Sussex, England.  John Wiley and Sons Ltd. 2007.

34.     **Bradford, J.,** Fedoroff, P., Firestone, P.  Sexual Violence: A Review.  In R.I. Simon, & K. Tardiff, (Eds.) Textbook of Violence Assessment and Management.  Chapter 22.   (pp. 441-459).   American Psychiatric Publishing Inc.  Washington, D.C. and London, U.K.  2008.

35.     **Bradford, J.**, Fedoroff, P.  The neurobiology of sexual behavior and the paraphilias.  In: The Assessment of Sexual Interests, Sex Offenders: A multi-disciplinary Approach to Identification. Risk Assessment, Treatment & Legal Issues. Fabien Saleh, John Bradford, Daniel Brodsky (Eds). Oxford University Press.  36-46, 2009.

36.     **Bradford, J.M.,** Booth, B., & Seto, M.C. Forensic assessment of sex offenders.   In R.I. Simon & L.H. Gold (Eds), *Textbook of forensic psychiatry (2nd ed.) (pp. 373-394).* Washington, DC: American Psychiatric Publishing.  2010.

37.     Renaud, P., Chartier, S., Fedoroff, P., **Bradford, J.**, Rouleau, J.L., & Bouchard, S.  Perceptual-motor dynamics of avoidance and attraction assessed in virtual immersion for diagnostic purposes in clinical

psychology.  In Kaufman, D., & Sauve, L. (Eds).  Simulations and Advanced Gaming Environments (pp. 23).  Toronto, McGraw-Hill (2012).

38.   Witt, P. H., Dattilio, F. M., & **Bradford, J.M.W.**  Sexual offender evaluations. In E. Y. Drogin, F. M. Dattilio, R. L. Sadoff, & T. G. Gutheil (Eds.), Handbook of forensic assessment: Psychological and psychiatric perspectives. Hoboken, NJ: John Wiley & Sons. (2012).

39.   Patrice Renaud; Sylvain Chartier; Paul Fedoroff; **John Bradford**; Joanne L. Rouleau The Use of Virtual Reality in Clinical Psychology Research: Focusing on Approach and Avoidance Behaviors. David Kaufmann & Louise Sauve Educational Gameplay and Simulation Environments: Case Studies and Lessons Learned.  231-251 pp.Télé-université, Canada 2010.

40.   Assessing Sexual Interests with Computer-Generated Stimuli in Virtual Reality:  An improvement from audo scenarios.  Archives of Sexual Behavior, 25 pp., Trorrier, D., Renaud, P., Goyette, M., Rouleau, **J.L. Bradford**, J.P., Fedoroff, P. & Bouchard, Sl. (2012 accepted).

41.   Murphy, L.; Fedoroff, J.P., **Bradford, J.M W.** Treatment of Paraphilias and Paraphilic Disorders. In G.O. Gabbard, Gabbard's Treatment of Psychiatric Disorders (5th Ed.). Arlington, VA:  American Psychiatric Publishing, 669-694 pp. (2014).

42.   **Bradford J M W;** Ahmed AG. Preface: The Natural History of the Paraphilias, **Bradford J M W,** Ahmed AG. In **John M W Bradford** & AG Ahmed, Sexual Deviation: Assessment and Treatment, Psychiatric Clinics of North America Elsevier, Philadelphia Pennsylvania xi-xiii, 2014.

43.   Assumpcao, A A; Garcia, F D; **Bradford J M W;** Thibaut F; Pharmacologic Treatment of Paraphilias. In **John M W Bradford** & AG Ahmed, Sexual Deviation: Assessment and Treatment, Psychiatric Clinics of North America, Elsevier, Philadelphia Pennsylvania pp173-182, 2014.

44.   Psychiatric Clinics of North America, Sexual Deviation:  Assessment and Treatment, **Bradford, JMW.,** Ahmed, A G.  Elsevier Inc. Philadelphia, USA. 2014.

45.   The reliability and validity of the DSM-IV-TR and proposed DSM-5 criteria for pedophilia.  Seto, M.C., Fedoroff, J.P., **Bradford, J.M.,** Knack, N., Rodrigues, N.C., Ahmed, A G.  Submitted to the Journal of Forensic Psychiatry and Psychology.  2015.

46. The Ability to inhibit sexual arousal to children:  Correlates and its influence on the validity of penile plethysmography.  Babchishin, K.M., Curry, S., Fedoroff, P., **Bradford, J.M.W.,** Seto, M.C.  Submitted to Archives of Sexual Behavior.  2015.

47. The relationship between mental disorder and recidivism in sexual offenders.  Kingston, D.A., Olver, M.E., Harris, M., Wong, S.C.P., **Bradford, J.**  The International Journal of Forensic Mental Health, 14, 10-22. 2015


## Papers in Refereed Journals

1. **Bradford, J.M.W.**, and Smith, S.M. Amnesia and Homicide: The Padola Case and A Study of Thirty Cases, The Bulletin of the American Academy of Psychiatry and the Law, 7 (3), 219-231, 1980.

2. G. Stein, J. Holmes, **John M.W. Bradford**, and Leslie Kennedy HLA Antigens and Affective Disorder: A Family Case Report", Psychological Medicine, 10, 677-681, 1980.

3. Lynch, B. and **Bradford, John M.W.** Amnesia: It's Detection by Psychophysiological Measures. Bulletin of the American Academy of Psychiatry and the Law, 8 (3), 288-297, 1980.

4. **Bradford, J.M.W.** Arson: A Controlled Study, The Canadian Journal of Psychiatry, 27(3), 188-193, 1982.

5. **Bradford, J.MW.** Standards for Fellowship Programs in Forensic Psychiatry, A Report by the Joint committee on Accreditation of Fellowship Programs in Forensic Psychiatry, Bulletin of the American Academy of Psychiatry and the Law, 10(4), 285-295, 1982.

6. **Bradford, J.M.W.,** and Balmaceda, R. Canadian J. Shoplifting: Is There A Specific Psychiatric Syndrome, Psychiatry, 28, 248-254, 1983.

7. **Bradford, J.M.W.**  Forensic Psychiatric Aspects of Schizophrenia, Psych J of the University of Ottawa, 8(2), 96-103, 1983.

8. **Bradford, J.M.W.** Hormonal Treatment of Sexual Offenders Bulletin of the American Academy of Psychiatry and the Law, 11(2), 159-169, 1983.

9. **Bradford, J.M.W.** and McLean, D. Sexual Offenders, Violence and Testosterone: A Clinical Study, Canadian Journal of Psychiatry, 29, 335-343, 1984.

10. **Bradford, J.M.W.**, The Psychiatric Evaluation of the Sexual Offender, Newsletter, American Academy of Psychiatry and the Law, 9(2), 18-19, 1984.

11. Kunjukrishnan, R. and **Bradford, J.M.W.**, Interface Between the Criminal Justice System and the Mental Health System in Canada, The Psychiatric Journal of the University of Ottawa, 10(1), 24-33, 1985.

12. Sarwer-Foner, G.S.F., Smith, S.M., Bradford, J.M.W. Medical School Forensic Psychiatric Units in Health Care Delivery Facilities Rather Than a Criminal Justice Institution: An Alternative Model. The Bulletin of the American Academy of Psychiatry and the Law, 13, 165-172, 1985.

13. Bradford, J.M.W. (acting as resource person) for Panel of the Council on Scientific Affairs, American Medical Association, Scientific Status of Refreshing Recollection by the Use of Hypnosis, Journal of the American Medical Association, 253, 1918-1923. 1985.

14. **Bradford, J.M.W.**, The Use of a Bioimpedance Analyzer in the Measurement of Sexual Arousal in Male Sexual Deviants. Canadian Journal of Psychiatry, 31, 44-47, 1986.

15. **Bradford, J.M.W.**, Dimock, J., A Comparative Study of Adolescents and Adults Who Willfully Set Fires, Psychiatric Journal of the University of Ottawa.   11(4), 228-233. 1986.

16. **Bradford, J.M.W.**, Pawlak, A., Sadistic Homosexual Paedophilia: Treatment with Cyproterone Acetate - A Single Case Study, Canadian Journal of Psychiatry, 32, 22-31. 1987.

17. Bourget, D., **Bradford, J.M.W.**, Affective Disorder and Homicide: A Case of Familial Filicide. Theoretical and Clinical Considerations, Canadian Journal of Psychiatry, 32, 222. 1987.

18. Bourget, D., **Bradford, J.M.W.**, Fire Fetishism, Diagnostic and Clinical Implications: A Review of Two Cases, Canadian Journal of Psychiatry, 32, 459-462. 1987.

19. **Bradford, J.M.W.**, Bourget, D., Sexually Aggressive Men, Psychiatric Journal of the University of Ottawa. 12(4), 169-175. 1987.

20. Bradford, J.M.W., Pawlak, A. In: Webb, W.L., Lansberg, H.R. Sadistic Homosexual Paedophilia: Treatment with Cyproterone Acetate: A Single Case Study, Abstracts and Reviews of Selected Literature in Psychiatry, Neurology and Their Allied Fields. The Institute of Living, Hartford, Connecticut. 102. 1987.

21.    Bradford, J.M.W. Sadistic Homosexual Paedophilia: Treatment with Cyproterone Acetate, Letters to the Editor, Canadian Journal of Psychiatry. 32, 740. 1987.

22.    Gilmour, C.L., Bradford, J.M.W. The Effects of Medication on Handwriting, Canadian Society of Forensic Science.1987.

23.    Bloom, J.D., **Bradford, J.M.W.**, Kofoed, L., An Overview of the Psychiatric Treatment of Certain Offender Groups, Hospital and Community Psychiatry. 39(2); 157-159, 1988.

24.    Kunjukrishnan, R, **Bradford, JMW**, Schizophrenia and Major Affective Disorder: Forensic Psychiatric Issues, J. Canadian Journal of Psychiatry. 33, 723-733. 1988.

25.    Cavanaugh, J.L., Marciniak, R., **Bradford, J.M.W**., The Organic Treatment of Sexual Offenders.  Invited paper under contract to National Institute for Mental Health (NIMH), Dept. of Health and Human Services, Alcohol, Drug Abuse and Mental Health Administration. For the Assessment and Treatment of Sexual Offenders.  1988.

26.    Wormith, J.S., **Bradford, J.M.W.**, Pawlak, A., Zohar, A., Borzecki, The Assessment of Deviant Sexual Arousal as a Function of Intelligence, Instructions and Alcohol Ingestion, M. Canadian Journal of Psychiatry. 33(9), 800-09. 1988.

27.    **Bradford,     J.M.W**., Bloomberg, D., Bourget, D., The Heterogeneity/Homogeneity of Paedophilia, Psychiatric Journal of the University of Ottawa, 13(4), 217-226. 1988.

28.    Bourget, D., Gagnon, A., **Bradford, J.M.W.** Satanism in a Psychiatric Adolescent Population, Canadian Journal of Psychiatry. 33, 1988.

29.    Bourget, D., Bradford, J.M.W., Female Arsonists, The Bulletin, American Academy of Psychiatry & the Law, 17 (3), 293-300. 1989

30.    Kunjukrishnan, R., **Bradford, J.M.W.**, The Profile of a Major Affective Disorder Offender, Psychiatr J. Univ Ottawa, 15(1), 11-14. 1990.

31.    Homicidal parents, Bourget, D., **Bradford, JMW**, Canadian Journal of Psychiatry, 35 (3), 233-238. 1990

32.    Pawlak, A.E., Boulet, J.R., **Bradford, J.M.W.** A Discriminant Analysis of the Sexual Functioning Inventory with Intrafamilial and Extrafamilial Child Molesters, Archives of Sexual Behaviour, 20(1), 1991.

33.   Labelle, A., **Bradford, JMW**, Bourget, D., Jones, B., Carmichael, MA. Adolescent Murderers, Can J. Psychiatry, 36, 1991.

34.   Bradford, J.M.W., Pawlak, The Paraphilias: A Multiplicity of Deviant Behaviours, A. Canadian Journal of Psychiatry, 37, 1992.

35.   Cole, W.A., **Bradford, JMW**.   Abduction during custody and access disputes.   Canadian journal of psychiatry. Revue canadienne de psychiatrie 06/1992; 37(4):264-6

36.   **Bradford, JMW**, Pawlak, A., Double-Blind Placebo Crossover Study of Cyproterone Acetate in the Treatment of the Paraphilias.   Archives of Sexual Behaviour, 22(5), 1993.

37.   **Bradford, J.M.W.**, Pawlak, A. The Effects of Cyproterone Acetate on the Sexual Arousal Patterns of Paedophiles, Archives of Sexual Behaviour, 22(6), 1993.

38.   **Bradford, JMW**. Guest Editorial, The Bulletin, Canadian Psychiatric Association, 1993.

39.   **Bradford, JMW**, Akhtar, SN. Treatment Issues in the Mentally Disordered Offender, The Bulletin, Canadian Psychiatric Association, 1993.

40.   Kunjukrishnan R., **Bradford JMW**, Varan LR, Mentally Disordered Female Offenders and Their Crimes, The Bulletin, Canadian Psychiatric Association, 1993.

41.   Greenberg, D.M., **Bradford, J.M.W.**, Curry, S. A Comparison of Sexual Victimization in the childhoods of Paedophiles and Hebephiles. Journal of Forensic Science, 38(2), 432-36, 1993.

42.   Gratzer, T, Bradford JMW. When to Suspect Munchausen Syndrome. The Canadian Journal of Diagnosis, 69-76. 1994.

43.   Bourget, D. **Bradford, J.M.W.**   Sex Offenders Who Claim Amnesia for Their Alleged Offences.   Bulletin of the American Academy of Psychiatry and the Law, 23(2), 1995.

44.   **Bradford, J.M.W**., Gratzer, T.  A Treatment for Impulse Control Disorders and Paraphilia.  Canadian Journal of Psychiatry, 40, 1995.

45.   **Bradford, John M.W.**   Mentally Disordered Offenders and the Law", Editorial, Canadian Journal of Psychiatry.  40(5), 223-4. 1995

46.  Gratzer, T., **Bradford, J.M.W.**  Offenders and Offense Characteristics of Sexual Sadists:  A Comparative Study, Journal of Forensic Sciences. 450-55. 1995.

47.  Greenberg, DM, **Bradford J**, Curry S. Infantophilia: A new sub-category of pedophilia? Bulletin of the American Academy of Psychiatry and the Law, 23(1), 1-9, 1995.

48.  Allnutt S., **Bradford J.,** Greenberg D, Curry S. Comorbidity of alcoholism and the paraphilias. Journal of Forensic Sciences Accepted for publication, Journal of Forensic Sciences, 41(2):134-239. 1995

49.  **Bradford JMW**, Gratzer T. Violence and Mood Disorder:  Forensic Issues and Liability Concerns.  The Canadian Review of Affective Disorders. 5(2), 1995.

50.  Greenberg DM, **Bradford JMW**, Curry S. Are Pedophiles with Aggressive Tendencies More Sexually Violent?  Bulletin of the American Academy of Psychiatry and the Law, 24, 2, 1996.

51.  **Bradford, JMW**. The Role of Serotonin in the Future of Forensic Psychiatry. Bulletin of the American Academy of Psychiatry and the Law. 24(1), 1996.

52.  Greenberg D, **Bradford JMW**, Curry S, O'Rourke A. A Comparison of Treatment of Paraphilia with Three Serotonin Reuptake Inhibitors: A Retrospective Study. Bulletin of the American Academy of Psychiatry and the Law, 24(4):525-532, 1996.

53.  Greenberg D, **Bradford JMW**. Treatment of the Paraphiliac Disorders: A Review of the Role of Selective Serotonin Reuptake Inhibitors. Sexual Abuse: A Journal of Research and Treatment, 9, (4):349-360, 1997.

54.  **Bradford JMW.**  Treatment of Men with Paraphilias.  Invited Editorial, New England Journal of Medicine, 338(7), 1998.

55.  Firestone P, **Bradford JMW**, Greenberg DM, Larose MR, Curry S. Homicidal and Non-homicidal Child Molesters: Psychological, Phallometric and Criminal Features.  Sexual Abuse: A Journal of Research and Treatment. 10(4) 1998.

56.  Pas de Cabane au Canada - un entretien avec le Dr. John Bradford, le Journal International de Medecine, 121(15), 26-27.1998.

57.  Regehr C., Glancy G., **Bradford JMW**.  A Model for Predicting Depression in Victims of Rape.  Journal of American Academy of Psychiatry and the Law. 26(4), 1998.

58. Firestone P., **Bradford JMW**. McCoy M., Greenberg DM.  Recidivism in Convicted Rapists.  Journal of American Academy of Psychiatry and the Law.   26(2), 185-201, 1998.

59. Firestone, P., **Bradford, J. M.**, Greenberg, D. M., Larose, M. R., Curry, S.  Homicidal and Non-homicidal Child Molesters:  Psychological, Phallometric & Criminal Features Sexual Abuse:  A Journal of Research and Treatment.  10(4), 305. B323. (1998).

60. Firestone, P., **Bradford, J.M.**, McCoy, M., Greenberg, D. M., Larose, M. R., Curry, S.  Recidivism Factors in Convicted Rapists.  J. American Academy Psychiatry & Law, 26(2), 185-200. 1998

61. Firestone P**., Bradford JMW,** Greenberg DM. Larose MR.  Homicidal Sex Offenders: Psychological, Phallometric and Diagnostic Features.  Journal of American Academy of Psychiatry and the Law. 26(4), 537-552, 1998.

62. Krueger RB, **Bradford JMW**, Glancy D. Report from the Committee on Sexual Offenders. The Abel Assessment for Sexual Interest: A Brief Description. Journal of the American Academy of Psychiatry and the Law. 26(2), 277-280, 1998.

63. Firestone P., **Bradford JMW**, McCoy M., Greenberg D., Larose MR, Curry S. Prediction of Recidivism in Incest Offenders.  Journal of Interpersonal Violence, 14(5), 511-531, 1999.

64. Glancy GD., **Bradford JMW**.  Canadian Landmark Case: Regina v Swain: Translating McNaughton into Twentieth Century Canadian Law.  Journal of American Academy of Psychiatry and the Law.  27(2), 301-309, 1999.

65. **Bradford JMW**. The Paraphilias Obsessive Spectrum Disorder, and the Treatment of Sexually Deviant Behaviour, Psychiatric Quarterly, 70(3), 209-220, 1999.

66. Regehr C., Glancey G, **Bradford J.**  Canadian Landmark Case, Smith v. Jones, Supreme Court of Canada:  Confidentiality and Privilege Suffer Another Blow.  The Journal of the American Academy of Psychiatry and the Law.  27(4), 1999.

67. Bradford, JMW and Kaye, NS. Pharmacological treatment of sexual offenders. AAPL Newsletter: 16-17.1999

68. Glancy GD., Gagne P., **Bradford J**. Psychiatry and the Law in Canada: A Proposal for Subspecialization - Part I: Bulletin of Canadian Psychiatric Association, 32(1), 20-24, 2000.

69.   Glancy GD., Gagne D., **Bradford J.** Psychiatry and the Law in Canada: A Proposal for Subspecialization - Part II: Bulletin of the Canadian Psychiatric Association. 32(1), 24-26, 2000.

70.   O'Shaughnessy, R.J., Glancy, G.D., **Bradford, J.M.** Canadian Landmark Case, Smith V. Jones, Supreme Court of Canada: Confidentiality and Privilege Suffer Another Blow. Journal of Psychiatry and the Law. 27(4), 614-620, 2000.

71.   Schneider RD, Glancy GD, **Bradford JMW**, Siebenmorgen E, Canadian Landmark Case: Winko V British Columbia, Journal of American Academy of Psychiatry and the Law, 28(2), 2000.

72.   **Bradford JMW.** The Treatment of Sexual Deviation Using a Phallometric Approach.  Journal of Sex Research. 37(3), 248-257. August 2000.

73.   Firestone, P**., Bradford, J.M.**, McCoy, M., Greenberg, D.M., Larose, M. R., Curry, S.  Prediction of Recidivism in Court Referred Child Molesters. Sexual Abuse:  A Journal of Research and Treatment, 12(3), 203-222. July, 2000

74.   Firestone P, **Bradford JMW**, McCoy M, Greenberg DM, Curry S, Larose MR. Prediction of Recidivism in Extrafamilial Child Molesters Based on Court-Related Assessments. Sexual Abuse: A Journal of Research and Treatment. 12(3), 2000.

75.   Firestone P, **Bradford JMW**, Greenberg DM, Nunes KL.  Characteristics of Phallometric Responses:  A Comparison of Homicidal Child Molesters, Child Molesters and Normal-Control Men.    American Journal of Psychiatry, 157: 1847-1850. 2000

76.   Greenberg D, **Bradford JMW**, Firestone P, Curry S.  Recidivism of Child Molesters:  A Study of Victim Relationship with the Perpetrator.  Child Abuse and Neglect. 24(11), 1485-1494, 2000.

77.   Regehr C, Glancey G, **Bradford, JMB**.  Canadian Land Mark Case: L.C. and the Attorney General for Alberta v. Brian Joseph Mills.  The Journal of American Academy of Psychiatry and the Law.28 (4), 460-464, 2000.

78.   Bradford, JMW.   The Treatment of Sexual Deviation Using a Pharmacological Approach.  The Journal of Sex Research. 37(3), 248-257, 2000.

79.   Firestone, P., **Bradford, J. M.**, Greenberg, D. M., and Serran, G. A.  The Relationship of Deviant Sexual Arousal and Psychopathy in Incest

Offenders, Extrafamilial Child Molesters and Rapists.   Journal of the American Academy of Psychiatry and the Law.  28(3), 303-808. 2000

80.    Firestone, P., **Bradford, J.M.W.**, Greenberg, D.M., Nunes, K. L. Differentiation of homicidal child molesters, non-homicidal child molesters, and non-offenders by phallometry.   American Journal of Psychiatry, 157(11), 1847-1850. 2000

81.    Regehr C, Edwardh M, **Bradford J.**  Research Ethics and Forensic Patients.  Canadian Journal of Psychiatry. 45, 892-898. 2000

82.    Firestone, P., **Bradford, J. M.**, Greenberg, D. M., Nunes, K., and Broom, A Comparison of the Static 99 and the Sex Offender Risk Appraisal Guide (SORAG).  Sexual Abuse: A Journal of Research and Treatment. 2001.

83.    Rabinowitz, S. R., Greenberg, D. M., Firestone, P., and **Bradford, J. M.** Prediction of Recidivism in Exhibitionists: Psychological, Phallometric and Offence Factors. Sexual Abuse: A Journal of Research and Treatment, 2001.

84.    **Bradford, JMW**.   The Neurobiology, Neuropharmacology and Pharmacological Treatment of the Paraphilias and Compulsive Sexual Behaviour.  Canadian Journal of Psychiatry. 46, 77-85, February, 2001.

85.    Glancey G, Regehr C, **Bradford J.**  Sexual Predator Laws in Canada. Journal of the American Academy of Psychiatry and the Law. 29(2), 2001.

86.    Nunes, K.L., Firestone, P., **Bradford, JMW**, Greenberg, D, M., Broom, I. Comparison of the Modified Version of Static-99 and the Sex Offender Risk Appraisal Guide (SORAG).   Sexual Abuse:  A Journal of Research and Treatment. 14(3).  253-269. 2002.

87.    Rabinowitz I., Greenberg, S. R., Firestone, P., **Bradford, J. M.**, and Greenberg, D. M. Prediction of Recidivism in Exhibitionists: Psychological, Phallometric, and Offense Factors.  Sexual Abuse:  A Journal of Research and Treatment.  14(4). 329-347. October, 2002

88.    Grasswick, L.J.  & **Bradford, J.M.** Osteoporosis associated with the treatment of paraphilias:  A clinical review of seven case reports.  Journal of Forensic Sciences, 48(4). 849-855. July, 2003

89.    Regehr, C., Glancy, G., D., and **Bradford, J. M**. Canadian landmark case: L.C. and the Attorney General for Alberta v. Brian Joseph Mills.  Journal of the American Academy of Psychiatry and the Law. 28, 460-464. 2004

90.    Greenberg, D.M., Firestone, P., Nunes, K.L., **Bradford, J.M**, and Curry, S. Biological fathers and stepfathers who molest their daughters:

Psychological, Phallometric and criminal features.  Sexual Abuse:  A Journal of Research and treatment.  17(1), 39-46. 2005.

91.   Firestone, P., Nunes, K.L., Moulden, H., Broom, I., and **Bradford, J. M**. Hostility and Recidivism in Sexual Offenders.  Archives of Sexual Behaviour. 34(3), 277-283. 2005.

92.   Firestone, P., Dixon, K.L., Nunes, K. L. and **Bradford, J. M.**   A Comparison of incest offenders based on victim age.  Journal of the American Academy of Psychiatry and the Law. 33(2), 223-232. 2005.

93.   Renaud, P., Proulx, J., Rouleau, J., Bouchard, S., Madrigrano, G., **Bradford, J. M.**, Fedoroff, P., The recording of observational behaviours in virtual immersion: A new clinical tool to address the problem of sexual preferences with paraphilias.  Annual Review of Cybertherapy and Telemedicine. Vol. 3, pp. 85-92. 2005.

94.   Firestone, P., Kingston, A.D., Wexler, A., and **Bradford, J. M.** Long term Follow-up of Exhibitionists: Psychological, Phallometric, and Offence Characteristics.  Journal of the American Academy of Psychiatry and the Law.  34, 349-359. 2006.

95.   Chartier, S., Renaud, P., Bouchard, S., Proulx, J., Rouleau, J.L., Federoff, P., & **Bradford, J. M.**   Sexual Preference Classification from Gaze Behavior data using a Multilayer Perceptron.  Annual Review of Cybertherapy and Telemedicine. Vol. 4, pp. 149-157. 2006.

96.   Renaud, P., Chartier, S., Bonin, M.P., DeCourville-Nicol, P., Proulx, J., Cournoyer, L., Federoff, P., **Bradford, J. M.**, & Bouchard, S.  Sexual Presence as Determined by Fractal Oculomotor Dynamics.  Annual Review of Cybertherapy and Telemedicine. Vol. 4, pp. 78-86. 2006.

97.   Renaud, P., Proulx, J.,Rouleau,J.L. ,Bradford,J.M, Fedoroff, P., Bouchard, S.  Morphing sexual characters: Unlimited generation.  CyberPsychology & Behavior 12/2006; 9(6):714-714.

98.   Nunes, K.L., Firestone, P., Wexler, A.F., Jensen, T.T., and **Bradford, J. M.** Incarceration and recidivism among sexual offenders.  Law and Human Behavior. 31, 305-318.  2007.

99.   Kingston, A.D., Firestone, P., Moulden, H.M. and **Bradford, J. M.**  The Utility of the Diagnosis of Pedophilia: A Comparison of Various Pedophilic Classifications. Archives of Sexual Behavior. 36, 423-436.  2007.

100.  Nunes, K.L., Hanson, K.R., Firestone, P., Moulden, H., Greenberg, D., and **Bradford, J. M.**  Denial predicts recidivism for some sexual offenders.

Sexual Abuse: A Journal of Research and Treatment.   19, 2, 91-106. 2007.

101.    Glancy, G., **Bradford, J. M.**, The Admissibility of Expert Evidence in Canada.   Journal of the American Academy of Psychiatry and the Law. 35:3:350-356 (2007).

102.    **Bradford, J. M.**, Firestone, P., and Ahmed, A.G. The Paraphilias and Psychopathy.   (In Ed. Felthaus, A., & Henning, G.).   The International Handbook of Psychopathic Disorders and the Law.   John Wiley and Sons Ltd. (In Press, 2007).

103.    **Bradford, J. M.**, Federoff, P., and Firestone, P.   Sexual Violence: A review.   (In Ed. Simon, R.I. & Tardiff, K).   Textbook of Violence Assessment and Management.   American Psychiatric Publishing Inc. (In Press, 2007).

104.    Renaud, P., Proulx, J., Rouleau, J.L., **Bradford, J. M.**, Federoff, P., & Bouchard, S. (2007).   L'utilisation de personnages virtuels et de technlologies de suivi oculomoteur en clinique de la delinquance sexuelle. Revue Quebecoise de psychologie. 28(2), 1-12.

105.    Kingston, D.A., Federoff, P., Firestone, P., Curry, S., and **Bradford, J. M.** Pornography use and sexual aggression: The impact of frequency and type of pornography use on recidivism among sexual offenders. Aggressive Behavior.  2008. 34, 341-351.

106.    Kingston, D.A., Firestone, P., Wexler, A., and **Bradford, J. M.**  Factors associated with Recidivism among Intra-familial Child Molesters. Journal of Sexual Aggression.  March 2008. Vol. 14, No.1, pp3-18.

107.    Bourget, D., **Bradford, J. M.**   Evidential Basis for the Assessment and Treatment of Sex Offenders.   Brief Treatment and Crisis Intervention. 2008 8 (1) 130-146.

108.    **Bradford, JMW.** Guest Editorial, The Canadian Journal of Psychiatry. Violence and Mental Disorders.  October, 2008.

109.    Kingston, D.A., Yates, P.M., Firestone, P., Babchishin, K., Bradford, J.M. Long-Term Predictive Validity of the Risk Matrix 2000 A Comparison With the Static-99 and the Sex Offender Risk Appraisal Guide.     Sexual Abuse A Journal of Research and Treatment 11/2008; 20(4):466-84. DOI:10.1177/1079063208325206.

110.    Renaud, P., Chartier, S., Decarie, J., Trottier, D., **Bradford, J. M**, Federoff, P., et al.  Gaze behavior nonlinear dynamics assessed in virtual

immersion as a diagnostic index of sexual deviancy: preliminary results. Journal of Virtual Reality and Broadcasting.  6(3), 1860-2037, 2009.

111.   Moulden, H.M., Firestone, P., Kingston, D.A., & *Bradford, J. M*, Recidivism in Pedophiles: An Investigation Using Different Diagnostic Methods.  Journal of Forensic Psychiatry & Psychology.  20:5, 680-701.

112.   Witt, P.H., Dattilio, F., *Bradford, J.M.* Commentary: Sildenafil in phallometric testing-an evidence-based assessment of sexual offenders" J Am Acad Psychiatry Law. 2010; 38 (4):512-5

113.   *Bradford, J. M. W.*, Kingston, D. A., Ahmed, A. G., & Fedoroff, J. P. (2010).   Commentary: Sildenafil in phallometric testing—an evidence based assessment of sexual offenders.  Journal of the American Academy of Psychiatry and the Law, 38, 512-515.

114.   Kingston, D. A., Seto, M. C., Firestone, P., & *Bradford, J. M.* (2010). Comparing indicators of sexual sadism as predictors of recidivism among sexual offenders. Journal of Consulting and Clinical Psychology, 78, 574-584.

115.   Thibault, F., De La Barra, F., Gordon, H.,  Cosyns P,  Bradford, J.M. The World Federation of Societies of Biological Psychiatry (WFSBP) Guidelines for the Biological Treatment of Paraphilias.  The World Journal of Biological Psychiatry 06/2010; 11(4):604-55. DOI:10.3109/15622971003671628.

116.   Renaud, P., Goyette, M., Chartier, S., Zhornitsky, S., Trottier, D., Rouleau, J-L., Proulx, J., Fedoroff, P., *Bradford, JMW.,* Dassylva, B., Bouchart, S. Sexual affordances, perceptual-motor invariance extraction and intentional Nonlinear dynamics:  sexually deviant and non-deviant patterns in male Subjects.  University du Quebec en Outaouais, Institut Phillippe-Pinel de Montreal, Canada.  Nonlinear Dynamics Psychology and Life Sciences (Impact Factor: 0.96) 10/2010: 14 (4) 463-89.

116.   *Bradford, JMW*. Overview, The Journal of European Neuropsychopharmacology, May 2011.

118.   *Bradford, JMW*, Trestman, R., Scott, C.  The 2011 AAPL Research Survey and the AAPL/APLS Forensic Research Collaborative.

119.   Trottier, D., Renaud, P., Goyette, M., Rouleau, J-L.*, Bradford, J*., Fedoroff, J.P. Assessing sexual interests with computer-generated stimuli in virtual reality: An improvement from audio scenarios. Archives of Sexual Behavior. (in press).

120.  Renaud, P., Proulx, J., Rouleau, J-L., **Bradford, J**., Fedoroff, J.P., Bouchard, S. Dans la perspective visuelle du deviant sexuel: L'utilisation de personnages virtuels et de technologies de suivi oculomoteur en clinique de la déviance sexuelle. Revue Québécoise de psychologie. (in press).

121.  Renaud, P., Chartier, S., Rouleau J-L., Proulx, J., Goyette, M., Fedoroff, J.P., Bradford, J., Dassylva, B., & Bouchard, S. (2011 Nov). Using immersive virtual reality and sexological psychology to probe into child molesters' phenomenology: Sexual arousal and intentional dynamics from the first-person stance. Journal of Sexual Aggression, doi: 1080/13552600.2011.617014.

122.  Ahmed, Adekunle G., Kingston, Drew. A., DiGiuseppe, Raymond, **Bradford, John M.** (2011) Developing a clinical typology of dysfunctional anger. *Journal of Affective Disorders 136 (2012) 139-148.* DOI: 10.1016/j.jad.2011.09.008.

123.  Jaworska, N., Berrigan, L., Fisher, D., Ahmed, A.G., Gray, J., **Bradford, J.,** Korovessis, A., Fedoroff, J.P., & Knott, V. (2012) A Pilot Study of Electrocortical Activity in Dysfunctional Anger: Decreased Frontocortical Activation, Impaired Attention Control, and Diminished Behavioral Inhibition. *Aggressive Behavior, 38*(6), p 469-480.

124.  Jaworska, N., Berrigan, L., Ahmed, A.G., Gray, J**., Bradford**, **J.**, Korovessis, A., Fedoroff, J.P., Knott, V. (2012) Resting eletrocortical activity in adults with dysfunctional anger: a pilot study. *Psychiatry Research. 203* (2-3), 229-236. doi: 10.1016/j.psychresns.2012.01.003. Epub

125.  Labelle, A., Bourget, D., Bradford, J.M., Alda, M., Tessier, P. Familial Paraphilia: A Pilot Study with the Construction of Genograms. 03/2012; 2012:692813. DOI:10.5402/2012/692813.

126.  Kingston, D.A., Seto, M.C., Ahmed, A.G., Fedoroff, J. P., **& Bradford, J.M.** (2012) The role of central and peripheral hormones in sexual aggression and recidivism_in sexual offenders. *Journal of the American Academy of Psychiatry and the Law, 40*, p 476-485.

127.  Kingston, D.A., Ahmed, AG., Gray, J., Bradford, J.M, Seto, M.C. The Assessment and Diagnosis of Attention Deficit Hyperactivity Disorder in Adult Forensic Psychiatric Outpatients. Journal of Psychopathology and Behavioral Assessment 09/2013; 35(3). DOI:10.1007/s10862-013-9346-5.

128. Bradford, J.M, Fedoroff, P., Gulati, S.  Can sexual offenders be treated? International Journal of Law and Psychiatry 05/2013; DOI:10.1016/j.ijlp.2013.04.004.

129. Kingston, D.A., Bradford, J.M.  Hypersexuality and Recidivism among Sexual Offenders.  Sexual Addiction and Compulsivity 01/2013; DOI:10.1080/10720162.2013.768131

130. Jaworska, N., Berrigan, L., Ahmed, A.G., Gray, J., Korovessis, A., Fisher, D.J., Bradford, J., Fedoroff, P., Knott, V.J. (2013) The Resting Electrophysiological Profile in Adults with ADHD and Comorbid Dysfunctional Anger: A Pilot Study.  Journal of Clinical Neurophysiology DOI: 10.11771550059412465607.

131. Fedoroff, P., Curry, S., Müller, K., Ranger, R., Briken, P., **Bradford, J.M.** Evidence That Arousal to Pedophilic Stimuli Can Change: Response to Bailey, Cantor, and Lalumière.  Archives of Sexual Behavior 12/2014; 44(1). DOI:10.1007/s10508-014-0441-9

132. Turner, D., Schöttle, D., **Bradford, J.M.,** Briken, P.  Assessment methods and management of hypersexuality and paraphilic disorders.  Current Opinion in Psychiatry 11/2014; 27(6):413-422. DOI:10.1097/YCO.0000000000000099

133. Briken, P., Fedoroff, P., **Bradford, J.M**. Why Can't Pedophilic Disorder Remit?  Archives of Sexual Behavior 06/2014; DOI:10.1007/s10508-014-0323-1.

134. Müller, K., Curry, S., Ranger, R., Briken,  P., **Bradford, J.M**, Fedoroff, P. Changes in Sexual Arousal as Measured by Penile Plethysmography in Men with Pedophilic Sexual Interest.  Journal of Sexual Medicine 03/2014; 11(5). DOI:10.1111/jsm.12488

135. Kingston, D.A., Olver, M.A., Harris, M., Wong, S.C.P., **Bradford, J.M.** The Relationship between Mental Disorder and Recidivism in Sexual Offenders.  International Journal of Medicine 02/2015; 14 (1): 20-32. DOI: 10.1080/14999013.2014.974088.

## VISITING LECTURER:

1985 "The Assessment and Treatment of the Sexual Offender: Current Research into Sexual Offenders". Burnaby Psychiatric Services, Vancouver and Burnaby, British Columbia, Canada. Sponsored by the Forensic Services Commission of British Columbia, Government of British Columbia.

1985 "The Assessment and Treatment of Sex Offenders; Research into Sex Offenders". Memorial University, St. John's, Newfoundland, Canada and Dalhousie University, Halifax, Nova Scotia and St. John, New Brunswick campuses

1987  "The Assessment and Treatment of Sexual Offenders: University of British Columbia and Forensic Services Commission of British Columbia

1991  "The Assessment and Treatment of Sexual Offenders", Dalhousie University, Faculty of Medicine. Selected by the Residents as the Fourth Visiting Professor. Sponsored by Bristol Myers Squibb.

1992  "The Sexual Abuse Offender". ***Bradford, JMW***, Harris, G., Williams, S., Telemedicine Canada.

1993  "Diagnosis and Treatment of Sexual Offenders". ***Bradford, JMW.*** The Nineteenth Annual Hilton Head Symposium "Current Concepts in Psychiatry", Sponsored by Offices of Continuing Medical Education of the William S. Hall Psychiatric Institute, South Carolina Department of Mental Health and the Department of Neuropsychiatry and Behavioural Science, University of South Carolina, School of Medicine, Hilton Head Island, South Carolina.

"The Evaluation and Treatment of Paedophilia, ***Bradford JMW***. Presented to the Columbia Medical Society Scientific Meeting, Columbia, South Carolina.

1994  "The Assessment and Treatment of the Paraphilias. Presented to the Capitol District Psychiatric Centre, Grand Rounds and Case Conference, Albany, New York, USA.

 "The Assessment and Treatment of the Paraphilias with Special Reference to Paedophilia." Guest Lecturer at the Kirby Forensic Psychiatric Centre, Ward's Island, New York, USA,
"Dangerous Offenders:   Legal and Clinical Issues in Identification and Management.  Guest Speaker: The Faculty of Law, Queens University, Kingston, Ontario.

2002 "Workplace Violence".   Presented by Threat Assessment Group (TAG). Toronto.

2003  Assessment and Management of Paraphilias.   South Carolina Dept. of Mental Health.  South Carolina.  June.

2004
"Liability Issues in Allied Health" Inservice presentation to Brockville Psychiatric Hospital Medical Staff.  January.

"Overview of the Secure Treatment Unit" APCO Meeting, Toronto.  April

"Reports of Childhood Sexual Abuse Perpetrated by Females in a Sample of Male Offenders" Queen's University Dept. of Psychiatry Grand Rounds. June

"Violence and Mental Disorder:   Role of Dysfunctional Anger". National Conference of the New Brunswick Division of the CMHA and New Brunswick Chapter of the Schizophrenia Society.  July

"Are the Mentally Ill Violent?" 12th Annual Schizophrenia Conference, Edmonton. October

"Clinical Issues and Violence in Schizophrenia" 12th Annual Schizophrenia Conference, Edmonton.  October

"Law and Psychiatry Course" 54th Annual Meeting CPA.  Montreal. October

2006
Law and Psychiatry Review Course.  University of Ottawa, Faculty of Medicine. February.

"Assessment & Treatment of Child Sex Abusers" Course with Dr. G. Abel.  APA, Toronto.  May 20-25.

"Biomedical Treatment of Child Molesters".   Forensic Sex Offender Program Forum.  British Columbia.  June 6.

"Review of Sex Offender Recidivism" Plenary Speaker.  Violence & Aggression Conference.  Saskatoon.  June 25-27.

"Human Monsters", "Phallometric Assessment of Sex Offenders", and "Who Has Control Over the NCR Patient – the Treatment Team or Review Board?" Saskatoon Regional Treatment Center, Saskatoon.  September 15-17.

"Criminalization of the Mentally Ill" and overview of the Secure Treatment Unit. Schizophrenia Society of Cornwall.  September 30

2006 "What do we Know about Sex Offenders".  National Judicial Institute.  PEI. October 19-20.

2013 "Acute PTSD for Forensic Psychiatrists" and a symposium on "The Treatment of Sexual Offenders".   7th Annual Risk & Recovery Forensic Conference, Hamilton, Ontario.  April 25-26.

2013  "Treatment Guideline Session on Paraphilias".  11th World Congress of Societies of Biological Psychiatry.  June 24 - 28.

2013  "Managing Vicarious Trauma".  Mental Health Issues and Criminal Law, Law Society of Upper Canada teleseminar, Toronto.  September 21.

2013 "Post Traumatic Stress Disorder".  KWA Optimum Talent Lunch and Learn Seminar, Ottawa.  October 10.

2013  "Chemical Therapy/National/International Trends".   N.Y. State Sex Offender Management Treatment Act Joint Conference.  N.Y.  Oct. 23-24.

2014  "Toronto Police Shooting Advisory Panel Meeting".  Toronto. February 13.

2014  Penal presentation "Video Recording of Forensic Psychiatry Testimony". The 19th Annual Winter Conference – CAPL/Forensic Section.  March 2-5.

2014  "Independent Review of the Use of Lethal Force by the Toronto Police Service Advisory Panel of Experts".  TORYs LLP Toronto Police Force, Toronto, ON.  April 3.

2014  ""PTSD – "An Occupational Hazard for Mental Health, Legal and Other Professionals".  The Nova Scotia Criminal Lawyers' Association the Defenceside Conference:  Back to Basics from the Back Bench.  May 23.

2014  "Confronting Stigma".  OMA Physician Health Program and Professionals Health Program Annual Meeting.  June 23.

2014  "Law & Psychiatry".  Muskoka Seminars, Deerhurst Resort. June 23

2014  "Paraphilias and Paraphilic Disorders:  What do we know about these disorders?   From the natural, history, assessment, neurobiology, treatment, recidivism and risk assessment".  2014 Conference The Royal Australian & New Zealand College of Psychiatrists, Faculty of Forensic Psychiatry – Hong Kong. August 12.

2014  "The neurobiology and biological treatment of deviant sexual behavior". 2014 Conference The Royal Australian & New Zealand College of Psychiatrists, Faculty of Forensic Psychiatry – Hong Kong.  August 13.

2014     "Post Traumatic Stress Disorder:  An Occupational Hazard for Mental Health Professionals and Others".  Actions for Healthcare University of Ottawa – Exploring Mental Health:  The Interplay between Brain, Body and Society. Ottawa, ON.  September 19.

2014  "Post-Traumatic Stress Disorder:  an Occupational Hazard for Forensic Mental Health Professionals.  Understanding the Impact of Mental illness in the Workplace."  Mental Health Institute of Quebec.  Quebec City, P.Q.  October 15.

2014    "For Whom the Bell Tolls:  Our Cases, Our Selves".  Superior Court of Justice (Ontario Fall Education Seminar).  Toronto, ON   November 7.

2014    "Living with Occupational Post Traumatic Stress Disorder – A personal Account".  Health and Safety Conference – Lancaster House.  Toronto, ON. November 4.

2015    "Trauma Informed Care:  Theory, Practice and Lived Experience".  10th Annual Ivy Dunn Nursing Research Day".  The Royal, Ottawa, On.  January 30.

2015    "Mental Disorders and Violence".  Special Forensic Education Series. Brockville, ON.  February 2.

2015    "PTSD in Military and First Responder Communities".  CDRIN 2nd Annual Conference.  Ottawa, ON.  February 24.


**REFEREED ABSTRACTS:**

1.    Presentation of *Amnesia and Homicide: The Padola Case and a Study of 30 Cases*, ***Bradford, J.M.W.***, Smith, S., American Academy of Psychiatry and the Law, Montreal, October 1978.

2.    Presentation on *Arson, **Bradford, J.M.W.***, to the Family Court Clinic Conference, Kingston, Ontario, April 19, 1979

3.    Presentation of a *Study on Firesetting, **Bradford, J.M.W.***, to the Annual Meeting of GWAN, Vermont, USA, April 17, 1979.

4.    *A Course in Memory Dysfunction and the Law: Special Techniques Amnesia and the Polygraph, **Bradford, J.M.W.***    American Academy of Psychiatry and the Law, Baltimore, Maryland, October 1979.

5.    *Amnesia: The Detection by Psychophysiological Measures*, Lynch, B.E., ***Bradford, J.M.W.***, American Academy of Psychiatry and the Law, Baltimore, Maryland, October 1979.

6.    *Arson: A Controlled Study*, ***Bradford, J.M.W.***, American Academy of Psychiatry and the Law, Baltimore, Maryland, October 1979.

7.    Presentations on *Custody and Access* and the *Violent Juvenile Offender, **Bradford, J.M.W.***, to the Family Court Clinic Conference, Ottawa, Ontario, May 1980.

8.    Panelist on *Diagnostic Reliability in Psychiatry*, **Bradford, J.M.W.**, Canadian Psychiatric Association Annual Meeting, Toronto, Ontario, October 1980.

9.    *Shoplifting: Is There A Specific Psychiatric Syndrome*, **Bradford, J.M.W.** and Balmaceda, R., American Academy of Psychiatry and the Law, Chicago, 1980.

10.    *The Mentally Abnormal Youthful Offender*, **Bradford, J.M.W.**, Ontario Psychiatric Association, Ottawa, Ontario, October 25, 1980.

11.    *Hormonal Treatment of the Sexual Offender*, **Bradford, J.M.W.**, American Academy of Psychiatry and the Law, San Diego, California, October 1981.

12.    *Divorce, Child Custody and Access in the United States and Canada***, Bradford, J.M.W.** Panel Presentation, American Academy of Psychiatry and the Law, San Diego, California, October 1981.

13.    *A University-Based Forensic Service and the Health Care Delivery System as a Model for a Community Forensic Psychiatric Service: The University of Ottawa Forensic Unit Experience, **Bradford, J.M.W.***, American Academy of Psychiatry and the Law, San Diego, California, October, 1981.

14.    *Violent vs. Non-Violent Sexual Offenders: A Clinical Study*, **Bradford, J.M.W.**, and McLean, D., American Academy of Psychiatry and the Law, San Diego, California, October, 1981.

15.    *Fellowship Programs in Forensic Psychiatry: Accreditation II*, **Bradford, J.M.W.**, Panel Presentation American Academy of Psychiatry and the Law, San Diego, California, October 1981.

16.    *The Relationship of Neurological and Neuropsychological Impairment to the Severity of Criminal Offences in a Forensic Psychiatric Population*, Trites, R.L. and **Bradford, J.M.W.**, American Academy of Psychiatry and the Law, San Diego, California, October 1981.

17.    Presentation to the Canadian Psychiatric Association on *Accreditation in Forensic Psychiatry*, **Bradford, J.M.W.**, Annual Meeting of the Canadian Psychiatric Association, Winnipeg, Canada, September, 1981.

18.    *The Treatment of Violent Behaviour*, **Bradford, J.M.W.**, XVIIe Congres Annuel, Association des Psychiatres du Quebec, Montebello, Quebec, June, 1982.

19. *Competency to Testify: The Hawke Decision in Canada*, **Bradford, J.M.W.**, 8th International Congress on Law and Psychiatry, Quebec City, Quebec, June, 1982.

20. *Criminality, Affective Disorders and Schizophrenia*, **Bradford, J.M.W.**, Kunjukrishnan, R. American Academy of Psychiatry and the Law, New York City, October, 1982.

21. *A Comparative Study of Adults and Children Who Wilfully Set Fires*, Dimock, J.L. and **Bradford, J.M.W.** American Academy of Psychiatry and the Law, New York City, October, 1982.

22. *Arson*, **Bradford, J.M.W.** Clinical Criminology: Current Concepts. Toronto, Clarke Institute of Psychiatry April, 1982

23. *The Hormonal Treatment of Sexual Offenders*, **Bradford, J.M.W.**, 2nd World Congress on Prison Health Care, Ottawa, Canada, August, 1983.

24. *Treatment of the Criminally Insane*, A Discussion Panel, 2nd World congress on Prison Health Care, Smith,S., Moderator, Ottawa, Canada, August 1983. Panelists: **Bradford, J.M.W.** (Canada), Gunn, J. (UK), Halpern, A. (USA), Lamothe, P. (France).

25. *Cyproterone Acetate in Treatment of Sexual Deviation*, **Bradford, J.M.W.**, Rush Medical College, Chicago, Illinois, September 30, 1983.

26. *Forensic Psychiatric Aspects of Schizophrenia*, **Bradford, J.M.W.**, Annual Meeting of GWAN, Ottawa, Canada, November 12, 1983.

27. *Course in Forensic Psychiatry*, **Bradford, J.M.W.**, Ontario Psychiatric Association, January, 1984, Toronto.

28. American Association on Mental Deficiency, *The Use of Cyproterone Acetate in the Mentally Retarded Sexual Offender*, Ottawa, Canada 30 March 1984.

29. *Course in Forensic Psychiatric Aspects of Schizophrenia*, **Bradford, J.M.W.**, Ontario Psychiatric Association Meeting, Penetanguishene, Ontario, October 1984.

30. Tenth International Congress on Law and Psychiatry, *The Evaluation of Sexual Offenders Suitable for Cyproterone Acetate*, **Bradford, J.M.W.**, Banff, Alberta, June,1984.

31. Royal Ottawa Hospital Research Day, *The Use of a Bioimpedance Analyzer in the Measurement of Sexual Arousal in Male Sexual Deviants*,

Ottawa, Canada, June 8, 1984

32.     *Sadistic Homosexual Paedophilia, Treatment with Cyproterone Acetate: A Single Case Study*, **Bradford, J.M.W.**, Pawlak, A., Annual Meeting of the Canadian Psychiatric Association, Banff, Alberta, October, 1984.

33.     *Symposium: Assessment and Treatment of Sex Offenders*, **Bradford, J.M.W.**, Abel, G. Presented at the 15th Annual Meeting of the American Academy of Psychiatry and the Law, Nassau, The Bahamas, October, 1984.

34.     *The Assessment and Treatment of Sexual Offenders*, **Bradford, J.M.W.**, Fourth National Congress of Psychiatry, January, 1985, Durban, Republic of South Africa.

35.     A Double-blind Placebo Cross-Over Study of Cyproterone Acetate (An Antiandrogen) in the Treatment of Sexual Deviation, presentation at Royal Ottawa Hospital Research Day, Ottawa, May 3, 1985.

36.     *The Assessment and Treatment of Sexual Offenders*, **Bradford, J.,** assisted by Wm. Farrall.  16th Annual Meeting of the American Academy of Psychiatry and the Law, Albuquerque, New Mexico, October, 1985.

37.     *Next Steps in Research on Sex Offenders, **Bradford, J.M.W.***, Invited Lecturer, National Institute of Mental Health (NIMH), Dept. of Health and Human Services, sponsored by the Centre for Studies of Antisocial and Violent Behaviour.

38.     *The Use of a Bioimpedance Analyzer in the Measurement of Sexual Arousal of Male Sexual Deviants, **Bradford, J.M.W.***, National Institute of Mental Health (NIMH), Dept. of Health and Human Services, sponsored by the Centre for Studies of Antisocial and Violent Behaviour

39.     *"Sadistic Homosexual Paedophilia: Treatment with Cyproterone Acetate: A Single Case Study, **Bradford, J.M.W.***, National Institute of Mental Health (NIMH), Dept. of Health and Human Services, sponsored by the Centre for Studies of Antisocial and Violent Behaviour.

40.     *Cyproterone Acetate in the Treatment of Sexual Offenders: A Double Blind Placebo Crossover Study*, **Bradford, J.M.W.**, March 1985. St. Louis, Missouri. National Institute of Mental Health (NIMH), Dept. of Health and Human Services, sponsored by the Centre for Studies of Antisocial and Violent Behaviour.

41.     *The Assessment and Treatment of Sexual Offenders, **Bradford, J.M.W.***, Invited Lecturer, National Institute of Mental Health (NIMH), Dept. of Health and

Human Services, Alcohol, Drug Abuse and Mental Health Administration. 3 presentations.

42.     *The Organic Treatments of Sexual Offenders*, **Bradford, J.**, Marciniak, R. National Institute of Mental Health (NIMH), Dept. of Health and Human Services, Alcohol, Drug Abuse and Mental Health Administration.

43.     *The Effects of Alcohol on Rapists Sexual Arousal*, **Bradford J.**  National Institute of Mental Health (NIMH), Dept. of Health and Human Services, Alcohol, Drug Abuse and Mental Health Administration.

*44.     A Comparison of Bioimpedance and Mercury Strain Gauge in Sexual Arousal*, **Bradford, J.M.W.** Tampa, Florida, February 1986. National Institute of Mental Health (NIMH), Dept. of Health and Human Services, Alcohol, Drug Abuse and Mental Health Administration.
45.     *The Organic Treatment of the Violent Sexual Offender*, **Bradford, J.M.W.**, Academy of Behavioral Medicine Research, Williamsburg, Virginia, June 1986.

46.     International Conference on Mental Health and Technology. *The Use of a Bioimpedance Analyzer in the Measurement of Sexual Arousal in Male Sexual Deviants*, **Bradford, J.M.W.**, University of British Columbia, Vancouver, B.C., June , 1986.

47.     *Organic Treatment for the Male Sexual Offender*, **Bradford, J.M.W.**, invited presentation, The New York Academy of Sciences, New York, January, 1987. Symposium on Human Sexual Aggression.

48.     *The Assessment and Treatment of Child Molesters*, **Bradford, J.M.W.**, Abel, G.G., Reid, W. American Psychiatric Association, 140th Annual Meeting, Chicago, Illinois, USA. Paid Course.

49.     *Psychopathology and the Sexual Offender,* **Bradford, J.M.W.**, Boulet, J, Pawlak, A., 13th Annual Meeting. International Academy of Sex Research, Munich. Federal Republic of Germany, June, 1987.

50.     *Schizophrenia and Major Affective Disorder: Forensic Psychiatric Issues.* Kunjukrishnan, R., **Bradford, J.M.W.**, Canadian Psychiatric Association 37th Annual Meeting, London, Ontario, September 1987.

51.     *The Paraphilias: A Multiplicity of Deviant Behaviours*, **Bradford, J.M.W.**, Pawlak, A., Boulet, J. Canadian Psychiatric Association 37th Annual Meeting, London, Ontario, September 1987.

52.     *The Effects of Cyproterone Acetate on the Sexual Arousal Patterns of Paedophiles* **Bradford, J.M.W.**, Pawlak, A. Canadian Psychiatric Association 37th Annual Meeting, London, Ontario, September 1987.

53.    *Law and Psychiatry: The Canadian Perspective*. ***Bradford, J.M.W.*** (Chair), Sharpe, G., Price, R., Rodgers, S., Eaves, D., Milliken, D. the American Academy of Psychiatry and the Law, 18th Annual Meeting, Ottawa, October 1987.

54.    *Workshop on Research in Forensic Psychiatry*, Harry, B.C., ***Bradford, J.M.W.***, Gutheil, T.G.  The American Academy of Psychiatry and the Law, 18th Annual Meeting, Ottawa, October 1987.

55.    *Female Arsonists: A Clinical Study*, Bourget, D., ***Bradford, J.M.W.***, The American Academy of Psychiatry and the Law, 18th Annual Meeting, Ottawa, October 1987.

56.    The Effects of Cyproterone Acetate on the Sexual Arousal Patterns of Paedophiles, ***Bradford, J.M.W.***, Pawlak, A., Presented at the Royal Ottawa Hospital Research Day, October 23, 1987.

57*.    Female Arsonists: A Clinical Study*. Bourget, D., ***Bradford, J.M.W.***, presented at Royal Ottawa Hospital Research Day, October 23, 1987.

58.    *Female Arsonists: A Clinical Study*, Bourget, D., ***Bradford, J.M.W.*** Presented at the 68th Annual Meeting, Ontario Psychiatric Association, Toronto, January, 1988.

59.    *The Effects of Cyproterone Acetate on the Sexual Arousal Patterns of Paedophiles, **Bradford, J.M.W.*** World Psychiatric Association Regional Symposium, Washington, D.C., USA, October, 1988.

60.    *Incest: A Multisystem Perspective* (3 presentations)
a)    *Incest: The Dynamics-Psychosocial, Medical and Legal Perspective*.
b)    *Approaches to Therapy: Their Rationale and Efficacy*.
c)    *Sexually Aggressive Men: Physical Therapies*.
Eighth Annual Saskatchewan Psychiatric Association Continuing Education Conference, Regina General Hospital, Regina, Saskatchewan, April 1988.

61.    *False Accusations of Sexual Abuse in Custody Access Disputes*. Cole, W., Dimock, J., ***Bradford, J.M.W.*** Annual Ontario Family Court Clinic Conference, Ottawa, May, 1988.

62.    *The Assessment and Treatment of Child Molesters*, ***Bradford, J.M.W.*** Annual Ontario Family Court Clinic Conference, May 5-6, 1988.

63.   *The Assessment and Treatment of the Child Molester*, **Bradford, J.M.W.**, Abel, G.G. American Psychiatric Association 141st Annual Meeting, Montreal. Fee paid course, 1988

64.   *The Paraphilias: A Multiplicity of Deviations.* **Bradford, J.M.W.** Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, San Francisco, California, October 1988.

65.   *The Effects of Cyproterone Acetate on the Sexual Arousal Patterns of Paedophiles*, **Bradford, J.M.W.** Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, San Francisco, California, October 1988.

66.   *The Assessment and Treatment of the Child Molester.* **Bradford, J.M.W.** Paid Course, given at the Annual Meeting of the American Academy of Psychiatry and the Law, San Francisco, California, October 1988.

67.   *Psychiatric Emergencies*, Chandrasena, R., **Bradford, J.M.W.** Presented at the Annual Meeting of the Canadian Psychiatric Association, Halifax, Nova Scotia, September 1988.

68.   *The Impact of Mediation on Children of Divorce*, Cole, W.A., Dimock, J., **Bradford, J.M.W.** American Academy of Psychiatry and the Law, , San Francisco, California. 1988.

69.   *Workshop on Research in Forensic Psychiatry II.* Harry, B.E., Gutheil, T.G., Steadman, H.J., **Bradford, J.M.W.** The American Academy of Psychiatry and the Law, October 1988, San Francisco, California, USA

70.   *Cognitive Distortions Regarding Child Molestation: A Comparison of Paedophiles and Other Sexual Offenders.* **Bradford, J.M.W.**, Pawlak, A. Canadian Psychiatric Association Annual Meeting, Halifax, Nova Scotia, September 1988.

71.   *Civil Commitment Legislation of Ontario, Canada*, Chandrasena, R., **Bradford, J.M.W.** American Academy of Psychiatry and the Law, October 1988, San Francisco, California, USA

72.   *Clinical Use of Tc-99M HMPAO Following Acute and Non-acute Cerebral Trauma*, Reid, R.H., Ballinger, J.R., Ventureyra, E.C.G., **Bradford, J.M.W.**, Krelina, M. European Nuclear Medicine Congress, August, 1988, Milan, Italy.

73.   *The Use of Cyproterone Acetate and Medroxyprogesterone Acetate in the Treatment of Sexual Offenders*, **Bradford, J.M.W.** Association for the Behavioral Treatment of Sexual Abusers (ATSA), Atlanta, Georgia, USA, September 1988. Invited Lecturer.

74.     *Evaluation of Cerebral Perfusion Imaging with Tc-99m HMPAO Following Cerebral Trauma in Patients with Acute and Chronic Symptomatology*, Reid, R.H., Gulenchyn, K.Y., Ballinger, J.R., Ventureyra, E.C.G., **Bradford, J.**, South East Chapter of the Society of Nuclear Medicine, 29th Annual Meeting, Charleston, South Carolina, November, 1988.

75.     *New Approaches in the Treatment of Sexual Offenders*, **Bradford, J.M.W.** Keynote Address, "Family Violence: National and International Perspectives on Research, Policy and Practice," Conference sponsored by the Department of Psychology, Simon Fraser University; The Forensic Psychiatric Services Commission of British Columbia; and the B.C. Institute on Family Violence, Vancouver, B.C, May, 1989.

76.     *The Assessment and Treatment of Child Molesters*, **Bradford, J.M.W.**, Abel, G.G. Invited course, 142nd Annual Meeting of the American Psychiatric Association, San Francisco, California, May, 1989.

77.     *The Paraphilias: Comorbidity, Treatment and Future Research*, **Bradford, J.M.W.** Invited speaker, "Behavioral Sciences and the Law: 10 Years at the Interface - An International Symposium" to commemorate the 10th Anniversary of the Section on Psychiatry and the Law and the Issac Ray Center, Inc., Rush-Presbyterian-St. Luke's Medical Center, Chicago, Illinois, June, 1989.

78.     *A Guide to Management of Psychiatric Emergencies*, Lapierre, Y., Chandrasena, R., **Bradford, J.M.W.**, Brown, Mary. Presented at the Annual Meeting of the Canadian Psychiatric Association, St. John's, Newfoundland, September, 1989.

79.     *Workshop in Forensic Psychiatry III*, Harry, B., Steadman, H., **Bradford, J.** Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, October, Washington, D. C. 1989

80.     *The Assessment and Treatment of the Child Molester.* **Bradford, J.M.W.** Paid Course presented at the Annual Meeting of the American Academy of Psychiatry and the Law, October, Washington, D.C. 1989,

81.     *Temporal Lobe Deficits and Sexual Aggression.* **Bradford, J.M.W.**, Reid, R.H., Pawlak, A.E., Curry, S.D. Presented at the 10th Annual Research and Teaching Day, Royal Ottawa Hospital and Department of Psychiatry, University of Ottawa, November Ottawa. 1989,

82.     *Evaluation of Cerebral Perfusion in Violent Sexual Aggression*, Reid, R.H., Gulenchyn, K.Y., Ballinger, J.R., Ventureyra, E.C.G., **Bradford, J.,** 36th Annual Meeting, Society of Nuclear Medicine, St. Louis, Missouri,  1989

83.     *Research in Forensic Psychiatry*, Harry, B., **Bradford, J.M.W.**, Steadman, H.J., the American Academy of Psychiatry and the Law, Washington, D.C., October 1989.

84.     *The Assessment and Treatment of the Child Molester*, **Bradford, J.M.W.**, Annual Meeting of the American Academy of Psychiatry and the Law, Washington, D.C., October 1989.

85.     *Outcome Measures of a Sexual Abuse Treatment Program*.  Cole, W., **Bradford, J.M.W.**, 39th Annual Meeting of the Canadian Psychiatric Association, St. John's, Newfoundland

86.     *The Assessment and Treatment of Child Molesters*, **Bradford, JMW**, Abel, GG. Paid course presented at the 143rd Annual Meeting of the American Psychiatric Association, New York, New York, May, 1990.

87.     *Familial Degrees of Paraphilia*, Labelle, A., Bourget, D., Tessier, P., Aldi, M., **Bradford, J.**, New Research Poster Session presented at the Annual Meeting of the American Psychiatric Association, New York City, New York, May 1990.

88.     *The Paraphilias: A Multiplicity of Deviant Behaviours*, **Bradford, J.M.W.**, Annual Meeting of the American Academy of Psychiatry & the Law, San Diego, California, October 1990.

89.     *A Study of Incest Perpetrators of Biological Daughters Compared to Incest Perpetrators of Step-Daughters*, **Bradford, J.M.W.**, Annual Meeting of the American Academy of Psychiatry and the Law, San Diego, California, October 1990.

90.     *Paedophilia in a Geriatric Population*, **Bradford, J.M.W.**, Quintal, M., Annual Meeting of the American Academy of Psychiatry & the Law, San Diego, California, October 1990.

91.     *The Assessment and Treatment of the Child Molester*. **Bradford, J.M.W.**, Paid Course, Annual Meeting of the American Academy of Psychiatry & the Law, San Diego, California, October 1990.

92.     *Research Approaches in Forensic Psychiatry*, Gutheil, T., **Bradford, J.M.W.**, Steadman, H., Reichlin, S., Annual Meeting of the American Academy of Psychiatry & the Law, San Diego, California, October 1990.

93.     *Forensic Implications of Impulse Control Dysfunction*, Morrison, H., **Bradford, J.M.W.**, Rappeport, J., Zonana, H., Annual Meeting of the American Academy of Psychiatry & the Law, San Diego, California, October 1990.

94.    *Deviant Response Indices Among Three Groups of Sexual Offenders*, **Bradford, J.M.W.**, Pawlak, A.E., Royal Ottawa Hospital & University of Ottawa Department of Psychiatry 11th Annual Research and Teaching Day, Ottawa, November 1990.

95.    *A Comparison of Incest Perpetrators Who Have Offended Against Their Stepdaughters or Their Biological Daughters.* **Bradford, J.M.W.**, Pawlak, A.E., Curry, S., Royal Ottawa Hospital & University of Ottawa Department of Psychiatry 11th Annual Research and Teaching Day, Ottawa, November 1990.

96.    *Evaluation of Response Patterns of Sexual Aggressiveness and Non-Offenders.*   Pawlak, A.E., **Bradford, J.M.W.**, Curry, S.D., Zohar, A., Royal Ottawa Hospital & University of Ottawa Department of Psychiatry 11th Annual Research and Teaching Day, Ottawa, November 1990.

97.    *The Assessment and Treatment of Child Molesters*, **Bradford, J.M.W.**, Abel, G. G. Paid Course, American Psychiatric Association Annual Meeting, New Orleans, La. May 1991.

98.    *The Assessment and Treatment of the Child Molester*, **Bradford, John M. W.**, Paid Course, Annual Meeting of the Canadian Psychiatric Association, Saskatoon, Saskatchewan, October 1991.

99.    *The Role of Serotonin in Psychiatric Disorders*, **Bradford, John M. W** as participant in Symposium at the Annual Meeting of the European College of Neuropsychopharmacology, Loews Hotel, Monte Carlo, October 1991.

100.    *The Assessment and Treatment of the Child Molester*, **Bradford, John M. W.**, Paid Course. Annual Meeting of the American Academy of Psychiatry and the Law, Hilton Hotel, Walt Disney World, Orlando, Florida,  October 1991.

101.    *A Comparison of Sexual Victimization in the Childhoods of Paedophiles and Hebephiles*, Greenberg, D.M., **Bradford, J.M.W.**, Curry, S. Presented at the Fifth Annual Research Day, Joint Department of Psychiatry, McGill University and University of Ottawa Research, Stephen Leacock Building, McGill University, Montreal, Quebec, November 1991.

102*. Sexual Behaviours Evaluation, including Penile Tumescence Technique Comparing a Male Multiple Personality with a Control Male Simulating MPD*, Fraser, G.A., **Bradford, J.M.W.**, presented at the 8th International Conference on Multiple Personality and Dissociative States, November 1991, Chicago, Ill.

103.    *New Criminal Code Amendments and Forensic Psychiatric Practice*, M. Spinner, Moderator, Starkman B, **Bradford, J.M.W.**, Special Workshop, Section

on Psychiatry and the Law, Ontario Psychiatric Association Annual Meeting, Toronto, Ontario, January 1992.

104.   *Pornography, Erotica and Paedophilia* and Forensic Psychiatry , **Bradford, JMW,** Invited Speaker to the Alberta Psychiatric Association meeting, March 1992.

105.   *Assessment and Treatment of the Child Molester*, Paid Course at American Psychiatric Association Annual Meeting, **Bradford, J.M.W.**, Course Director, Washington, D. C., May 1992.

106.   *Does Sexual Abuse as a Child Cause Paedophilia and Related Problems*, **Bradford, JMW.** Invited Speaker, Grand Rounds, Hotel Dieu Hospital and Queen's University, Kingston, Ontario, May 1992.

107*.   Mandatory Reporting of the Sex Offender: Debating the Problem.* Moderator, W. Cole, Panel members **Bradford J,** Gill M, McCormack H, Wiseman D, Milloy S. Plenary Session at the Family Court Clinic Conference '92, Ottawa, Ontario, May 1992.

108.   *The Assessment and Treatment of the Child Molester,* **Bradford, J.M.W.** Paid Course, presented at the Annual Meeting of the Canadian Psychiatric Association, Montreal, Quebec, September 1992.

109.   *Examination of deviant arousal to laboratory stimuli among non-offenders.* **Bradford, J.M.W.**, Curry, S. Pawlak, A. Presented at the 13th Annual Research and Teaching Day, Royal Ottawa Hospital, Department of Psychiatry, University of Ottawa, November 1992.

110.   *Serotonin Reuptake Inhibitors*, **Bradford, J.M.W.** Invited Speaker, 11th Annual Research and Treatment Conference of the Association for the Behavioral Treatment of Sexual Abusers (ATSA), Portland, Oregon, October 1992.

111.   *Capital Sexual Battery: The Psychology of the Offender*, **Bradford, J.M.W.** Invited Guest Speaker to the Annual Education Meeting of the Florida Conference of Circuit Judges, Tampa, Florida, December 1992.

112.   *Are the Paraphilias Part of Obsessive-Compulsive Spectrum Disorder?* **Bradford, JMW.** Presented to the World Psychiatric Association Regional Conference, Banff '93, January 1993, Banff, Alberta.

113.   **Bradford JMW**, Abel GG. *The Assessment and Treatment of Child Molesters*.   Paid Course presented at the American Psychiatric Association Annual Meeting, San Francisco, California, May 1993.

114.   Cole W., **Bradford JMW**. *Multi-Offender, Multi-Victims Sexual Abuse Assessments*.   Presented at the Annual Meeting, American Academy of Psychiatry and the Law, San Antonio, Texas, October 1993.

115.   **Bradford JMW,** Gratzer T. *Sexually Motivated Homicide: A Statistical Study*.  Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, San Antonio, Texas, October 1993.

116.   Greenberg, D, *Bradford JMW,* Curry S. *Infantophilia: A New Category of Paedophilia*. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, San Antonio, Texas, October 1993.

117.   Hipshman L, Cavanaugh J, **Bradford JMW**, Special Hon. JJ, Ullman R, LeGrand G. *The Diocese, the Psychiatrist, the Clergyman & his Victims*.  Mock Trial. Annual Meeting of the American Academy of Psychiatry & the Law, San Antonio, Texas, October 1993.

118.   *Sexual Impulsivity, Mood Disorders and Psychopharmacology*, **Bradford, JMW**, Koskin, M.  Concurrent Discussion Session (D. Grubin, Moderator), Annual Meeting of the Association for the Treatment of Sexual Abusers (ATSA), Boston, Massachusetts, November 1993.

119.   *Sexual Sadism*, Paper Session.   **Bradford J.**, Langevin R., Prentky R. (A. Burgess, Moderator), Annual Meeting of the Association for the Treatment of Sexual Abusers (ATSA), Boston, Massachusetts, November 1993.

120.   *Sadism: The Cutting Edge*. **Bradford, J.** and Staff, Royal Ottawa Hospital, Forensic Program. Presented at the Semi-Annual Meeting of the Canadian Academy of Psychiatry & the Law, Mont Tremblant, Quebec, March 1994.

121.   *Biological Treatment of Paedophilias*. **Bradford, JMW**.  Spring Meeting, Lake Charles Area Chapter, Louisiana Psychiatric Association/American Psychiatric Association. Lake Charles, Louisiana, March 1994.

122.   *Sexual Sadism and Sexually Motivated Homicides*.   **Bradford J.**  WHO Seminar Series, Sponsored by The Calgary WHO Centre for Research and Training in Mental Health, The Health Care Research Group, University of Calgary and the Dept. of Community Health Sciences, University of Calgary, Alberta, March 1994.

123.   *The Biological Aspects of Paedophilia*. **Bradford, JMW.**  Grand Rounds, Clifton T. Perkins Hospital Center, University of Maryland, Baltimore, Maryland. May, 1994.

124.   *The Assessment and Treatment of Child Molesters*. **Bradford, JMW**, Abel GG.   Paid Course. American Psychiatric Association Annual Meeting. Philadelphia, Pennsylvania. May 1994.

125.   Neurological and Alcohol Testing in Sadistic Offenders.  **Bradford, JMW**, Gratzer, TG.  Presented at the 25th Annual Meeting of the American Academy of Psychiatry & the Law, October 1994, Maui, Hawaii.

126.   *The Prevalence of Dissociative Disorders among Sex Offenders*. **Bradford, JMW**, Proulx, F, Curry S. Presented at the 25th Annual Meeting of the American Academy of Psychiatry and the Law, Maui, Hawaii.

127.   *Pedophilic Arousal with Incremental Forceful-Coercive Stimuli as a Function of Hostility*.  Greenberg DM, **Bradford JMW**, Curry S.  Presented at the 25th Annual Meeting of the American Academy of Psychiatry & the Law, Maui, Hawaii.

128.   *Comorbidity Study of Pedophilia*. **Bradford JMW**, Gojer, JAC, Curry S. Presented at the 25th Annual Meeting of the American Academy of Psychiatry & the Law, Maui, Hawaii.

129.   *Pharmacological Treatment of the Paraphilias*, **Bradford, JMW.** Presented at the Annual Meeting of the American Psychiatric Association, Psychiatry Update Section of the APA Scientific Program Committee, 1995 Review of Psychiatry, May 1995, Miami, Florida.

130.   *The Assessment and Treatment of Child Molesters*. **Bradford JMW**, Abel GG.  Paid Course presented at the Annual Meeting of the American Psychiatric Association, Miami, Florida, May, 1995.

131.   *Professional Sexual Misconduct*, **Bradford JMW.**  Presented at the Winter Meeting of the Canadian Academy of Psychiatry and the Law, March 1995, Mont Tremblant, Quebec. .

132.   **Bradford JMW,** Greenberg DM, Curry S, O'Rourke A, Treatment *of paraphilias with SSRI's: An open trial.*  Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, Research in Progress Section, Seattle, Washington, October 1995.

133.   Gratzer T, Kelly J, **Bradford JMW**, Gruenberg L.   *Multi-disciplinary treatment of sex offenders.*   Panel.   Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, Seattle, October 1995.

134.   Glancy GD, **Bradford JMW**, Regehr C, Turrall G.   *Assessment and treatment of sexually abusive professionals.*   Panel.   Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, Seattle, Washington, October 1995.

135.   **Bradford, JMW.** *Sertraline in the treatment of paedophilia: An open label study.* Presented at Psychiatric Research in the 90's: A Tri-University Perspective. Presented by Ottawa, McGill & Queen's Universities, at Royal Ottawa Hospital, Ottawa, October 1995.

136.   **Bradford J,** Greenberg D, Curry S. *A twelve week open label dose titration pilot study of the efficacy, safety and toleration of sertraline in the treatment of paedophilia.* Presented at the 16th annual Research and Teaching Day, Department of Psychiatry, University of Ottawa, Ottawa, November 1995.

137.   Greenberg D, **Bradford J,** Curry S, O'Rourke A. *Treatment of Paraphilias with serotonin re-uptake inhibitors: A retrospective study.* Presented at the 16th Annual Research and Teaching Day, Department of Psychiatry, University of Ottawa, Ottawa, November 1995.

138.   **Bradford, JMW.** *The Solution to Sexual Violence: Punishment or Treatment?* Public Lecture sponsored by the Department of Psychiatry, Faculty of Medicine, University of Ottawa, Ottawa, October 1995.

139.   **Bradford, JMW.** *Treatment of Paedophilia as a Model for the Treatment of Sexual Deviation.* Invited CME presentation to the Tenth Annual Symposium on Psychiatric Medicine. Sponsored by Florida Hospital Center for Psychiatry. Walt Disney World Resort, Lake Buena Vista, Florida, March 1996.

140.   **Bradford JMW**, Greenberg D. *SSRI's in the Treatment of Paraphilia.* Presented at the Winter Meeting of the Canadian Academy of Psychiatry and the Law and the Canadian Psychiatric Association, Forensic Section. Mont Tremblant, Quebec, March 1996.

141.   Glancy GD, **Bradford JMW**, Greenberg DM. *A Primer of Forensic Psychiatry (Course).* Annual Meeting of the Canadian Psychiatric Association, Quebec City, P.Q., October 1996.

142.   Pawlak A, **Bradford JMW**, Curry S. *T-23 Factors Associated with Sexual Aggression among Rapists and Non-Offenders.* Accepted for poster presentation at the Annual Meeting of the Association for the Treatment of Sexual Abusers. Chicago, Illinois, November 1996.

143.   **Bradford JMW**. *Pharmacological Treatment of Paraphilia*. Plenary Session, Sixth Symposium on Violence and Aggression, Saskatoon, Saskatchewan. Sponsored by the Regional Psychiatric Centre (Prairies) and Extension Division, University of Saskatchewan, June 1996.

144.   **Bradford JMW**; *The Role and Function of a Sexual Behaviours Clinic*. Workshop presented at the Sixth Symposium on Violence and Aggression, Delta Bessborough Hotel, Saskatoon, Saskatchewan. Sponsored by the Regional Psychiatric Centre (Prairies) and Extension Division, Univ. of Saskatchewan, June 1996.

145.   **Bradford, JMW**: *Don Juan: Myths, Milestones and Management Approaches to the Paraphilias Symposium: OCD96: Drives for Progress in OCD*. World Congress of Psychiatry, Madrid, Spain, August 1996.

146.   Kunjukrishnan R, Milovic A, Varan LR, **Bradford JMW**, Brathwaite S, Balmaceda R. *Psychiatric Disorders among Spousal Abusers*. Presented at the Annual Meeting of the Canadian Psychiatric Association, October 1996, Quebec City.

147.   **Bradford JMW**, Curry S, Pawlak A. *A Comparison of Sexual Fantasies of Child Molesters and Non-Offenders*. Accepted for presentation at the Research and Teaching Day, Royal Ottawa Hospital and the University of Ottawa, Ottawa, November 1996.

148.   Firestone P, **Bradford JMW**, Greenberg DM. *Characteristics of Homicidal Sexual Offenders: Sexual Arousal and Comorbidity*. Association for the Treatment of Sexual Abusers, November 1996.

149.   Greenberg DM, **Bradford JMW,** Firestone P. *Comparison of Incest Perpetrators Who Offend Against Their Step-Daughters or Against Their Biological Daughters, Association for the Treatment of Sexual Abusers, November 14, 1996*

150.   Bourget D, Labelle A, Alda M, Tessier P*,* **Bradford JMW**. *Familial Paraphilia: A Pilot Study*, American Academy of Psychiatry, October, 1996.

151.   **Bradford JMW**, Firestone P, Greenberg DM, Curry S. *Alcohol Loaded Assessment of Sexual Arousal in Child Molesters*. American Academy of Psychiatry and the Law, San Juan, Puerto Rico, October, 1996.

152.   Greenberg DM, **Bradford JMW**, Firestone P, Curry, S, Sale M. *A Comparison of Female and Male Child Molesters*. American Academy of Psychiatry and the Law, San Juan, Puerto Rico, October, 1996.

153. ***Bradford, JMW.*** Don Juan: Myths, Milestones and Management Approaches to the Paraphilias. Invited Guest Speaker. Second Annual International Colloquium, Aggression, Mental Disorders and Intervention, Montreal, November 1996.

154. ***Bradford JMW***. *Interventions with Sex Offenders.* Professional Development Program, Public Service Workshops Program, Nelson A. Rockefeller College of Public Affairs and Policy, University at Albany, State University of New York, 06 February 1997.

155. ***Bradford JMW***. *Don Juan: Myths, Milestones, and Realities in the Treatment of the Paraphilias.* (1) Keynote Address; (2) Moderator, Panel Discussion: Policy Issues of Sex Offender Treatment and Management; (3) Workshop on **Biomedical Approach to Treatment**. Conference on Sex Offenders: The Dilemma of Treatment and Management in the Community, Westchester Task Force on Child Abuse and Neglect, Pace University School of Law, White Plains, New York. April, 1997.

156. ***Bradford JMW*** (Course Director), Abel GG, Greenberg DM (Faculty). *The Assessment and Treatment of Child Molesters.* Paid Course, American Psychiatric Association Annual Meeting, San Diego, California, May 1997.

157. ***Bradford JMW***. *The Pharmacological Treatment of Sex Offenders.* Task Force on Sexually Dangerous Offenders, Howard Zonana, M.D., Chair. Component Workshop, American Psychiatric Association Annual Meeting, San Diego, California, May 1997.

158. ***Bradford JMW***. Don Juan: Myths, Milestones & Realities in the Treatment of the Paraphilias**.** Management of the Sex Offender in a Forensic Mental Health Facility, Workshop presented at the Central New York Psychiatric Center, Office of Continuing Medical Education, State University of New York. June 1997.

159. ***Bradford JMW***. *Protecting the Public from Sex Crimes.* Panel Member, with Rep. M. Lawlor, Conn, Rep J Jacobson, Ohio, Attorney General Carla Stovall, Kansas, Donna Feinberg, lawyer, D.C. Presented at the National Conference of State Legislatures, Pennsylvania Convention Center, Philadelphia, Penn. 1997.

160. ***Bradford JMW***. *Neuropsychiatric Investigations.* Presented at the Violent Brain, Special Academic Seminar for Residents, held at Penetanguishene, Ontario, August 1997.

161. Felthous A, ***Bradford JMW***, Barratt E. *Personality Disorders and Criminal Responsibility.* Workshop. American Academy of Psychiatry and the Law Annual Meeting, Denver, October 1997.

162.  Reichman A, Bilick S, Harris V, **Bradford J**.  *Generating a Forensic Research Project (Presentation of the Research Committee).*  Workshop. American Academy of Psychiatry and the Law Annual Meeting, Denver, Colorado, October 1997.

163.  Regehr C, **Bradford J**.  *A Model for Predicting Depression in Rape Victims.*  Paper Session.  Accepted for presentation to the American Academy of Psychiatry and the Law.  Annual Meeting.  Denver, Colorado, October 1997.

164.  Gratzer T.  **Bradford JM**, Ciccone JR, Farnsworth M.  *Sexual Commitment Law: Clinical and Legal Issues.*  Panel, accepted for presentation to the American Academy of Psychiatry and the Law Annual Meeting, Denver, Colorado, October, 1997.

165.  **Bradford JMW**. *Are the Following Disorders Treatable: Pedophilia, Antisocial Personality Disorder, and Conduct Disorder*? Panelist, Round Table Controversy, Albany, New York, December 1997.

166.  **Bradford JMW**. *Don Juan: Myths, Milestones and Realities in the Assessment and Treatment of Pedophilia*. Clinical Symposium on Violent and Predatory Behaviour, New York State Office of Mental Health. Capital District Psychiatric Center, Albany, New York, September 1997.

167.  **Bradford JMW.** *Don Juan: Myths, Milestones and Management of Paraphilias*. Course presented at the 10th Annual California Premier Conference, California Psychiatric Association, Monterey, California, October 1997.

168.  **Bradford JMW**. *Task Force on Sexually Dangerous Offenders*. 1997 Fall Components Meeting, American Psychiatric Association, Washington, D.C. September 1997.

169.  **Bradford JMW.**  *Don Juan: Myths, Milestones and Management Approaches to the Paraphilias.*  Presented at Academic Grand Rounds, Allan Memorial Institute and Montreal General Hospital (McGill Health Center), Montreal, Quebec, January 1998.

170.  **Bradford JMW**.  *Don Juan: Myths, Milestones and Management Approaches to the Paraphilias.*  Invited speaker, Capital District Psychiatric Center, Albany, New York, February 1998.

171.  **Bradford JMW**.  *The Assessment and Treatment of Paraphilia,* Invited Speaker, Meeting of Upper New York State Psychiatric Association, Utica, New York,  February 1998.

172.   **Bradford JMW**.   *Don Juan: Myths, Milestones and management approaches to the Paraphilias.*  Invited Speaker, Bishop's University, Department of Psychology, Lennoxville, Quebec, March 1998.

173.   **Bradford JMW.**   *Don Juan: Myths, Milestones and Realities in the Treatment of Sexual Deviation.*  Invited Speaker, Emerging Policy and Research and the Sexual Offender, 34th Semi-annual Forensic Symposium, Institute of Law, Psychiatry and Public Policy at the University of Virginia.  Charlottesville, VA, May 1998.

174.   **Bradford JMW**.  *The Role of Serotonin in the Serotonin in the Future of Forensic Psychiatry.*  Invited Speaker, Western New York Psychiatric Association, Buffalo, New York.  May 1998.

175.   **Bradford JMW**.  *Paedophilia: Diagnosis and Management.*  Invited Speaker, Department of Psychiatry Rounds, State University of New York at Buffalo, at Erie County Medical Centre, May 1998.

176.   **Bradford JMW**.  Abel GG, Greenberg DM.  *The Assessment and Treatment of the child Molester.*  Presented at the Annual Meeting of the American Psychiatric Association.  Toronto, Canada.  June 1998.

177.   **Bradford JMW**.  *Don Juan: Myths, Milestones and Realities in the Treatment of Paraphilia.*  In *Mad vs. Bad: Managing Predatory Behaviour*, Workshop, William Tucker, Moderator.  Presented at the Annual Meeting of the American Psychiatric Association, Toronto, Canada, June1998.

178.   **Bradford, JMW.**  *The Role of Serotonin in the Future of Forensic Psychiatry.*  *In* Workshop on Insanity Laws and Personality Disorders Felthous AR, Moderator.

179.   **Bradford JMW,** Sass H, Barratt ES.  American Psychiatric Association Annual Meeting, Toronto, Canada.  June 1998.

180.   **Bradford JMW**.  *Specialized Training in Sex Offender Assessment, Treatment and Recidivism.*  12-hr.  Invited course presented as part of Mandatory Certification of Sex Offender Treatment Providers, sponsored by Department of Mental Health, Mental Retardation and Substance Abuse Services, Commonwealth of Virginia.  Richmond, Virginia.  June 1998.

181.   **Bradford JMW**. 23rd International Congress on Law and Mental Health, Sessions of the Academy, "Prediction of Sexual Offender Recidivism: Enhanced RRASOR".  Paris France, 1-3 July 1998.

182.   Greenberg DM, **Bradford JMW,** Firestone P, Curry S. *Child Molesters: Is Victim Relationship Associated with Dangerousness?* Research in Progress #5,

Annual Meeting of the American Academy of Psychiatry and the Law,  October 1998, New Orleans, LA.

183.   ***Bradford, JMW***, Greenberg DM, Firestone P, Curry S. *Evaluation of Abel's Predictors of Child Molesters Recidivism.* Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, 23 October 1998, New Orleans, LA.

184.   Kelly JR, Glancy G, Krueger R, Wasyliw OE, ***Bradford JMW.*** *Forensic Evaluation of Paraphilic Stalkers* (presentation of the Sexual Offenders Committee, AAPL). Panel presentation at the Annual Meeting of the American Academy of Psychiatry and the Law, October 1998, New Orleans, LA.

185.   ***Bradford JMW***. *Sexual Offender Recidivism: The Facts and Fiction.* Invited Speaker at LAW Day, 1998 Symposium, NAPA State Hospital, State of California, Department of Mental Health, NAPA Valley, California, November, 1998.

186***.   Bradford JMW***. *Treatment of Offenders in a Correctional Setting.* Invited Workshop presented at the New York State, Fourth Annual Correctional Health Care Symposium, State Commission of Correction, Albany, New York, November 1998.

187***.   Bradford   JMW***. *Treatment   of   Sex   Offenders.*   Full   day symposium/workshop presented to Department of Corrections, State of Connecticut, at Hartford, Conn.  December 1998.

188.   Firestone P, ***Bradford J,*** Greenberg D, Larose M.   *Risk Factors for recidivism in incest offenders.*   Poster session, Canadian Psychological Association Annual convention.  Edmonton, Alta.  June 1998.

189.   Firestone P, ***Bradford J,*** Greenberg D, Larose M, Baggley I.   *Recidivism in first time extrafamilial child molesters compared to those with previous sexual offences: Risk factors and rates.*   Poster session.   Canadian Psychological Association annual convention, Edmonton, Alta., June 1998

190.   ***Bradford JMW***. *Recidivism in Sex Offenders.* Roundtable Problem discussion: Mixing of Sex offenders in Custodial Drug Treatment Therapeutic Community Units: Problems and Potential Solutions. Invited Speaker, University of California at San Diego. January, 1999, San Diego, California.

191.   ***Bradford JMW***. *Evaluation and Expansion of the Rapid Risk Assessment for Sex Offence Recidivism.* Presented at the 1999 Canadian Academy of Psychiatry and the Law (CAPL) Conference, Mont Tremblant, Quebec, March 1999.

192**.** **Bradford JMW**, Abel GG, Greenberg D. *The Assessment and Treatment of the Child Molester.* American Psychiatric Association Meeting, Washington, DC, May 1999.

193.   Broom I, Firestone P, **Bradford JMW**, Greenberg D, Serran G, Nunes K. *Factors Predicting Sentence Length and Severity for Men Convicted of Sexual Assault.* Sentencing & Society. An International Conference, Glasgow, Scotland, June 1999.

194.   Krueger RB, **Bradford JMW**, Oldham J, Tucker D, Maskel L, Lacoursierre R, Ouligian J. *The Impact of Sexual Predator Legislation on the Various States.* The American Academy of Psychiatry and the Law, Baltimore, Maryland. 1999.

195.   Moise JP, **Bradford JMW,** Kunjukrishnan V, Milovic A. *Mental Disorder Among Immigrant Offenders.* American Academy of Psychiatry of the Law, Baltimore, Maryland. October 15th 1999.

196.   Krueger RB, **Bradford JMW**, Greenberg D, Abel GG, Candilis PJ, Berlin FS. *The Assessment and Treatment of Child Molesters.* The American Academy of Psychiatry and the Law, Baltimore, Maryland, October 15th 1999.

197.   Grasswick LJ, **Bradford JMW**: *A Clinical Review of Filicide and Murder-Suicide*: 5th Annual Conference Canadian Academy of Psychiatry and the Law, 28th February, Chateau Lake Louise, Alberta, 2000.

198**.** **Bradford JMW**, Pitcher M, Kunjukrishnan R, Ellis J, Greenberg D, Brathwaite S. *A Study of Levels of Psychopathology in a Pretrial Population Assessed for Fitness to Stand Trial,* 5th Annual Conference, Canadian Academy of Psychiatry and The Law, Lake Louise Alberta, February 2000.

199.   **Bradford JMW**. *Pharmacologic Treatment: Success and Future Directions.* Plenary Session, 6th International Conference on the Treatment of Sexual Offenders, Looking Back/Looking Ahead: Assessment, Treatment and Research Issues for the New Millennium. Toronto, Ontario, May, 2000.

200.   Krueger RB, Gratzer T, Brown P, Candilis PJ, **Bradford JM.** *The Ethics of Treatment and Research Involving Antiandrogen Medications.* Panel  Proposal, Annual Meeting of the American Academy of Psychiatry and the Law, Vancouver, October, 2000.

201.   **Bradford, John.** *Violence and Mental Disorder*, Plenary Session, Vital Issues in contemporary Psychiatry, 6th International Conference, Canadian Psychiatric Association, Cancun, Mexico,  February, 2001.

202.   **Bradford, John**. *The Psychiatrist in the Courtroom - The How to of Court Reports and Testifying*.   Vital Issues in Contemporary Psychiatry, 6th International Conference, Canadian Psychiatric Association, Cancun, Mexico,

February, 2001.

203. **Bradford, John**. *The Law and Psychiatry Interface - Confidentiality, Professional Boundaries and the Duty to Warn.* Vital Issues in Contemporary Psychiatry, 6th International Conference, Canadian Psychiatric Association, Cancun, Mexico, February 2001.

204. Nunes, K., Firestone, P., **Bradford, J.M.**, Greenberg, D., Rastin, C. J., Broom, I. The Ability of the Static 99 to Predict Severity of Sexual recidivism. Canadian Psychological Association, July, 2001.

205. Serran, G., A., Firestone, P., **Bradford, J. M**., Greenberg, D. An Examination of Sadism: Diagnosis and Features. Canadian Psychological Association, July, 2001.

206. Wexler, A., Firestone, P., Greenberg, D., M., **Bradford, J. M**., and Dixon, K. Predicting Severity of Sexual Recidivism and Violent Recidivism from Psychological and Background Factors. Canadian Psychological Association, July, 2001.

207. Fedoroff, JP, Smolewska, K, Selhi, Z, Ng, E, and **Bradford J**. *Assessment of violence and sexual offence risk using the VRAG and SORAG in a sample of men with developmental delay and paraphilic disorders: A case controlled study.* International Academy of Sex Research, Montreal, Quebec. July 2001.

208. Nunes, K., Wexler, A., Firestone, P., **Bradford, J.M.**, and Greenberg, D. Negative childhood experiences, offense characteristics and phallometrically assessed sexual preferences in a sample of child molesters. Canadian Psychological Association, June, 2002.

209. **Bradford, J.,** Davis, A., Curry, S. *Distinguishing between sexual offenders: "Dangerous" or not.* Royal Ottawa Hospital 23rd Annual Research and Teaching Day. November, 2002.

210. Fedoroff, J. P., Madrigrano, G., Ahmed, A.G., Stewart, W., Curry, S**., Bradford, J. M.** A*ssessment of Violence and Sexual Offense Risk Using the VRAG and SORAG in a Sample of Men with Developmental Delay and Paraphilic Disorders: A Case Controlled Study.* Royal Ottawa Hospital 23rd Annual Research and Teaching Day. November, 2002.

211. Ahmed, A. G., Stewart, W., Fedoroff, J. P., Madrigrano, G., Curry, S. and **Bradford, J**. *The Anger Disorders Clinic at the Royal Ottawa Hospital.* Royal Ottawa Hospital 23rd Annual Research and Teaching Day. November, 2002.

212. **Bradford, J.** and Curry, S. *Reports of childhood sexual abuse*

*perpetrated by females in a sample of male sexual offenders.* Royal Ottawa Hospital 23rd Annual Research and Teaching Day. November, 2002.

213. Ahmed, A. G., Stewart, W., Fedoroff, J. P., Madrigrano, G. D., Curry, S. and **Bradford, J.** (2002). A *pilot study on the nosology of anger disorders.* Research and Academy Day. Department of Psychiatry, University of Ottawa. 23rd Annual Research Day, Royal Ottawa Hospital. November, 2002.

214. Firestone, P., Dixon, K.L., Moulden, H. and **Bradford, J.M.** *A Comparison of Incest Offenders Based on Victim Age.* Association for the Treatment of Sexual Abusers 22nd Annual Conference. October, 2003.

215. Madrigrano, G. D., Curry, S., and **Bradford, J. M.** *Sexual arousal throughout the life span: A cross-sectional longitudinal study.* The 3rd Annual Canadian Conference on Specialized Services for Sexually Abusive Youth. Toronto. May, 2003.

216. Madrigrano, G. D., Curry, S., and **Bradford, J. M.** *Comparison of sexual arousal patterns and related characteristics between three age categories of sexual perpetrators.* The 3rd Annual Canadian Conference on Specialized Services for Sexually Abusive Youth. Toronto. May, 2003.

217. Madrigrano, G., D., Curry, S., and Bradford**, J. M.** *An estimate of pedophilic interests using the SSPI with juvenile sex offenders.* The 3rd Annual Canadian Conference on Specialized Services for Sexually Abusive Youth. Toronto. May, 2003

218. **Bradford, J.**, Curry, S. Reports of childhood sexual abuse perpetrated by females in a sample of male offenders. International Academy of Sex Research. Bloomington, Indiana. July, 2003.

219. Fedoroff, J. P., Jacques, T., Curry, S., Madrigrano, G., Stewart, W., Ahmed, A.G., and **Bradford, J.** *Sex roles in a sample of self-identified BSDM practitioners.* International Academy of Sex Research. Bloomington, Indiana. July, 2003.

220. **Bradford, J.,** Abel, G. *The Assessment and Treatment of Child Molesters.* APA Institute on Psychiatric Service. Boston. October, 2003.

221. **Bradford, J.,** Abel, G. *Differentiating Sexual Behaviours: Dangerous or Not?* APA Institute of Psychiatric Service. Boston. October, 2003.

222. Nunes, K., Wexler, A., Firestone, P., and **Bradford, J.M.** Incarceration and recidivism in a sample of sex offenders. Association for the Treatment of Sexual Abusers 22nd Annual Conference. October, 2003.

223.   **Bradford, J.** *Violence and Mental Disorder:  the role of dysfunctional anger.* The 2nd Annual Anger Disorders Conference, Ottawa. November, 2003.

224.   Greenberg, D.M., Firestone, P., Nunes, K. L., **Bradford, JM**, Curry, S. Biological Fathers and Stepfathers who molest their Daughters.   ATASA. December, 2003.

225.   Booth, B.D., Ahmed, AG, Curry, S., **Bradford, J.,** and Fedoroff, J.P. "Hostility in sex offenders".  Poster presentation at the 30th Annual Meeting of the International Academy of Sex Research, Helsinki, Finland, June, 2004.

226.   Booth, B.D., Curry, S., Fedoroff, B., **Bradford, J**. and Fedoroff, J. P.  "To sleep, perchance to scream:  CPAP treatment for treatment of obstructive sleep apnea and its effect on hostility and aggression in sex offenders".  Poster presentation at 30th Annual Meeting of the International Academy of Sex Research, Helsinki, Finland, June, 2004.

227.   Booth, B.D., Wilde, W., Curry, S**., Bradford, J**. and Fedoroff, J.P. "Through a glass darkly:  The sexuality of men and women blind before puberty". Poster presentation at the 30th Annual Meeting of the International Academy of Sex Research; Helsinki, Finland, June, 2004.09.21

228.   Booth, B.D., Ahmed, AG. Curry, S**., Bradford, J**. and Fedoroff, J.P. Hostility and psychopathology in sex offenders.  Poster presentation at the 30th Annual meeting of the International Academy of Sex Research, Helsinki, Finland, June, 2004.

229.   Wexler, A.F., Firestone, P., and **Bradford, J.M**.  Prediction of recidivism in a population of Canadian extra-familial child molesters.  Association for the Treatment of Sexual Abusers 23rd Annual conference.  October, 2004.

230.   Ahmed, AG. Curry, S., Fedoroff, P**., Bradford, J**., Dunford, J., and Litkey, J.   Sex hormones and aggression in 100 convicted sex offenders.   Poster presented at the 25th Annual Research Day, Department of Psychiatry, University of Ottawa Academic and Research Day, December, 2004.

231.   **Bradford, J.**  Reversing the Trend towards Criminalization of the Mentally Ill. Managing Legal Risks & Responsibilities in Mental Health Care Conference. Canadian Institute Conference, Toronto. April 2005.

232.   Grubin, D., Roulou, J, and **Bradford, J**.  The Pharmacologic Treatment of Aggressive Sexual Disorders.   World Congress of Sexology Conference. Montreal.  July, 2005.

233.   Fedoroff, J.P., Curry,  S.  D.,  Madrigrano,  G.D.,  Cunningham,  C.,

Korovessis, A., **Bradford, J**., Richards, D., and Griffiths, D.  Validation of Risk Assessment Tools for Individuals with Problematic Sexual Behaviour and Developmental Delay:  Preliminary Results.  Poster presented at the 31st Annual Meeting of the International Academy of Sex Research, Ottawa.  July, 2005.

234.   Federoff, P., Curry, S., Madrigrano, G., Cunningham, C., and **Bradford, J.** *Comparison of VRAG/SORAG items in a sample of developmentally delayed sex offenders and non-delayed sex offenders.*  IASR Poster Presentation, Montreal, July, 2005.

235.   **Bradford, J.**  *Reversing the trend towards Criminalization of the Mentally Ill.* Special Needs Offenders Conference.  Ottawa.  September, 2005.
236.   **Bradford, J.**  CAPL Winter Conference.  Kelowna, B.C.

237.   **Bradford, J.**  *Assessment and Treatment of Child Sex Abusers.*  Course with Dr. G. Abel.   APA, Toronto. May, 2006.

238.   **Bradford, J.** R*eview of Sex Offender Recidivism.*   Plenary Speaker. Violence and Aggression Conference.  Saskatoon.  June, 2006.

239.   **Bradford, J.,** Law and Psychiatry Course with Dr. D. Bourget.  55th CPA Annual Conference. Toronto.  November 9-12, 2006.

240.   **Bradford, J**. *A Review of Sexual Offense Recidivism* and *Human Monsters.*  Psychiatry Grand Rounds.  McMaster University.  Hamilton. November 22, 2006.

241.    **Bradford, J.** *Use of Medication in the Management of Dangerous Sex Offenders in the Community.* Royal Society of Medicine and Sex Offenders Conference.  London, England.  December 1, 2006.

242.   **Bradford, J.**  CAPL Conference.  Advisory Committee to Janssen-Ortho. Mont Tremblant.  February 23-27, 2007.

243.    **Bradford, J.**  "Treatment of Sex Offenders".  University of Virginia.  April 12-13, 2007.

244.   **Bradford, J.**  "Key Note Speaker and Presenter, Risk and Recovery Conference.  "Violence & Mental Disorder".   Workshop "Introduction to Risk Assessment".  St. Joe's Mental Health Center Hamilton.  April 15-17, 2007.

245.   **Bradford, J.** Course with Gene Abel.  "Assessment of Tx and Child Sex Abusers".  APA San Diego, California.  May 19-24, 2007.

246.    **Bradford, J.,** Moropito, T.  Review of Sexual Offer Recidivism. International Association of Forensic Mental Health.  Key Note Speaker. Montreal.  June 26-28, 2007.

247.    **Bradford, J.,** Barbaree, H.  Plenary Session "Criminalization of the Mentally Ill".  Mental Health and Justice Services Conference.  Toronto. September 25, 2007.

248.    **Bradford, J.** "Role of Drugs and Pharmaceuticals".  Corrections Canada Expert Panel Roundtable, Necrophilia.  October 1, 2007.

249.    **Bradford, J.,** "Nuts and Bolts: How to run a Sex Offender Program" and "The Three R's of Sexual Offender Recidivism".  AAPL.  Miami Beach, Florida. October 15-19, 2007.

250.    **Bradford, J.,** "Sex Offender Registration vs. Intervention and Public Safety – Divergent Opinions".  2007 Canadian Congress on Criminal Justice. Toronto.  October 31-November 3, 2007.

251.    **Bradford, J.,** Law and Psychiatry Course.  CPA Annual Conference. Fairmont Queen, Montreal.  November 15-18, 2007.

252.    **Bradford, J.,** "Pharmacological Treatment of Sex Offenders in the Community".  Utrecht, Netherlands.  December 11-16, 2007.

253.    Ahmed, A. G., Stewart, W., Fedoroff, J. P., Madrigrano, G. D., Curry, S. and **Bradford, J. (2002).** A *pilot study on the nosology of anger disorders.* Research and Academy Day.  Department of Psychiatry, University of Ottawa. 23rd Annual Research Day, Royal Ottawa Hospital.  November, 2002.

254.    Bradford, J., "Treatment of Forensic Patients in the Community".  OPA 8th Annual Conference. Toronto.  February 8, 2008.

255.    **Bradford, J.,** "Assessment and Treatment of Child Sex Abusers" and "Treating Physicians involved in Sexual Misconduct".  APA Annual Meeting, Washington, D.C.  May 3-8, 2008.

256.    **Bradford, J.,** "Current Advances and Practical Tips: Adult ADHD". CPA-CPD Institute forum.  Ottawa.  May 30, 2008.

257.    **Bradford, J.,** "Treatment of Forensic Patients in the Community", and "Evaluation and Treatment of Forensic Patients".  Janssen-Ortho Speaking Tour. New Brunswick.  June 16-17, 2008.

258.    **Bradford, J.,** Law and Psychiatry Course. Muskoka Seminars. Muskoka.  August 10-16, 2008.

259.    *Bradford, J.,* Criminalization of the Mentally Ill.  The 2008 International Conference on Special Needs Offenders. Niagara Falls, ON.  September 14-17, 2008.

260.    Renaud, P., Chartier, S., Proulx, J., Rouleau, J.L., *Bradford, J.,* Federoff, P., & Bouchard, S.  Sexual and Oculomotor Biofeedback Medicated by Sexual Stimuli presented in Virtual Reality.  26th Annual Conference of the Association for the Treatment of Sex Abusers.  San Diego.  2008.

261.    *Bradford, J.,* Presentation on Ethics.  Presented at the Winter Meeting of the Canadian Academy of Psychiatry and the Law, March 2009, Mont Tremblant, Quebec.

262.    *Bradford, J.,* Management of persons with serious mental illness who may also have serious sexual behavior problems.  One day workshop in Boston, Massachusetts.  May, 2009.

263.    *Bradford, J., Kingston, D.* Utility of Diagnosis of Sexual Sadism: Behavioral, Physiological and Nosological Criteria.  Presented at the Queen's University Department of Psychiatry Spring Research Conference, May 2009, Queen's University, Kingston, Ontario.

264.    *Bradford, J.* Biomedical Treatment of Child Molesters.  Trent Study Day. Nottingham, UK.  June, 2009.

265.    *Bradford, J.*  Violence & Mental Disorder and Risk.  Psychiatry and the Law Conference.  P.E.I. June, 2009.

266.    *Bradford, J.*  Law and Psychiatry Course.  CPA.   August, 2009.

267.    Fedoroff, P., *Bradford, J.*   Biomedical Treatment of Sexual Sadism and Associated Conditions.  ATSA.  Dallas, Texas.  September, 2009.

268.    *Bradford, J.*  ADHD in Forensic Populations.  Comprehensive Approaches to Forensic Rehabilitation Conference.  Ottawa, October, 2009.

269.    *Bradford, J.*  Keynote Address: Forensic Rehabilitation and Risk Management.  Comprehensive Approaches to Forensic Rehabilitation Conference.  Ottawa, October, 2009.

270.    *Bradford, J.*  Deaths in Custody.  Canadian Congress on Criminal Justice.  Halifax, Nova Scotia.  October, 2009.

271.    Fedoroff, P., *Bradford, J.,* Marshall, W., Saleh, F.  Successful Treatment of Problematic Sexual Behaviour.  AAPL Annual Meeting.  Baltimore.  October, 2009.

272.   *Bradford, J*. Utility of Phallometric Testing in Sex Offenders.  The Sex Offender: Evaluation, Treatment and Risk Management Conference.  Ottawa, November, 2009.

273.   *Bradford, J*. The Biomedical Treatment of Child Molesters.  The Sex Offender: Evaluation, Treatment and Risk Management Conference.  Ottawa, November, 2009.

274.   *Bradford, J*. Neurobiological Determinants of Violent Behavior: Consequences for Clinical Practice.  Kijvelanden Conference. Rotterdam, Netherlands.  December, 2009.

275.   *Bradford, J.* Adult ADHD.  Jansen Ortho.  Riverwalk Mill.  January, 2010.

276.   *Bradford, J.*  WFSBP Guidelines.  CAPL Conference.  Banff.  Feb.28-Mar. 23, 2010.

277.   *Bradford, J.*  Health Care Workers in the Courtroom*.* Atlantic Psychiatric Conference.  PEI. May 27-28, 2010.

278.   *Bradford, J.*  Law and Psychiatry Course.  McMaster Muskoka Seminars. August, 2010.

279.   *Bradford, J.*  Plenary Talk**:** A Unit for Special Needs Offenders: The Challenges of Combining Healthcare and Corrections.  Special Needs Offenders Conference.  Niagara Falls, ON.  Sept. 2010.

280.   *Bradford, J.*  Law and Psychiatry Course.  60[th Annual] CPA.  Toronto, ON. September, 2010.

281.   *Bradford, J.*  Central and Peripheral Hormones in Sexual Aggression, and Recidivism in Sexual Offenders.  Poster presentation AAPL Annual Meeting. Tucson, AZ.  October, 2010.

282.   *Bradford, J.*  Do Practice Guidelines Belong in Court? Where do they belong?  Panel discussion. AAPL Annual Meeting. Tucson, AZ.  October, 2010.

283.   *Bradford, J.*  Isaac Ray: Lessons Learned, Lessons Forgotten.  Lecture. AAPL Annual Meeting. Tucson, AZ.  October, 2010.

284.   *Bradford, J.*  Stirring the DSM-5 Cauldron.  Debate. AAPL Annual Meeting. Tucson, AZ.  October, 2010.

285.   *Bradford, J.*  The Community Treatment and Integration of High Risk Patients.  Community Connections Workshop.  Nov.19, 2010.  Ottawa.

286.   *Bradford, J.*   Acute Post-Traumatic Stress Disorder and Occupational Hazard for Forensic Psychiatrists.   CAPL Conference.   Quebec City, Quebec. Feb.28, 2011.

287.   I. Cote, *Bradford, J,* P. Fedoroff.   Symposium: The Russell Williams Case: The Army Star to the Convicted Murderer.  CAPL Conference.  Quebec City, Quebec. Mar. 1, 2011.

288.   *Bradford, J.*  The National Conference 2011: Mood Disorders Association of Manitoba/Mood Association of Canada; Mental Health Disorders: Challenges in the workplace, aboriginal communities, and the criminal justice system. Keynote address: Mental Health Challenges in the Criminal Justice System". Winnipeg, Manitoba.  May 19-20, 2011.

289.   F.Thibaut, P.Cosyns, *Bradford, J.*   10th World Congress of Biological Psychiatry.  World Federation of Societies of Biological Psychiatry Task Force Treatment Guidelines, Session on Paraphilias.  Prague, Czech Republic.  May 30, 2011.

290.   *Bradford, J.*  MacMaster University Grand Rounds "Isaac Ray: Lessons Learned Lessons Forgotten".  Hamilton, Ontario. June 8-9, 2011.

291.   *Bradford, J.*  Law and Psychiatry Course.  McMaster Muskoka Seminars. August, 2011.

292.   *Bradford, J.*  Pharmacological Treatment of Paraphilias: International guidelines. European College of Neuro psychopharmacology Congress Paris, France September 3-7, 2011.

293.   *Bradford, J.*  Violence: Psychiatric Assessment and Treatment: Part A. CPA Annual Conference Vancouver, BC. October 13-15, 2011.

294.   *Bradford, J.*  Forensic Psychiatry Review Course. CPA Annual Conference Vancouver, BC. October 13-15, 2011.

295.   *Bradford, J.*  Sexual Offenders: Identification, Risk Assessment, Treatment and Legal Issues. AAPL Conference.  Boston, MA.  October 27-30, 2011.

296.   G. Clancy, J.P. Fedoroff, *Bradford, J.*  Sex Crimes and the World Wide Web.  AAPL Conference, Montreal, PQ.  Oct. 25-28, 2012.

297.   J.P. Fedoroff, I. Cote, *Bradford, J.*  Unintended Consequences of High Profile Serial Sex Homicide.  AAPL Conference, Montreal, P.Q.  Oct. 25-28, 2012.

298.   **Bradford, J.** St. Lawrence Project, Philippe-Pinel Institute, Montreal, P.Q., October 26, 2012.

299.   **Bradford, J.** The Concept of Post-Sentence Diversion and Management of High Risk Patients in the Community, CAPL 17th Annual Winter Conference, Whistler, B.C., March 4-7, 2012.

300.   *Graham, G. Fedoroff, J.P.* **Bradford, J.** Sex Crimes and the World Wide Web, AAPL Conference, Montreal, P.Q., October 25-27, 2012.

301.   *Fedoroff, J.P., Cote, I.,* **Bradford, J.** Unintended Consequences of High Profile Serial Sex Homicide. AAPL Conference, Montreal, P.Q., October 25-27, 2012.

302.  Thibault F*,* **Bradford J,** Cosyns P, Brikin P. 11th World Congress of Biological Psychiatry, World Federation of Societies of Biological Psychiatry Task Force Report of Treatment Guidelines for the Biological Treatment of the Paraphilias Kyoto Japan May 2013.

303.   **Bradford, J.,** *Gold, D.,* Managing Vicarious Trauma.  The Law Society of Upper Canada, Toronto, Ontario. September 21, 2013.

304.   *Ranger, R., Fedoroff, P., Curry, S.,* **Bradford, J.,** *Shayeb, N., Gray, J., Booth, B.*  Treatment Outcomes of Extra-Familial Child Molesters.   AAPL Conference, San Diego, California.  October 24-27, 2013.

305.   **Bradford, J.,** Ramshaw, L., Glancy, G.  Video Recording for Forensic Psychiatry Testimony.  CAPL/Forensic Section – the 19th Annual Winter Conference, Lake Louise, Alberta.  March 2 – 4, 2014.

306.   **Bradford, J.** PTSD – An Occupational Hazard for Mental Health, Legal and other Professionals.  TORYs LLP Toronto Police Force, Toronto, ON.  April 3, 2014.

307.   **Bradford, J.** Confronting Stigma.  Ontario Medical Association, Toronto, ON.  May 23, 2014.

308.   **Bradford, J.** Law and Psychiatry.  Muskoka Seminars, Huntsville, ON. July 28 – August 1, 2014.

309.   **Bradford J.** Workshop: The Paraphilias and Paraphilic Disorders: what do we know about these disorders? From the natural history, assessment, neurobiology, treatment, recidivism and risk assessment. The Royal Australian & New Zealand College of Psychiatrists, Faculty of Forensic Psychiatry, Hong

Kong August 12, 2014.

310. **Bradford J.** Keynote Address: The neurobiology and biological treatment of deviant sexual behaviour. The Royal Australian & New Zealand College of Psychiatry, Faculty of Forensic Psychiatry, Hong Kong August 13, 2014.

311. **Bradford J.** Closing Plenary Session. The psychiatrist and the sex offender: voyeurism and counter transference. The Royal Australian & New Zealand College of Psychiatry, Faculty of Forensic Psychiatry, Hong Kong, Aug. 14, 2014.

312. **Bradford J.** Canadian Psychiatric Association 64th Annual Conference, Toronto, Ontario. September 11-13, 2014.

313. **Bradford, J.** Bill C14 Strategic Roundtable, Borden Ladner Gervais, LLP, Toronto, Ontario. September 29, 2014.

314. **Bradford, J.** Post-Traumatic Stress Disorder: an Occupational Hazard for Forensic Mental Health Professionals – Understanding the Impact of Mental Illness in the Workplace. Mental Health Institute of Quebec, Quebec City, P.Q. October 15, 2014.

315. **Bradford, J.** Sexual Offenders Committee Meeting – AAPL. Toronto, Ontario. May 16, 2015.

316. **Bradford, J.** Conference Call – Toronto Human Rights and Accommodation Conference re Keynote Address. Toronto, Ontario. February 26, 2015.

317. **Bradford, J.** Speaking Engagement – Janssen Pharmaceutical, Managing High Risk Patients in the Community. Montreal, P.Q. March 25, 2015.

318. **Bradford, J.** Grand Rounds Speaking Engagement – St. Mary's Hospital, Managing High Risk Patients in the community. Montreal, P.Q. March 26, 2015.

319. **Bradford, J.** Special Academic Grand Rounds Speaking Engagement on Forensic Psychiatry – Jewish General Hospital, Managing High Risk Patients in the Community. Montreal, P.Q. March 26, 2015.

320. **Bradford, J.** Human Rights and Accommodation Conference Keynote Speaker - PTSD. Toronto, Ontario. March 31, 2015.

321. **Bradford, J.** Human Rights and Accommodation Conference. Keynote Speaker – PTSD. Halifax, Nova Scotia. May 13, 2015.

322. **Bradford, J.** Joint Annual General Meeting of the Ontario Court of Justice, the Ontario Conference of Judges – Toxic Evidence, Vicarious Trauma, and Judicial Resilience. Niagara-on-the-Lake, Ontario. May 20, 2015.

_____

**NON-REFEREED PRESENTATIONS:**

1.      Speaker on *Forensic Psychiatry* to the Forensic Nurses Workshop, Royal Ottawa Hospital, Ottawa, May, 1979.

2.      Guest Speaker to the Annual Meeting of the Youth Services Bureau, Ottawa, May, 1980.

3.      Presentation of a Mock Trial to the Defense Lawyers' Association, Ottawa, May, 1980.

4.      Presentations on *Divorce Custody and Access and Criminal Responsibility* to the Defence Lawyers' Association, Mont Ste. Marie, Quebec. October 1980.

5.      Guest Speaker to the Eastern Ontario Section, Probation and Parole, Ottawa. February 1981.

6.      Presentation on *Shoplifting: Is There A Specific Psychiatric Syndrome*, University Rounds, Ottawa. February 1981.

7.      *Sexual Offenders: Psychiatric, Psychological and Demographic Characteristics*, Royal Ottawa Hospital Research Day, May, 1982.

8.      *Ethical Decision Making in the Elderly - The Right to Die*, Ontario Medical Association, Toronto, June 1983.

9.      Probation Conference, Eastern Ontario, Gananoque, Ontario, *The Mental Health Act of Ontario*, November 1983.

10.     Family Court Clinic Conference, Discussant for Panel on Men's Rea, Ottawa, May 1984.

11.     Presentation on Amnesia as consultant to the committee of the American Medical Association on *The Forensic Uses of Hypnosis.* Los Angeles, California, May 1984.

12.     *Assessment and Treatment of Sexual Offenders against Children.*  Child Abuse: A Conference for Professionals, Four Seasons Hotel, Ottawa, February, 1985.

13.     *The Ontario Mental Health Act*, to Justices of the Peace. Embassy West Hotel, Ottawa, February, 1985.

14.     *The Hormonal Treatment of Sexual Offenders*, presentation to the staff of

the Department of Psychiatry, University of Natal, South Africa,  February 1985.

15.     *The Treatment of the Perpetrators of Sexual Abuse on Children*, presentation to Psychiatric Outpatient Clinics of North America, Ottawa, April 1985.

16.     *Cyproterone Acetate in the Treatment of Sexual Offenders*, presentation to the Medical Advisory Board of Correctional Services of Canada, Ottawa, July, 1985.

17.     *Sexual Behaviours Workshop*, presentation to Royal Ottawa Hospital Community Day, Ottawa, October, 1985.

18.     *The Effects of Alcohol on the Sexual Arousal Patterns of Sexual Aggressors*, presented at Grand Rounds, Ottawa General Hospital, Ottawa, November, 1985.

19.     *The Assessment and Treatment of Sexual Offenders*, presented to the Annual Meeting of Probation Officers Association of Ottawa, Ottawa, October 1986.

20.     The Assessment and Treatment of Sexually Aggressive Men, Ottawa General Hospital, Ottawa, November 1986.

21.     *Child Abuse - Legal Obligations of Professionals*, presented at Civil Litigation Updated, 1986, County of Carleton Law Association, Mont Ste. Marie, Quebec, November, 1986.

22.     *The Paraphilias: A Multiplicity of Deviant Behaviours*, presented at the Scientific Meeting, Department of Psychiatry, Ottawa General Hospital, October, 1987.

23.     *A Psychiatrist Comments on Bill C-15*, presented to the Defence Lawyers Association, Ottawa-Carleton.

24.     *Antiandrogens - Another viewpoint*, presented at the 14th Annual Clinical and Scientific Meeting of the Division of Dermatology, Faculty of Health Sciences, University of Ottawa, Ottawa Civic Hospital, October, 1987.

25.     *The Assessment and Treatment of Child Molesters*, *__J. Bradford__*, Workshop/Invited Speaker, The First Annual Conference on the Study and Treatment of Sexual Abuse, sponsored by the Social Work Department of the Ottawa General Hospital, Ottawa,  April 1988.

26.     *The Sex Offender and the Law*, presented at Current Topics in Law Relative to the Psychiatrically Disabled. Sponsored by Resource, Education and

Advocacy Centre for the Handicapped (R.E.A.C.H.), Education Services, RO Hospital Service for Continuing Education, University of Ottawa, April, 1988.

27.    *The Assessment and Treatment of Sex Offenders*, presented to the National Parole Board General Board Meeting, Government of Canada, Mont Ste. Marie, Quebec, April 1988.

28.    *Diagnosis and Treatment of the Perpetrators of Sexual Abuse*, presented to Grand Rounds, Dept. of Paediatrics, University of Ottawa, at the Children's Hospital of Eastern Ontario, July 1988.

29.    *The Impact of Criminal Prosecution upon Clinical Practice*, Panel Member, The Institute for the Prevention of Child Abuse, 3rd Annual Conference, "Focus on Child Abuse: New Knowledge, New Directions", Toronto, October, 1988.

30.    *The Treatment of Sexual Offenders from a Physiological Perspective vs. a Behavioral Approach*, Invited Speaker to the 34th Annual Conference of the Probation Officers of Ontario, Ottawa. November, 1988.

31.    *The Antiandrogen and Hormonal Treatment of Sex Offenders*. Invited Speaker at the 7th Annual Research and Data Conference on The Evaluation and Treatment of Sexual Abusers, The Association for the Behaviours Treatment of Sexual Abusers, Atlanta, Georgia, September 1988.

32.    *Stress and the Professional*, The Business of the Practice of Law, Presented to the Bar Admission and Continuing Legal Education, The Law Society of Upper Canada, Ottawa, December 1988.

33.    *The Medical Expert Witness*, Spring Program for the Medical-Legal Society of Ottawa-Carleton at Moot Court, Faculty of Law, University of Ottawa, April 1989.

34.    *Deinstitutionalization*, presentation for *Deinstitutionalization and Prison Abolition*, 20th Annual Criminology Symposium, Department of Criminology, Faculty of Social Sciences, University of Ottawa, March 1989.

35.    *The Assessment and Treatment of Sex Offenders*, presentation to the Youth Services Bureau of Ottawa-Carleton, Ottawa, January 1989.

36.    *Family Violence*, ***Bradford, J.M.W.***, Speaker, Conference on Family Violence to National Associations Active in Criminal Justice, Ottawa, Ontario, February 1989.

37.    Speaker to the Ottawa-Carleton Defence Lawyers' Association, Montebello, Quebec, April 1989.

38.   *Stress and the Judge*, **Bradford, J.M.W.**, Speaker, Judges' Conference, Ottawa, May 1989.

39.   *Paraphilia and the Developmentally Handicapped*, **Bradford, J.M.W.** Presented at Shaping the 90's, Future Directions, Seminar for the Psychology Department, Rideau Regional Centre, Smiths Falls, Ontario, October, 1989.

40.   *Assessment and Treatment of the Adolescent Sex Offender*, **Bradford, J.M.W.**, Adolescent Sex Offender Conference, Justice Institute of British Columbia, Vancouver, British Columbia, November 1989.

41.   *New Research in Paedophilia*, **Bradford, J.M.W.**, Third Annual Conference on the Study and Treatment of Sexual Abuse, Sponsored by the Ottawa General Hospital, Ottawa, April, 1990.

42.   *Assessment and Treatment of Sex Offenders*, Guest Speaker to the Board of the John Howard Society of Ottawa, Ottawa. June 1990.

43.   *Violence in Psychiatric Patients*, Grand Rounds, Brockville Psychiatric Hospital, April 1992.

44.   *Mental Illness Defences*, Panelist, Criminal Law Conference, The County of Carleton Law Association and Defence Counsel Association of Ottawa, Le Chateau Montebello, Montebello, Quebec, April 1991.

45.   A Profile of Marc Lepine: The Montreal Polytechnic Killer. The ultimate violence against women? A reflection of societal values or an isolated act? Panelist, The Medical-Legal Society of Ottawa-Carleton, Ottawa,. January, 1991

46.   *Defining Mental Competence: Psychological & Legal Issues.* Speaker to the Dept. of Psychology, The Rehabilitation Centre, Royal Ottawa Health Care Group, Ottawa, April 1991.

47.   *Treating Sexual Offenders: parts I & II.* Invited Speaker to conference on The Treatment of Sexual Abusers and Their Victims. Sponsored by the Anoka-Metro Regional Treatment Centre, Plymouth, Minnesota, September 1991.

48.   *The Sexual Abuse Offender*, **Bradford, J.M.W.**, Panel presentation, Telemedicine Canada, September 1992.

49.   *Predicting Dangerousness.* **Bradford, J.M.W.** Grand/University Rounds Program. Presented at the Royal Ottawa Hospital, September 1992.

50.   *Patient Abuse of Physicians.* Speaker at the Ottawa Civic Hospital Family Physicians Meeting, April 1993.

51.      *Sex Offenders: Mad or Bad*.   1-day paid Workshop, presented at the C.A.W. Centre, Port Elgin, Ontario by the Grey-Bruce Regional Mental Health Centre, May 1993.

52.      Symposium on Bill C-30: *Facts or Fears*. Presented by McGill University and St. Mary's Hospital in conjunction with the Canadian Psychiatric Association. Panellists: Starkman, B., Tollefson, EA, ***Bradford, JMW***, Ladha, N., Morrison, D., Pinard, G., Montreal, Quebec.

53.      *The Duty to Warn: The Tarasoff Decision*. Presented to the Academy of Medicine, Section on Psychiatry, CMA House, Ottawa, Canada, May 1993.

54.      Presentation to Provincial Division Judges, Ontario Courts of Justice on Mental Disorders Chapter amendments to the Criminal Code of Canada, Ottawa, September 1993.

55.      *Violence in the Workplace*. Workshop presented to Department of National Defence employees, R. A. Centre, Ottawa, May 1993.

56.      *The Impact of Recent Legislative Changes on the Care of the Mentally Disordered Offender*. Panel presentation at "A Tale of Two Systems: Understanding the Mentally Disordered Offender, presented by the Royal Ottawa Hospital Forensic Program.  (Panel: ***Bradford J***, Berzins A, Neville M, Starkman B, Taylor P; Moderator, Cole W.).  Ottawa. November 1993.

57.      ***Bradford JMW***, Greenberg D. *The Assessment and Treatment of Sex Offenders*, Workshop presented at the Annual Conference of the Probation Officers Association of Ontario, Cornwall, Ontario. November 1995.

58.      ***Bradford, JMW***. *Violence in the Workplace*. INPUT '95 Symposium for EFAP practitioners. Keynote Speaker. Ottawa, Canada, November 1995.

59.      ***Bradford, JMW***.  Treatment of Offenders in a Correctional Setting. Invited Workshop presented at the New Your State 4th Annual Correctional Health Care Symposium. State Commission of Corrections, Albany, New York. November, 1998.

60.      ***Bradford, JMW***.  Sexual Offender Recidivism:  the Facts and Fiction. Invited Speaker at LAW Day, 1998 Symposium, NAPA State Hospital, State of California, Dept. of Mental Health.  NAPA Valley, California.  November, 1998.

61.      ***Bradford, JMW***.  Specialized Training in Sex Offender Assessment – Treatment and Recidivism.  Course presented as part of Mandatory Certification of Sex Offender Treatment Providers.  Sponsored by Dept. of Mental Health, Mental Retardation and Substance Abuse Services.  Commonwealth of Virginia. June, 1998.

62.    **Bradford, JMW**.  Paedophilia:  Diagnosis  and  Management.   Invited Speaker.  Dept. of Psychiatry Rounds. State University of New York at Buffalo. Erie County Medical Center.  May, 1998.

63.    **Bradford, JMW**.  *The Role of Serotonin and the Serotonin in the Future of Forensic Psychiatry*.  Invited Speaker.  Psychiatric Association, Buffalo, New York.  May, 1998.

64.    **Bradford, JMW**.  *Don Juan:  Myths, Milestones and Realities in the Treatment of Sexual Deviation*.  Invited Speaker.  Emerging Policy and Research and the Sexual Offender.  34th Semi-annual Forensic Symposium. Institute of Law, Psychiatry and Public Policy at the University of Virginia, Charlottesville, VA. May, 1998.

65.    **Bradford, JMW**.  *The Assessment and Treatment of Paraphilia*. Invited Speaker.  Meeting of Upper New York State Psychiatric Association.  Utica. New York.  February, 1998.

66.    **Bradford, JMW**.  *Don Juan:  Myths, Milestones and Management Approaches to the Paraphilias*.  Invited Speaker.  Capital District Psychiatric Center. Albany, New York.  February, 1998.

67.    **Bradford, JMW**. Recidivism in Sex Offenders.  Roundtable Problem Discussion:  Mixing of Sex Offenders in Custodial Drug Treatment Therapeutic Community Units:     Problems  and  Potential  Solutions.     Invited  Speaker. University of California at San Diego.  January, 1999.

68.    **Bradford, JMW**. Research Overview of Biological Treatment for Sex Offenders.   Invited Speaker at "Sexually Violent Offenders:   A Research Overview of Treatment Law and Public Policy.  Center for Public Mental Health Services Research Forum.  University of Chicago Gleacher Center. December 2000.

69.    **Bradford, JMW**.  Defending Sex Offenders in Civil Commitment Cases. Invited Speaker.  1st Annual Conference of Sex Offender Commitment Defenders Association.  Chicago.  September, 2000.

70.    **Bradford, JMW**.  Who Are They?  Invited Speaker.  3rd Annual Forensic Conference.  London-St.Thomas Psychiatric Hospital Forensic Program on Sex Offenders and Serial killers.  London, Ontario.  May, 2000.

71.    **Bradford, John**.  *Sexual Sadism and Sexually Motivated Homicide*. Invited Speaker to the Educational Program, St. Lawrence Psychiatric Centre, Ogdensburg, New York, June, 2001.

72.    **Bradford, John**.  *Discussion and Review:  Pharmacological Interventions with Sexual Offenders*.  Full day program for Wisconsin Sex Offender Treatment

Network, Inc., Madison, Wisconsin, June, 2001.

73.   **Bradford, John.**   *Bad, Mad or Both*, *Violence and Mental Disorder*. Invited Speaker to The 17th Annual Conference of the Crisis Workers Society of Ontario Mental Health, the Law and the Individual.   June, 2001, Belleville, Ontario.

74.   **Bradford JMW**, Clapp, Lewis.   Mitigating Sexual Homicides.   Invited Speaker, CACJ/CPDA Capital Case Defense Seminar, California Attorneys for Criminal Justice/California Public Defender Association, A One Case-One Client, Monterey, California, January, 2001

75.   **Bradford, JMW**'*Sexual Sadism and Sexually Motivated Homicide.* Invited Speaker. Educational Programs, St. Lawrence Psychiatric Center, Ogdensberg, New York.  June, 2001.

76.   **Bradford, JMW**. *Pharmacological Treatments of Sexual Offenders.* Invited Speaker.  National Sexually Violent Predator 2001 Conference.  Chicago, Illinois.  May, 2001.

77.   **Bradford, JMW**, Clapp, Lewis.   Mitigating Sexual Homicides.   Invited Speaker.  CACJ/CPDA Capital Case Defense Seminar, California Attorneys for Criminal Justice California Public Defender Association.  "One Case-One Client. Monterey, California.  January, 2001.

78.   **Bradford, John.**  Discussion and review:  Pharmacological interventions with sexual offenders.  Full day program for Wisconsin Sex Offender Treatment Network, Inc., Madison, Wisconsin.  June, 2001.

79.   Ahmed, AG, DiGiuseppe, R., Tafrate, C., Canella, C., **Bradford, J.,** Stewart, W., Fedoroff, P.   Profile of Anger Disorders in a Multicenter Study. CAPL 9th Winter Conference.  Lake Louise, Alberta. February, 2004*.*

80.   National Judicial Institute Seminar with Justice Binnie of the Supreme Court of Canada.  "Expert Evidence in Canada".  Ottawa. March, 2004.

81.   **Bradford, J.**  Overview of the Secure Treatment Unit.  Association of Physicians in Corrections Ontario.  April 2004*.*

82.   **Bradford, JMW,** Greenberg, D., Fraser, G.  *Multiple Personality:   A Psychophysiological Evaluation of the Different Ego States.*

83.   **Bradford, J**.  Setting the Stage:  Updates in Violence.  2nd Annual Forensic Conference: Sex and Violence from Assessment to Treatment. November, 2004

84.     *Bradford, J*. Mock Trial Panel Member. 2nd Annual Forensic Conference: Sex and violence from Assessment to Treatment, November 2004.

85.     *Bradford, J*.  Panel Member.  Mental Health Court Panel, DCAO Conference.  Montebello.  November 2004.

86.     *Bradford, J*. "Applications in Psychiatry" Electronic Connections:  Mental Health and Technology Conference, Kingston.  November, 2004

87.     *Bradford, J*. and Tomkinson, M.  Overview of the Secure Treatment Unit. Presentation to the Human Services and Justice Coordination Network Conference. Kingston, November, 2004

88.     *Bradford, J*. *Violence and Mental Health*.  Presentation to the Human Services and Justice Coordination Network Conference, Kingston.  November, 2004.

89.     *Bradford, J*. and Allin, JA.  Proposal for Transitional Age Youth In Forensics.  Crisis Workers' Annual Conference.  Ottawa.  June, 2005

*90.     Bradford, J.  An Exploration of the Psychiatric Forces Creating Human Monsters.*  Ministry of Community Safety & Correctional Services Central Region Probation and Parole Officers' Processional Development Committee.  Toronto. December, 2005.

91.     *Bradford, J. Sexual Functioning/Disorders*.   Presentation to Medical Residents, University of Ottawa.  March, 2006.

92.     *Bradford, J. Criminalization of the Mentally Ill*.   Annual Criminal Law Conference.  Montreal.  March, 2006.

93.     *Bradford, J*. *Treatment of Mentally Ill in Prison Systems*.  Best Practice Conference, Criminal Justice Program.  Chatham.  April 2006.

94.     *Bradford, J*. *Pharmacological Treatment of Sex Offenders*.   Forensic Sexual Disorders Forum.  Vancouver.  June, 2006.

95.     *Bradford, J.   Biomedical Treatment of Child Molesters*.  Forensic Sex Offender Program Forum.  British Columbia.  June, 2006.

96.     *Bradford, J, Human Monsters, Phallometric Assessment of Sex Offenders, and Who has control over the NCR Patient – the Treatment Team or Review Board?* Saskatoon Regional Treatment Center.  Saskatoon.  September, 2006.

97.    **Bradford, J.** *Criminalization of the Mentally Ill* and overview of the Secure Treatment Unit.  Schizophrenia Society of Cornwall.  September, 2006.

98.    **Bradford, J.** *What do we know about Sex Offenders*?  National judicial institute.  P.E.I.  October, 2006.

99.    **Bradford, J.** Malpractice, Expert Witness.  PGY-4 Tutorial.  Department of Psychiatry, University of Ottawa.  January, 2007.

100.   **Bradford, J.** Presentation to Psychology Students – Queen's University.  March, 2007.

101.   **Bradford, J.** *Management of Sexual Offenders – Long and Short Term Treatment Interventions.*  Rounds Presentation.  Whitby Mental Health Center.  March, 2007.

102.   **Bradford, J.** Overview of your work.  Kanata Seniors Center.  April, 2007.

103.   **Bradford, J.** *Assessment and Treatment of Sexual Offenders.*  New York State Mental Health.  Oriskany, New York.  May, 2007.

104.   **Bradford, J.** *What do we know about Sex Offenders*?  National Judiciary.  Niagara Falls.  May, 2007.

105.   **Bradford, J., Tompkins, M.,** Overview of the STU.  Judges Symposium.  BMHC.  June 2007.

106.   **Bradford, J.** *Adult ADHD: Towards Balance and Focus.*  Janssen-Ortho Speaker Bureau.  Ottawa.  June, 2007.

107.   **Bradford, J.** Law and Psychiatry Course.  McMaster Muskoka Seminars.  July, 2007.

108.   **Bradford, J.** Follow-up to sessions on *Adult ADHD: Towards Balance and Focus.* Janssen-Ortho Speaker Bureau.  October, 2007.

109.   **Bradford, J.** Key Note Speaker.  *Pharmacotherapy of Compulsive Sexual Behavior.*  New York State Mental Health.  Albany, New York.  November, 2007.

110.   **Bradford, J.** *Treatment of Forensic Patients in the Community*, and *Evaluation and Treatment of Forensic Patients.*  Janssen-Ortho.  New Brunswick.  February. 2008.

111.   **Bradford, J.** *Sexual Violent Predator Training.*  New York State Mental Health.  ROMHC.  March 17-21, 2008.

112.   *Bradford, J.* *Invega*. Janssen-Ortho.  Brockville.  March 25, 2008.

113.   *Bradford, J.*  TIC TOC. Janssen-Ortho.  Brockville.  December 11, 2008

114.   *Bradford, J.*   Treating High Risk Patients in the Community. Janssen-Ortho.  Kingston.  May 26, 2009.

115.   *Bradford, J.* Chemical Therapy/National/International Trends, Fifth, Sixth, Seventh, Eighth and 9th Judicial District's Sex Offender Management and Treatment Act Joint Training Conference, Syracuse, N.Y.  October 23, 2013.

116.   *Bradford, J.* Introduction to Forensic Psychiatry.  January 2013.

117.   *Bradford, J.*  Advisory Board.  Otsuka Pharmaceutical and Lundbeck Consultancy Committee Meeting.  Ottawa, ON.  Ottawa, Ontario.  October 9, 2014.

## STUDIES COMPLETED (unpublished)

*Bradford JMW*, Greenberg DM, Gojer J, Curry S.  *Sertraline in the treatment of paedophilia: a dose-titrated study*.  Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, Seattle, Washington, October 1995

1.   *Bradford, J.M.W.*, Gojer, J., Curry, S.  *Comorbidity Study of Pedophilia*.

2.   *Bradford, J.M.W.*, Gratzer, T.   *The Physiological and Psychological Characteristics of Sexual Sadists:  A Controlled Study*.

3.   Gratzer, T., *Bradford, J.M.W.*  *The Formulation of a Sadistic Serial Killer: Three Case Illustrations*.

4.   *Bradford JMW*, Greenberg DM, Reid R, Curry S.  *Sexual sadism and organic deficits*.

5.   *Bradford, JMW*, Greenberg DM, Goyer J, Curry S.   *Sertraline in the Treatment of Pedophilia*.

6.   Nunes, K.L., Firestone, P., Wexler, A, Jensen, T.L., and *Bradford, J.M.* Incarceration and Recidivism in Sexual Offenders.

7.   Moulden, H., Firestone, P., Kingston, A.D., *and Bradford, J.M*.  Recidivism in Pedophilies:  An Investigation Using Different Diagnostic Methods.  *(In Review, Psychology, Crime and Law, July, 2006)*

8. **Bradford, J**., Fedoroff, P., and Taylor, P.  Special Edition submission for the Canadian Journal of Psychiatry.


## PUBLICATIONS (Non-Refereed)

1.     *Child Representation Programmes Workshops*, Office of the Official Guardian, Ministry of the Attorney General of Ontario, 1980.

2.     *Advocacy in the Provincial Court (Criminal Division)*, The Defence Counsel Association of Ottawa and The Carleton County Law Association, Mont Ste. Marie, Quebec, October 17-19, 1980.

3.     *Two Psychophysiological Measures of Deviant Sexual Arousal and Their Relationship to Instructions, Intelligence, Hormone Level and Alcohol Ingestion*, Borzecki, M., **Bradford, J.M.W.**, Pawlak, A., Zohar, A., Wormith, J.S. Programs Branch User Report, Ministry of the Solicitor General of Canada. No. 1985-39.

4.     *Understanding and Treating Mental Illness: The Strengths and Limits of Modern Psychiatry*, Cleghorn, JM, Lee, BL, and thirty-four Consultants. Hogrefe & Huber Publishers, Toronto. Sponsored by the Scientific Council of the Canadian Psychiatric Association (**Bradford, JMW,** one of the contributors.)

5.     **Bradford JMW**.  *Interventions with Sex Offenders.*  Teleconference. Professional Development Program, The Nelson A. Rockefeller College of Public Affairs and Policy, University of Albany, State University of New York. 13 February, 1997, Albany, New York.

6.     **Bradford JMW**. , Griff, R., *An Overview of the Secure Treatment Unit – A Unique Facility for Special Needs Offenders in Eastern Ontario.*  Published in the PPAO 25th Anniversary Report.

## CONTRIBUTOR TO ARTICLES, AUDIOTAPES, ETC.

1.     *The Paraphilias: A Multiplicity of Deviant Behaviours.* **Bradford, J.M.W.**, Psychiatry Issues of Interest, Medifacts Ltd., Vol. 1:1988, Continuing Education for Canadian Psychiatrists.

2.     *Why Do Women Commit Arson?* Trent, B. Can. Med. Assoc. Journal, 138:745-747, 1988. Based on interviews with **J.M.W. Bradford**, and D. Bourget.

3.     *Multiple Nature of Sexual Deviants.* Alice Burnstein, Psychotherapeutic Advances, 4:6:1987.  Based on interviews with **J.M.W. Bradford.**

4.      *Canadian Study: Women Arsonists*. Dorothy Trainer. Psychiatric News, American Psychiatric Association. Washington, D.C., December 15, 1987. Based on interviews with **J.M.W. Bradford.**

5.      *Une Approche Therapeutique des Abuseurs Sexuels*, A. Robertson, L'Actualite Medicale, December 1988, p.14.

6.      *Sexual Abuse: Ottawa hospital tries to brush cobwebs from a murky, ill-defined world*. Canadian Medical Association Journal, 144 (2), 1991.

7.      *Understanding, Assessment and Treatment of Paraphilias*. American College of Psychiatrists. Psychiatric Update, Vol. 16, No. 11, Medical Information Systems Inc., New York, November 1996 (audiotape).

8.      *Videotaping of Forensic Psychiatric Evaluations,* Journal of the American Academy Psychiatry and the Law, 27, 2 1999.

## MEDIA: 1978 to Present

Numerous appearances on a variety of Forensic Psychiatry subjects: homicide, arson, shoplifting, appearances on local and national television and radio.

1983    W5 (CTV National News Programme) on "Arson'

1984    CJOH Ottawa, Margaret Trudeau show on "The Mentally Abnormal Offender."

1985    The Fifth Estate (CBC National News Programme) "Child Molesters".

       Canada A.M., CTV National News Programme "Arson"

1986    CBC-TV The Journal "Paedophilia", July 28, 1986.

       CBC Radio, Toronto. "As It Happens", July 28, "Child Molesters."
       CBC-TV, Ottawa, "Newsday" Special series on "Child Molesters", 2-part series. August 11 and 12.

       Robert Noyes Trial in Vancouver, British Columbia. Numerous articles in Vancouver Sun.

       The Citizen, Ottawa. Report that sex offender had sexually assaulted a woman 9 hours after his release from jail without undergoing the court-ordered drug treatment.

       The Citizen, Ottawa. Article on cyproterone acetate which reduces violent tendencies in sexual offenders.

CJOH-TV, "The Child Welfare Act and mandatory reporting of child molesters."

The Citizen, Ottawa. "Mandatory reporting and treatment of child molesters."

The Citizen, Ottawa. "Child Molesting"

CBC/CBO "As It Happens". "Child Molesters & Sexually Motivated Child Murder". Followed the sexually motivated murder of an 11 yr old Toronto girl.
CBC/CBOT. The Journal. "Violent Child Molesters." Following murder of an 11 year old Toronto girl.

The Citizen, Ottawa. "Research into Treatment of Sex Offenders with Cyproterone Acetate". Feature article in health section.

1987   The Health Information Network, Newark, New Jersey. "The Dark Side of Behaviour: The Assessment and Treatment of Sexual Offenders." **Bradford, J.M.W.**, Reid, W., O'Shaughnessy, R., January 9, 1987.

Australian 60 Minutes: The Assessment and Treatment of Child Molesters.

The Citizen, Ottawa, Community Profile.

Canadian CTV Network. "The Assessment and Treatment of Child Molesters"

Medifacts Ltd., Audio Specialist Programs. "The Paraphilias: A Multiplicity of Deviations", Ottawa, December 11, 1987.

1989   CJOH TV, Ottawa, The Morning Show, "The Politics of Rape", 09 January 1989.

Toronto Star, "Drug Can Quell Perverse Sex Drive", 08 February 1989.

The Citizen, "Child Molestation: A shockingly widespread reality", 11 June 1989.

The Citizen, "The offenders: The number getting away with abuse is horrifying", 12 June 1989.

The Citizen, "Accused severely depressed when woman fatally stabbed", 20 June 1989.

CBC, Sexual Abuse Clinic Full, 16 May 1989.

CJOH, CBOF - Stories on waiting list in Sexual Behaviours Clinic, 17 May 1989.

MacLean's, "The Abuse of Children", Cover Story, 27 November 1989, 102, 48, 56-61.

Global TV, Toronto, Interview with Marlene Trotter concerning verdict in Joseph Fredericks trial at Stratford, Ontario, December 1989.

1990    Medifacts Ltd., Audio Specialist Programs, "The Assessment and Treatment of the Child Molester", 02 February 1990.

CBC/CBO, Interview on Sexuality of Priests

Canadian Medical Association Journal, Interview with Bill Trent, 06 April 1990.

CJOH-TV, Ottawa, Interview with Ron Wilson on Homophobia., 06 April 1990.
CBC-TV (Newsday), Interview re Treatment of child sexual abusers.

Saturday Night, Interview with Patricia Pearson, 17 April 1990.

The Citizen, Interview with Liz Payne on the Lieutenant-Governor Warrant System. 07 April 1990.

Edmonton Journal, Interview re effectiveness of sex abuse prevention program for children.

1991    CBC Radio, Ottawa, Interview re incest perpetrators, 12 April 1991.

CJOH-TV, Ottawa, Michael O'Byrne, story on child sexual abuse, 28 April 1991.

CHOT-TV, Gilles Maheux, Hull, Quebec, story on incest perpetrators, 26 April 1991.

"Better Prognosis for Incest Perpetrators than for Those Who Offend Against Stepdaughters", Perspective, Royal Ottawa Health Care Group, February/March 1991.

The Ottawa Sunday Sun, 08 September 1991. "Trying to understand paedophilia."

*Bradford, JMW*
*Page 93 of 99*

CTV Toronto, "The Shirley Show," topic: New Amendments to the Criminal Code of Canada and how they affect Lieutenant-Governor Warrant patients, Taped in Toronto and shown on 05 November 1991.

Le Journal International de Medicine, "Crimes Sexuels: La Prison Chimique", Dec. 1991.

1992   CBC Newsworld. Interview re Delinquencies and the correctional system. 26 January 1992.

The Shirley Show, CTV. Interview re: Sex abuse between health care professionals and clients. 03 February 1992.

TV Ontario. Interview re Dangerous Offenders. 03 February 1992.

NBC-TV New York. Interview re Treatment of Sex Offenders. 18 February 1992.

The Citizen. Interview re- murder case. 10 March 1992.

NBC New York. Interview re- castration. 18 March 1992.

CFCR, Abbotsford, British Columbia. Live telephone interview on "Arsonists".

1993   CBC Prime Time News, "Paedophilia", 05 January 1993.

The Shirley Show, CTV. "Castration." Toronto, 06 January 1993.

CTV MIDDAY, "The Treatment of Paedophilia", January 1993.

Canada AM (CTV), "The Treatment of Paedophiles", January 1993.

CBC Radio, British Columbia (Charles Smith); subject: arsonists. 20 September 1993.

CBC Radio, Kelowna, British Columbia. "Daybreak", subject: arson.

DND Communique, #4-93. "Violence in the Workplace", p.10-11, November 1993.

1994   Psychological Profiles of an Arsonist, Hamilton Spectator with Ross Longbottom, January  04, 1994.

Arsonists, CBC Radio Noon with Mark Collins, 04 January 1994.
Serial Arsonists, Globe and Mail, Henry Hess, 07 January 1994.

Juvenile Firesetting, The Citizen with Janice Kennedy, 11 January 1994.

Treatment of Paedophiles and discussion, one case anonymously. With Pamela Powers, CBC Radio, 12 January 1994.

"How doctors treat sex offenders". With Sharon Kirkey, Ottawa Citizen, 14 January 1994.

"Revenge Prime Reason for Fire Setting". Perspective, publication of the Royal Ottawa Health Care Group, with Jean Cruickshank, February, 1994.

1995    "Day in the Life", Medical Post.

Multiple Interviews Ottawa Citizen, Ottawa Sun, Toronto Star, TV.

1996    Studies of Paedophilia: Child Sexual Abusers Have Abnormal Alcohol Response. International Medical News Group, December, 1996.

Interview with Anthony Moor, San Francisco Television, through experts from American Psychiatric Association Press.

1997    Interviews with CTV, CBC, Ottawa Citizen, Globe & Mail, various U.S. stations on treatment of sex offenders.

Interview with Debbie  CHEO, Edmonton, ON, Men Who Commit Sex Crimes, 17 June 1997.

Jane Hawtin Live, 13 May 1997.

1998    Numerous radio and TV interviews on Forensic Psychiatry

2000    Asylum: Inside the World of the Not Criminally Responsible, Documentary CBC TV Witness  Producer Leslie Fruhman, January 17, 2000.

*Bradford, Dr. John*. (Pedophilia)  *Horrifying, but is it a crime?* Response to Editorial, The Globe and Mail, Monday, November 20, 2000, Toronto, Canada.

2005    *Bradford, Dr. John.* "Special Report:  Violence".  CJOH, CTV Television. Newsline, March, 8-20.

Bradford, JMW. "Karla Holmoka" – 640 Toronto radio interview with Sarah Meehan

Bradford JMW, "Crimes of Passion"

Bradford, JMW, Criminalization of the Mentally Ill

Bradford, JMW, Discovery Channel – Cultural and Biological Underpinnings of Violent Behaviour

Bradford, JMW, with Laura MacNaughton, London Talk Show re: Carmichael

Bradford, JMW, Canadian Press/CTV Newsnet article, re: Carmichael

2006   Bradford, JMW. Ontario Today - radio interview "Murder Suicide – why does this happen? (Couts)

2008   Bradford, JMW. CJOH NEWS – Television interview re: Arronburg

2009   Bradford, JMW. "When a family's financial despair turns deadly", The Globe and Mail, Friday, January 30, 2009, Toronto, Canada.

2012   Bradford, JMW.  "The Science of Pedophilia".  Los Angeles Times, November 2012.

2014   Bradford, JMW.  CBC National – January 2014.

Bradford, JMW.  Radio Canada – Interview about the difficulties that jurors, and others, can experience after viewing disturbing evidence during a trial.  October 2014.

Bradford, JMW.  CPA-at-the-Movies Presents:  Out of Mind, Out of site.  Supported by the Stigma-Discrimination Working Group.  Post-screening discussion with Director John Kastner, family member John Stewart and psychiatrist Dr. John Bradford.  Moderated by Dr. Manon Charbonneau, Chair, Stigma-Discrimination Working Group.  September 2014.

Bradford, JMW.  CTV National News – Interview about mass murder in Edmonton.  December 2014.

2015   Bradford, JMW.  Exposure to video violence can cause trauma, says psychiatrist who suffered from PTSD by Elizabeth Payne, Ottawa Citizen. January 30, 2015.

Bradford, JMW.  CBC Radio's All in a Day.  January 30, 2015.

Bradford, JMW.  United Church Observer.  Interview with John Barber regarding the NCR controversy with emphasis on the effect of John Kastner's two films.  February 25, 2015.

Bradford, JMW.  High Tech World Increases Risk for Vicarious Trauma.  The Royal's Newsletter.  February 11, 2015.

Bradford, JMW.  PTSD.  National Post Radio.  Interview with Teddy Mercury, Siriusxm Radio.  May 20, 2015.

Bradford, JMW.  National Post.  Haunted by evil:  Examining graphic Videos made by notorious Canadian killers left this psychiatrist suicidal.  June 2, 2015.

**REFEREES (The following persons may be contacted for references)**:

**<u>Canadian</u>**

**Richard Swinson**
Hamilton Health Sciences Center,
Fontbonne Building, 301 James St. South,
Hamilton, Ontario.  L8P 3B6
(905) 522-1155 ext. 3498

**Roy O'Shaugnessy**
University of British Columbia
Clinical Professor, Psychiatry,
Faculty of Medicine,
#218-2475 Bayswater Street,
Vancouver, British Columbia.  V6K 4N3
(604) 733-5722

**Pierre Bousejour**
University of Sherbrooke,
2500, boul de'lUniversite,
Sherbrooke, Quebec.  J1K 2R1
(819) 821-7686

**Kathy Gillis**
Katharine Gillis MD FRCPC
Chair, Department of Psychiatry
Clinical Director Shared Care Program,
The Ottawa Hospital University of Ottawa
613-722-6521 ext 6811
Royal Ottawa Health Care Group
613-737-8955  The Ottawa Hospital

**<u>United States, United Kingdom Australia</u>**

Paul S. Appelbaum, M.D.
Professor of Psychiatry, Medicine & Law
Director, Division of Psychiatry, Law, and
Ethics, Dept. of Psychiatry
Columbia Univ. NYS Psychiatric Institute
Room 6707 Unit/Box: 122
1051 Riverside Dr. New York, NY   10032
212-543-4184 Office

Joseph D. Bloom, M.D.
Past Dean, School of Medicine
Oregon Health Sciences Univ.
3181 S.W. Sam Jackson Park Rd.
Portland, OR  97209, USA
503-494-6689 Office

Larry Faulkner, M.D.

Phillip J Resnick, MD

*Bradford, JMW*
*Page 97 of 99*

President and CEO American Board
of Psychiatry and Neurology
2150 E. Lake Cook Road, Suite 900
Buffalo Grove, IL 60089 USA
847-229-6500

University Hospitals of Cleveland,
11100 Euclid Avenue,
Cleveland, OH, 44106, USA
216-844-3415 Office

Park E. Dietz, M.D., PhD., M.P.H.
Clinical Professor of Psychiatry &
Biobehavioural Sciences
School of Medicine
University of California at Los Angeles
537 Newport Centre Dr., #300
Newport Beach, California 92660 USA
949-760-0422 Office

Thomas G. Gutheil, M.D.
Professor of Psychiatry, Harvard University
6 Wellman Street,.
Brookline, MA   02446, USA
617-626-9659 Office

Abraham L. Halpern, M.D.
720 The Parkway
Mamaroneck, New York 10543-4299, USA
914-698-2136 Office

Fred Berlin MD PhD
104E Biddle Street,
Johns Hopkins Hospital, 600 N Wolfe Street,
Baltimore, MD, 21287, USA.
410-539-1661 Office

Gene Abel MD,
1401 Peachtree Street, NE
Suite 140,
Atlanta, GA 30309, USA
404-872-7929 Office

**_NON-MEDICAL_**

Mr. George Langill
Past President and CEO,
Royal Ottawa Health Care Group
1145 Carling Avenue
Ottawa, Ontario K1Z 7K4   Canada

Ralph Slovenko
Professor of Law and Psychiatry
Wayne State University
471 West Palmer
Detroit, Michigan   48202   USA

Clayton Ruby
Ruby and Edwardh
11 Prince Arthur
Toronto, Ontario   M5R 1B2 Canada

Marlys Anne Edwardh
Sack Goldblatt Mitchell LLP
1100-20 Dundas St.W.,
Toronto, Ontario   M5G 2G8  Canada

_____

John McDonald Wilson Bradford
M.B., ChB., D.P.M., F.F. Psych., M.R.C. Psych.,
D.A.B.P.N., F.R.C.P.C., D.A.B.F.P.,F.R.C.Psych., FAPA (distinguished life),
F.A.C.Psych., F.C.P.A (distinguished), C.M.

_____

Date: