# EXHIBIT C

TREATMENT AND EVALUATION SERVICES
13693 EAST ILIFF AVENUE, SUITE 220
AURORA, COLORADO 80014
303-369-4200 Fax 303-369-5072

Rick L. May, Psy.D., CACIII  Jessica Micono, Psy.D., CAC III
Pam Hiner, Psy.D., CAC III  Brenna Tindall, Psy.D., CAC III
Victor Cordero, Psy.D.  Jessica Bartels, Psy.D.

CURRICULUM VITAE

# RICK L. MAY, PSY.D., CAC III
Licensed Psychologist

## EDUCATION

### Doctor of Psychology (Psy.D.)

1992  University of Northern Colorado, Greeley, CO
1989-1990  Clinical Internship, Denver Police Department, Psychological Services
Dissertation: "Personality Patterns and Experiential History of Male Adolescent Sexual Perpetrators"

### Master of Arts (M.A.)

1975  University of Northern Colorado, Greeley, CO – Department of Psychology Counseling and Guidance

### Bachelor of Arts (B.A.)

1973  University of Northern Colorado, Greeley, CO – Double Major: Psychology and Sociology

## LICENSES, CERTIFICATIONS AND SPECIAL TRAINING

- State of Colorado, Licensed Psychologist
- Colorado Sex Offender Management Board, Full Operating Level, registered to provide treatment and evaluations to individuals charged with sexual offenses
- Certified Addiction Counselor III
- Child and Family Investigator, court appointed investigations into complex domestic cases
- Competency to Stand Trial
- Abel Assessment Trainer

## **PROFESSIONAL AFFILIATIONS**

- American Psychological Association
- Association for the Treatment of Sexual Abusers
- Colorado Association for the Treatment of Sexual Abusers, Executive Board Member
- Colorado Sex Offender Management Board, Child and Adolescent Committee

## **WORK EXPERIENCE**

### Private Practice

Dr. May began private practice in 1981 treating adults and adolescents in individual, couples and family therapy. He wrote his dissertation on issues of sexual offending and since then has specialized in treating this and related populations. He developed a treatment and evaluation program specifically for individuals who have been accused of crossing sexual boundaries. The **Treatment and Evaluation Services** program currently treats approximately 120 individuals weekly who have been referred for inappropriate and/or victimizing sexual behaviors. Dr. May and his professional staff, also do evaluations (including psychological evaluations and sex offense specific mental health evaluations) for the court system, private attorneys, social service agencies, and various private and public institutions. In addition, Dr. May provides individual, family and couples therapy to individuals with addiction problems, including substance abuse and sexual addictions. Dr. May often testifies in court regarding sexual offending issues. He also does training regarding this population to professional and community groups. Dr. May has worked extensively with dual diagnosis and substance abuse treatment and conducted substance abuse evaluations. Dr. May is the director of Axis One – Center for Drug and Alcohol Treatment.

Dr. May is the primary trainer for the **Abel Assessment** and travels nationally training mental health professionals on administration and interpretation of the Abel Assessment. Dr. May has often been the keynote speaker and presenter at various professional conferences.

Dr. May and several of his staff have been trained as child and family investigators and to conduct competency to stand trial evaluations. This team approach will allow professionals from Dr. May's staff with diverse expertise to work together to investigate, report and make independent and informed recommendations to the court following a court appointment.

### Denver Police Department Psychological Services

Dr. May did his doctoral internship with the Denver Police Department. He conducted individual, couples and family therapy with police officers and their families. He trained cadets at the police academy regarding issues of sexual assault and domestic violence. He was involved in training new police chaplains to do short-term and crisis intervention counseling with the officers on the street.

### Bethesda Community Mental Health Center

During his time at Bethesda Community Mental Health Center, Dr. May worked on the adult out-patient team providing group and individual therapy. He also was on the off-hour crisis team providing emergency treatment and psychological assessments at local emergency rooms and hospitals. Dr. May was also the team leader for the Adult Partial Care Program for his last year at Bethesda.

## Lichen Lodge

Dr. May worked with adolescents at Lichen Lodge in Steamboat Springs, Colorado as director of therapy at this residential child care facility.

## Arapahoe Country District Attorney's Juvenile Diversion Program

Dr. May's responsibilities in this program included providing individual and family therapy for adolescents as a treatment alternative to adjudication.

## OTHER ACCOMPLISHMENTS

**University of Denver**
Dr. May has created a training site for doctoral psychology students and masters level students in Forensic Psychology. He has been a group supervisor for the University of Denver Psy.D. Program and has taught college level courses.

For several years, Dr. May worked with the University of Denver Graduate School of Professional Psychology to aid his treatment program and several other agencies to become American Psychological Association Approved Internship Training Sites.

**Association for the Treatment of Sexual Abusers**
Dr. May helped create the Colorado chapter of the Association for the Treatment of Sexual Abusers and currently serves as the treasurer for that organization.

**Specialty Training and Programs**
In addition to consulting with other programs regarding deviant sexuality and boundary violations, Dr. May trains other professionals in group therapy techniques and group dynamics with forensic populations.

Dr. May and his staff have also developed a program called The John School for individuals accused of soliciting prostitution. This program is a one day educational program to help individuals learn the perils of soliciting prostitutes.

Dr. May is currently working on a variety of new projects to educate businesses regarding sexual harassment and hostility in the workplace. He is also developing programs to be presented to primary and secondary school educators to help them understand normal versus deviant sexual development in children and adolescents.

For ten years, Dr. May has been a clinical consultant for the sex abuse team of a local Social Service agency.