**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 1:15-cr-00159-TWP-MJD |
| JARED S FOGLE (01), | ) ) ) | |
| Defendant. | ) | |

**ENTRY FOR NOVEMBER 19, 2015
THE HONORABLE TANYA WALTON PRATT**

The Government appeared by Steven D. DeBrota, Assistant United States Attorney. The Defendant appeared in person and by retained counsel Andrew Richard DeVooght, Jeremy Margolis, and Ronald E. Elberger. Stephanie Ivie appeared on behalf of the United States Probation Office. Chris Cecil, Darin O'Dier, and Andrew Willmann attended as agents for the Government. David Moxley was the Court Reporter. Parties appeared for hearing on Defendant's Petition to Enter a Plea of Guilty and Sentencing at the Indianapolis Courthouse.

The Defendant was sworn. The Court advised Defendant of his rights. A stipulated factual basis was contained in the plea agreement at Dkt. 4. Defendant entered a plea of guilty. The Court found a factual basis for the plea and that the plea was voluntarily and knowingly made. Defendant's Plea Agreement was accepted by the Court, and Defendant was adjudged guilty of Count 1, Conspiracy to Distribute/Receive Child Pornography and Distribution/Receipt of Child Pornography and Count 2, Traveling and Attempting to Travel in Interstate Commerce to Engage in Illicit Sexual Conduct with a Minor, as charged in the Information.

Counsel for Defendant presented testimony from witnesses Dr. John Bradford and Dr. May.

AUSA DeBrota presented testimony from witness Detective Darin O'Dier. Government exhibits 1 through 4 were admitted into evidence without objection.

Defense Counsel DeVooght and Defense Counsel Margolis presented argument on behalf of Defendant.

The Defendant presented allocution.

AUSA DeBrota presented argument on behalf of the Government.

Sentence was imposed as stated on the record.

The Defendant was advised of his right to appeal.

The Defendant was remanded to the custody of the United States Marshal.

The Judgment is forthcoming.

Date: 11/19/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Ronald E. Elberger
BOSE MCKINNEY & EVANS, LLP
relberger@boselaw.com

Andrew Richard DeVooght
LOEB & LOEB LLP
adevooght@loeb.com

Jeremy Margolis
Loeb & Loeb LLP
jmargolis@loeb.com

Steven D. DeBrota
UNITED STATES ATTORNEY'S OFFICE

steve.debrota@usdoj.gov

Electronic Distribution to United States Probation Office