

# UNITED STATES DISTRICT COURT
## Southern District of Indiana

**Laura A. Briggs, Clerk of Court**

| | | | |
|---|---|---|---|
| Birch Bayh Federal Building & U.S. Courthouse, Room 105<br>46 East Ohio Street<br>Indianapolis, IN 46204<br>(317) 229-3700 | U.S. Courthouse, Room 104<br>921 Ohio Street<br>Terre Haute, IN 47807<br>(812) 231-1840 | Winfield K. Denton Federal Building & U. S. Courthouse, Room 304<br>101 NW Martin Luther King Blvd.<br>Evansville, IN 47708<br>(812) 434-6410 | Lee H. Hamilton Federal Building & U.S. Courthouse, Room 210<br>121 West Spring Street<br>New Albany, IN 47150<br>(812) 542-4510 |

April 21, 2016

Gino J. Agnello, Clerk
United States Court of Appeals
219 South Dearborn St, #2722
Chicago, IL  60604


RE:   UNITED STATES OF AMERICA v. JARED S. FOGLE
      USCA  No.  15-3770
      USDC  No.  1:15-cr-00159-TWP-MJD


Dear Mr. Agnello:

Attached to this email message, please find the Supplemental Record in the above referenced case, sent per the "Notice to Transmit Record on Appeal" dated April 20, 2016.  The Supplemental Record consists of:

      10      Vols./Files of Sealed Documents


          Sincerely,
          Laura A. Briggs,
          Clerk of Court

          By Laura Townsend, Deputy Clerk
          812-542-4511

*Visit us at:*   www.insd.uscourts.gov