UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2017 SEP 21  PM 3: 36

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CASE:  1:15-cr-00159 |
| vs. | ) | |
| JARED FOGLE, | ) | APPEALS CASE:  15-3770 |
| Defendant | ) | |

TWP-MJD-1

LAURA A. BRIGGS
CLERK

> Frank Edwin Pate's motion is DENIED summarily. This case is closed and there is nothing pending in the trial court brief.  TWP 9-25-2017

## MOTION TO ENTER AMICUS CURIAE BRIEF

**COMES now**, filing in **Pro Se**, **Frank Edwin Pate** does hereby motion to this Court to enter for the purpose of challenging the Subject Matter Jurisdiction over Defendant, **Jared Fogle**, the following brief:

## STANDING

Frank Edwin Pate relies on standing to file this brief based upon the Court and its ruling in these proceedings prior to sentencing:

> **"...in which a party is inadequately represented."**  (as noted on record)

This Court found that **Mr. Fogle**, hereafter referred to as **Defendant**, was "adequately represented." **Defendant** contends this finding on the grounds that it is basic legal practice to check for **Subject Matter Juristdiction**; however, neither his lawyers nor the appelite Court lawyers raised this point to the Court.

Furthermore, this Court has also found that **PETRIE** failed in the following:

-1-