United States District Court
Southern District of Indiana
INDIANAPOLIS

UNITED STATES OF AMERICA
Plaintiff

vs.

JARED FOGLE
Defendant

> The Petitioner in Amicus' objection is overruled.
> TWP
> 10/25/2017
> (copy to petitioner)

Case: 1:15-cr-00159-TWP-MJD-1

## OBJECTION

COMES now, Petitioner in Amicus, Frank Edwin Pate, does hereby enter this following list of objections, for the records;

1) On September 25, 2017, this court 'summarily Denied' Amicus brief raising to the courts attention, an Article III violation; This Denial was done without giving the Petitioner a "finality" Opinion. This leaves a VOID in the records, and negates Due Process, as well as leaving a Conclusion to the facts argued, in limbo. Amicus PATE, Objects.

2) This court failed to Notify PATE of its summary Denial. This is in violation of "notice" and also is a Due Preocess rights violation. Amicus PATE, Objects;

3) This court failed to require the United States to answer the brief, further denying a right to Due Process, and also "advocated" for the United States, in direct violation of 28 U.S.C § 454;  Amicus PATE Objects;

Respectfully Submitted this 10th day of October 2017,

*Frank Edwin Pate*
Frank Edwin Pate
Pro Se
9595 W.Quincy Ave.
Littleton, CO 80123