UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA
Plaintiff

Case : 1:15-cr-00159

vs.

COA No. 15-3770

JARED FOGLE
Defendant

## MOTION TO CORRECT CLEAR ERROR
## PURSUANT TO RULE 52(b)

**COMES NOW**, filing in Pro Se, Defendant Jared Fogle, does hereby motion this court, to address Clear error, as to Subject Matter Jurisdiction over these proceedings.

## STANDING TO PROCEED

Jared Fogle, has rights to proceed before this court Pro Se. He announces his Faretta rights to this court, supported by FAretta in : 422 US 806, 45 L.Ed 2d 562, 95 S.Ct 2525, (1975).

FOGLE "clear and unequivocally" asserts his right to "self-representation" for the purposes of this motion.

The issue of concern, has neither been raised by his prior legal advisor's nor the District or Circuit courts. FOGLE is raising this own his own at this time.

## TIMELYNESS OF MOTION

As this court knows, Subject Matter Jurisdiction is never waived:

> **"We must fulfill our independent obligation to assure that federal courts have Subject Matter Jurisdiction throughout the proceedings."** see US v. Beard, 745 F.3d 288, 291 (7th Cir 2014)

The Circuit above found, in Feb 2017, under the Kakpovic v. Curran

1

case that:

> "the appealate court is required to consider subject matter jurisdiction, as the first question in every case, and must dismiss this suit if such jruisdiction lacks."

(see Kapovic v Curran, 850 F.3d 898, FEB 2017 7th Circuit)

As to Jurisdictional Waiver:

> "Issues of Subject Matter jurisdiction are never waived and can be raised at any point in the proceedings." see Dexia Credit Local v. Rugan, 602 F.3d 879, 883 (7th Cir 2010) [as reliance on 646 F.3d 420 Mendez v. Perla Dental (Oct 2010)].

Therefore, FOGLE would remind this court, that he has never offered a waiver of this right, and at this point, exercises his rights to Challenge Subject Matter.

---

## AMICUS BRIEF BY FRANK EDWIN PATE IS RELIED ON

For the purpose of this motion, and for the sake of Judicial Economy, Defendant FOGLE, In Pro Se, does hereby rely on Document #106, Pages 1-23 filed 9/21/2017 withthis court. The arguments raised but not heard, are now a record, and raise the "Clear and Obvious error" of "want of Subject Matter Jurisdiction.

---

## RELIEF REQUESTED

That this court, perform a Rule 52(b) clear error correction; Note that a Challenge has been made, as to Subject Matter Jurisdiction by Jared FOGLE; Require the United States of America to bear its burden of proof; Base that Burden on Evidence from the records of the proceedings, and nothing ancillary. Enter a "final decision" on the "facts and conclusions of law", for the purpose of "finality doctrrine;" Provide FOGLE a copy of this courts findings.

## FINAL DECISION STANDARD OF LAW

"criminal defendants, like others, must ordinarily wait for a final judgement before they may bring an appeal." US v Sinovel Wind Group Co Ltd. 794 F.3d , 790 (7th Cir 2015) as relied on in 855 F.3d 769 US v. Sealed Defendant Juvenile Male, March 2017. (7th Cir.)

Further:

"A final decision is "one which ends the litigation on the merits and leaves nothing for the court to do but execute the judgement." Gelboim v. Bank of Am. Corp 135 S.Ct 897, 902, 190 L.Ed 2d 789 (2015) (quoting **Catlin v. United States,** 324 U.S. 229, 233, 65 S.Ct 631, 89 L. Ed. 911 (1945))."

## ANALYSIS OF MOTION

In summary, Defendant FOGLE ask this court to address:

1) His Newly and Personally Raised Challenge to Subject Matter Jurisdiction, under the authority of Rule 52(b) of Fed. R. Cr. Pr.;

2) Rely on the existing Brief on file noted at Doc # 106;

3) Require the United States of America to enter a responsive pleading;

4) Provide a hearing to Defendant FOGLE on the findings and facts as enumerated;

5) Finalize the decision on the records for the purpose of Appeals.

6) Provided FOGLE with a copy of the Findings;

Humbly Submitted before this court, this 26th Day of October 2017.

Jared Fogle
Pro Se
9595 W. Quincy Ave
Littleton, CO 80123
** Haines vs. Kerner standrads apply**

CC: Ronald Elberger, Prior Counsel for Jared Fogle
    AUSA for the United States of America, Southern District of Indiana