UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
**INDIANAPOLIS DIVISION**

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

~~2017 NOV 20  PM 1:05~~

UNITED STATES OF AMERICA
**Plaintiff**

**FILED**

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
~~Case No.~~ A1:15-CR-00159
CLERK

vs.

NOV 2 7 2017

Jared S. Fogle
**Defendant**

**U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA**

COA No.   15-3770

GENERAL OBJECTIONS FOR RECORDS

**COMES NOW**, Jared S. Fogle, in Pro Se, enters the following Objections

for the public record;

1) **Fogle**, Motioned this court under Rule 52(b) for a Plain Error
review, **challenging** the courts Subject Matter Jurisdiction; (See 8 Nov. 2017
Order Rejecting and Denying Motion)

2) **Fogle**, requested of this court, that this court "finalize" its
ruling, so as to allow **Fogle** appeals rights, under section 1291 of Title 28;
**This court makes neither mention of "final decision" nor did it enter its
findings of facts and conclusions of law as to Subject Matter Jurisdiction
challenge.**

"**criminal defendant, like others, must ordinarily wait for the final
judgement before they may bring any appeal.**" United States vs. Sinovel Wind Group
Co Ltd. 794 F.3d, 790 (7th Cir. 2015) as relied on in 855 F.3d 769 United States
vs. Sealed Defendant Juvenile Male, March 2017 (7th Circuit).

3) Due to this courts refusal to issue a **final decision, Fogle** has
had his Constitutional Rights of Due Process violated.

OBJECTION STATED

**Fogle**, OBJECTS to this courts denial of his Due Process rights; **Fogle** further
notes for the record, his rights to Appeal under 28 § 1291, have been blocked
(statutorily speaking) at the circuit level; As such, **Fogle** Generally **OBJECTS**
to this.

Submitted this 21st day of November 2017,

Jared S. Fogle
Pro Se
9595 West Quincy Ave.
Littleton, CO 80123

1 of 1