```
UNITED STATES DISTRICT COURT                FILED
  SOUTHERN DISTRICT OF INDIANA
      INDIANAPOLIS DIVISION                NOV 2 7 2017

                                         U.S. CLERK'S OFFICE
UNITED STATES OF AMERICA                INDIANAPOLIS, INDIANA
Plaintiff

vs.                                    Case No. 1:15-CR-00159-TWP

Jared S. Fogle
Defendant
```

OBJECTION FOR THE RECORD

**COMES NOW, Fogle,** does hereby enter the following Objection for the public record;

1) On 8 November 2017, this court stated (in part):

"entered a plea of guilty to and was sentenced on Count 1, Conspiracy to Distribute/Receive Child Pornography and Distribution/Receipt of Child Pornography in violation of 18 U.S.C. § 2252(a)(2)....."

OBJECTION:    Fogle, Objects to these facts on multiple grounds, and it is proof this court lacks Jurisdiction over these proceedings as regards to the "Subject Matter" of § 2252(a)(2) for the following factual reasons:

A) § 2252(a)(2) Offers no Congressional provision allowing the charging of "conspiracy";

B) This courts Accepting, and Sentencing of such conduct, is in violation of Article III authorities as well Article I;

C) The courts acceptance of an unauthorized plea, and the sentencing metted out against Fogle, was prejudiced by this "conspiracy" (making Fogle look like a knowing "conspirator"--to Russell Taylor's unlawful conducts.)

D) Fogle was subjected to $1,200,000.00 in Restitution for Conducts Solely attributed to Russell Taylor's unlawful conducts.

Submitted this 21st day of November 2017,

*[signature]*

Jared S. Fogle
Pro Se
9595 West Quincy Ave.
Littleton, CO 80123