FILED
NOV 27 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA
**Plaintiff**

vs.                                                         Case No.  1:15-CR-00159-TWP

Jared S. Fogle
**Defendant**

## JUDICIAL NOTICE OF FACT

**COMES NOW, Fogle,** presents to this court, in compliance with Rule 201 of Fed. Rules of Evidence the following facts of law:

"The powers not delegated to the United States by the Constitution nor prohibited by it to the states, are restricted to the States respectively, or to its people." (10th Amendment)

Submitted this 21st day of November 2017,

Jared S. Fogle
Pro Se
9595 West Quincy Ave.
Littleton, CO 80123

CC: AUSA of SD of Indiana