THE SUPREME COURT OF THE UNITED STATES
OF AMERICA

```
FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2018 JAN 11 PM 5: 17

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
```

**JARED S. FOGLE**
Petitioner

vs.

Case No.
Appeals Case: 15-3770
USDC Case   1:15-cr-159-TWP

**UNITED STATES OF AMERICA**
Respondent

## APPLICATION FOR STAY OF JUDGEMENTS

**COMES** NOW, Petitioner **Jared S. Fogle**, does hereby apply to this court for a Stay of Judgements against him, due to the following factual basis:

1.) Pursuant to Rule 23.2 of Supreme Court Rules, **FOGLE** is within his rights to apply to this court for relief under this rule;

2.) Pursuant to Rule 23.3 of Supreme Court Rules **FOGLE** offers the following particularized steps taken to obtain relief from wrongful judgements;

A) **FOGLE** filed for Direct Appeal relief, expecting a Full review of his charged conducts; The 7th Circuit Court of Appeals failed him in checking for Subject Matter Jurisdiction over **FOGLE**; (see attached Case decision) further; the 7th Circuit Court, failed **FOGLE** in protecting his rights to being illegally charged with "**conspiracy**" to receive and distribute child pornography. Congress provided no such provision in section 2252(a)(2).

B.) **FOGLE** filed with the USDC of Indianapolis, requesting a stay (DISMISSAL) of both charges, due to lack of Subject Matter Jurisdiction; the District court refused to require the United States to answer, and instead DENIED **FOGLE** his request, construing arguments incorrectly as a "sovereignty" argument.(see **Attached**: Argument based on Frank Edwin Pates Amicus Brief of September 2017; **FOGLE** 52(b) Clear Error argument 26 Oct 2016)

C.) As such Motions were not addressed to correct errors, and USDC failed to Finalize its decision, **FOGLE** was denied access to the Appeals court for §1291 Direct Review on 52(b) Ruling error. (see Objections filed)

D.) Pursuant to Rule 23.3, Relief is justified in this court, due to the facts enumerated, showing that the lower courts are refusing to do their jobs and afford **FOGLE** his Constitutional Rights to due process of law.

E.) **FOGLE** offers that §2255 is not an option for him, as his Judge has made it clear she will not rule against herself as to Jurisdiction.

3.) **FOGLE** offers to the court, his willngness to Post any needed Bond as this court may deem required, pending the addressment of the issues at hand, in compliance with Rule 23.4; however,**FOGLE** would also note for this court that he early was allowed out on a PR bond in the District Court.

4.) **FOGLE** closes with the following analysis of his case plight:

-----The United States Court of Appeals in the 7th Circuit, failed to protect **FOGLES** constitutional rights while under Direct Review; the court failed to correct the **"conspiracy"** 'provision', which was illegal; the court also failed to check for proof of Subject Matter Jurisdiction proof in evidence further the Appeals court failed to address a lack of Federal Search Warrant on **FOGLES case.** (see docket attached)

-----The United States District Court failed to address Amicus Brief (of Frank Edwin Pate) relied on by **FOGLE** by way of, 52(b) Clear Error motion for relief; this further denied **FOGLE** his constitutional rights and protections.

-----The United States District Court failed to require the United States to enter a responsive pleading; effectively "practicing law from the bench" and "advocating" for the United States; a High Misdemeanor, 28 USC § 454:

> **"Any Justice or judge appointed under the authority of the United States who engages in the practice of law is guilty of a high misdemeanor."**

-----**FOGLE** has now been offered a section §2255 motion for relief, and is expected to believe that the same Judge is going to rule against herself for already clearly textualized arguments as to Jurisdictional violations.

**RELIEF REQUESTED**

**FOGLE**, does hereby request this court GRANT his application for relief,

and Stay his Judgements; Issue an ORDER of Immediate Release; and Order

the District Court to issue an ORDER to the United States to Charge F**FOGLE**

within the Provisions of statutory law, or cease and desist in violating

**FOGLES** Constitutional Rights.

Submitted this 3rd day of January 2018

*[signature]*
Jared S. Fogle
**Pro Se**
9595 West Quincy Ave.