# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Case No. 1:15-cr-00159-TWP-MJD |
| ) | |
| JARED S FOGLE,  ) | |
| ) | |
| Defendant.  ) | |

## ENTRY DENYING MOTION FOR STAY OF JUDGMENT AND NOTICES AND OBJECTION

This matter is before the Court Defendant Jared Fogle's *pro se* Motion for Stay of Judgment Dkt. [118]. Fogle again challenges the Court's subject matter jurisdiction over him and requests immediate release from detention. Fogle has also filed Notices to the Court Dkt. [117] and Dkt. [119], and an Objection Dkt. [120], all of which challenge the Court's Article III standing and subject matter jurisdiction over him. The Motion, Notices and Objection are all **DENIED** for the reasons previously stated in Dkt. [111] and Dkt. [115].

**SO ORDERED.**

Date: 1/19/2018

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Jared Fogle, #12919-028
Englewood Federal Correctional Institution
9595 West Quincy Avenue
Littleton, Colorado  80123

Steven D. DeBrota
UNITED STATES ATTORNEY'S OFFICE
steve.debrota@usdoj.gov