Jared S. Fogle
**Pro Se**
9595 West Quincy Ave
Littleton, CO 80123



### UNITED STATES DISTRICT COURT
### DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA
**Plaintiff**

**vs.**  Case No: 1:15-cr-00159-TWP-MJD-1

JARED S. FOGLE
**Defendant**

### Rule 47 Motion for Records

**COMES** now, **FOGLE**, does hereby request this court to produce a copy of the affidavit in support of the warrant to search **FOGLES** property, associated with this case;

### Rule 55 Records

**Accordingly:** "The clerk of the district court must keep records of criminal proceedings in the form prescribed by the Director of Administrative Office of the United States Courts. The clerk must enter in the records every court order or judgement and **the** date of entry."

### RELIEF REQUESTED

**GRANT**, this Motion requesting the affidavit in support of search warrant, be produced and mailed to **FOGLE**, in Reliance of Rule 50, requiring "prompt disposition" of this motion.

Submitted this 23rd day of January 2018,

*[signature]*
Jared S. Fogle
**Pro Se**
9595 West Quincy Ave.
Littleton, CO 80123

## CERTIFICATE OF SERVICE

I, Jared S. Fogle, do hereby certify a copy of this motion has been mailed to the United States of America, thru its legal counsel, for the Southern District of Indiana; A/USA Steven DeBrota.

*Jared S. Fogle*
Jared S. Fogle

this 23rd day of January 2018