UNITED STATES DISTRICT COURT

DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2018 FEB -6  PM 3: 02

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES OF AMERICA
Plaintiff

vs.                                              Case No: 1:15-cr-001-TWP-MJD

JARED S. FOGLE

## MOTION TO RECUSE PURSUANT TO 28  USCS 454

COMES NOW, FOGLE, does hereby respectfully request this court require Judge

Tanya Walton Pratt to recuse herself from these proceedings for the following:

According to the Supreme Court holdings in Rippo v Baker, Mar 2017, 137 S.Ct 605:

> "Recusal is required when, objectively speaking, "the probability of actual
> bias on the part of the judge or decisionmaker is to high to be constitutionally
> tolerable " Withrow v Larkin, 421 U.S. 35, 47, 95 S.Ct 1456, 43 L.Ed 2d 712 (1975)

This court under Judge Pratt has bias against FOGLE due to:

A) Judge Tanya Walton Pratt is a mother of (2) teenage daughters;

B) Judge Tanya Walton Pratt, allowed a "conspiracy" charge, plea and sentence
to be lodged against FOGLE; (as already prior argued, no such provision in law
exist under 2252(a)(2))

According to the Supreme Court in WIlliams v Pennsylvania 579 US, 136 S.Ct, 1899, 195
L.Ed 2d 132 (2016):

> "The Court as not whether a judge harbors an actual subjective bias, but
> instead whether, as an objective matter, the average judge in his potential
> is likely to be neutral, or whether there is an unconstitutional potential
> for bias."

### BIAS DEMONSTRATED

In conclusion on the Supreme Courts holding as relied on, this court clearly

has demonstrated Objective bias, and subjective bias is evident as well.  Due to the

erronious "conspiracy" "crime" allowed to sustain in this court; due to the fact that

the Judge refuses to GRANT FOGLE, his proper and Due process of law on this issue

prior raised; Due to the Fact the case involved a teenage prostitute and teenage girls

being illgally photographed by TAYLOR, it is the opinion of a "reasonable party" that

Judge Tanya Walton Pratt has demonstrated she is Prejudicially biased to the Defendant **Jared S. Fogle,** and should in facts and law, recuse herself from these proceedings.


Humbly Submitted this 1st day of February, 2018.

**Jared S. Fogle**
Pro Se
9595 West Quincy Ave
Littleton, CO 80123



CC : AUSA Steve DeBrota

7016 1370 0001 2875 7322