UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:15-CR-0159-TWP-MJD |
| | ) | |
| JARED FOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR FINAL ORDER OF FORFEITURE**

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Steven D. DeBrota, Assistant United States Attorney, respectfully moves for a Final Order of Forfeiture in the above cause of action, and in support thereof presents to the Court the following facts:

1. On September 18, 2017, this Court entered a Preliminary Order of Forfeiture against the defendant, Jared Fogle, forfeiting his interest in the property seized from him in connection with his conviction on charges of distribution of child pornography and conspiracy to distribute and receive child pornography (Count 1) in violation of 18 U.S.C. § 2252(a)(2) and (b)(1); and one count of travel to engage in illicit sexual conduct with a minor and attempting to travel to engage in illicit sexual conduct with a minor (Count 2) in violation of 18 U.S.C. § 2423(b) and (e). The property preliminarily forfeited is identified in the Preliminary Order of Forfeiture as follows:

  a. $50,000.00 United States Currency (Asset Identification Number: 15-FBI-006618)[1]; and

  b. Assorted Electronic Equipment (Asset Identification Number: 15-FBI-007570)

(collectively, the "subject property").

 2. Pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States posted notice of the order of forfeiture on the official internet government forfeiture site, www.forfeiture.gov, for thirty consecutive days from November 22, 2017, to and including December 21, 2017.  *See* Attachment 1, Declaration of Publication; *see also* Fed. R. Crim. P. 32.2(b)(6) (incorporating Rule G(4)).

 3. No direct written notice was required under Rule G(4)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the Government knows of no person who reasonably appears to be a potential claimant.

 4. No person has made any claim to, or declared any interest in, any of the subject property as provided in 21 U.S.C. § 853(n), and the time for filing a claim has expired.

---

[1] The Asset Identification Number was incorrectly listed as 1**6**-FBI-006618 in the Preliminary Order of Forfeiture.   It should be 1**5**-FBI-006618.

WHEREFORE, the United States moves for a Final Order of Forfeiture, amending the Preliminary Order of Forfeiture by declaring that in addition to the defendant's interest in the subject property, the interests of any and all potential third-party claimants, are also forfeited to the United States, and declaring that all right, title and interest in the subject property vested in the United States upon the commission of the criminal act giving rise to the forfeiture, and directing the United States to dispose of the property according to law.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: s/*Steven D. DeBrota*
Steven D. DeBrota
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Steven.DeBrota@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on February 16, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all ECF-registered counsel of record via email generated by the Court's ECF system.

s/*Steven D. DeBrota*
Steven D. DeBrota
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Steven.DeBrota@usdoj.gov
