IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:15-CR-00159 |
| | ) |
| Jared Fogle | ) |
| | ) |
| Defendant. | ) |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 22, 2017 and ending on December 21, 2017. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 05, 2018 at Indianapolis, IN.

_____
Michelle Butler
Paralegal Specialist

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA, CRIMINAL DIVISION
## COURT CASE NUMBER: 1:15-CR-00159; NOTICE OF FORFEITURE

Notice is hereby given that on September 18, 2017, in the case of U.S. v. Jared Fogle, Court Case Number 1:15-CR-00159, the United States District Court for the Southern District of Indiana entered an Order condemning and forfeiting the following property to the United States of America:

$50,000.00 U.S. Currency which was seized from Jared Fogle on November 19, 2015(15-FBI-006618)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (November 22, 2017) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, Room 105, United States Courthouse, 46 E. Ohio Street, Indianapolis, IN  46204, and a copy served upon Assistant United States Attorney Steven DeBrota, 10 W. Market Street, Suite 2100, Indianapolis, IN  46204. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA, CRIMINAL DIVISION
## COURT CASE NUMBER: 1:15-CR-00159; NOTICE OF FORFEITURE

Notice is hereby given that on September 18, 2017, in the case of U.S. v. Jared Fogle, Court Case Number 1:15-CR-00159, the United States District Court for the Southern District of Indiana entered an Order condemning and forfeiting the following property to the United States of America:

Assorted electronic equipment Ser No: See list including the following items: 1 Palm Treo smartphone, Ser No: PUPE0AN7H3U9; 1 Palm treo smartphone, Ser No: PYPC0926H263; 1 Palm treo smartphone, Ser No: PUPE0558H1GK; 1 Purple Apple iPod Nano, Ser No: 5U851GV13QU; 1 Dell Latitude laptop, Ser No: 7T1YK32; 1 Gray Apple iPod mini 4GB, Ser No: JQ513T4CS41; 1 Black Amazon Kindle Fire, Ser No: D026A0A0237709EP; 1 Toshiba external hard drive, Ser No: 593400-E; 1 Black Galaxy S (Samsung) smartphone, Ser No: A0000024B7C3C4; 1 Black Nokia flip pohone, Ser No: 21B479C0; 1 Black Samsung Galaxy S smartphone, Ser No: A000002468AC92; 1 Blue Samsung Galaxy S3 smartphone, Ser No: 99000212114360; 1 Gray Samsung Galaxy S3 smartphone, Ser No: 8111415246; 1 Blue and gray Samsung basic flip phone, Ser No: 8111415246; 1 Black Samsung Galaxy S4 smartphone, Ser No: R31D80VZX5T; 1 Black flip MinoHD video camera, Ser No: LB0921502246; 1 Miscellaneous Storage Media which was seized from Jared Fogle on August 19, 2015 at 4578 Woods Edge Drive, located in Zionsville, IN(15-FBI-007570)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (November 22, 2017) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, Room 105, United States Courthouse, 46 E. Ohio Street, Indianapolis, IN  46204, and a copy served upon Assistant United States Attorney Steven DeBrota, 10 W. Market Street, Suite 2100, Indianapolis, IN  46204. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between November 22, 2017 and December 21, 2017. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Jared Fogle

**Court Case No:**     1:15-CR-00159
**For Asset ID(s):**   See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 11/22/2017 | 24.0 | Verified |
| 2 | 11/23/2017 | 24.0 | Verified |
| 3 | 11/24/2017 | 24.0 | Verified |
| 4 | 11/25/2017 | 24.0 | Verified |
| 5 | 11/26/2017 | 24.0 | Verified |
| 6 | 11/27/2017 | 24.0 | Verified |
| 7 | 11/28/2017 | 24.0 | Verified |
| 8 | 11/29/2017 | 24.0 | Verified |
| 9 | 11/30/2017 | 24.0 | Verified |
| 10 | 12/01/2017 | 24.0 | Verified |
| 11 | 12/02/2017 | 24.0 | Verified |
| 12 | 12/03/2017 | 24.0 | Verified |
| 13 | 12/04/2017 | 24.0 | Verified |
| 14 | 12/05/2017 | 24.0 | Verified |
| 15 | 12/06/2017 | 24.0 | Verified |
| 16 | 12/07/2017 | 24.0 | Verified |
| 17 | 12/08/2017 | 24.0 | Verified |
| 18 | 12/09/2017 | 24.0 | Verified |
| 19 | 12/10/2017 | 24.0 | Verified |
| 20 | 12/11/2017 | 24.0 | Verified |
| 21 | 12/12/2017 | 24.0 | Verified |
| 22 | 12/13/2017 | 24.0 | Verified |
| 23 | 12/14/2017 | 24.0 | Verified |
| 24 | 12/15/2017 | 24.0 | Verified |
| 25 | 12/16/2017 | 24.0 | Verified |
| 26 | 12/17/2017 | 24.0 | Verified |
| 27 | 12/18/2017 | 24.0 | Verified |
| 28 | 12/19/2017 | 24.0 | Verified |
| 29 | 12/20/2017 | 24.0 | Verified |
| 30 | 12/21/2017 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.