UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:15-CR-0159-TWP-MJD |
| ) | |
| JARED FOGLE, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

This matter is before the Court on the motion of the United States for a Final Order of Forfeiture, and the Court being duly advised in the premises finds that the motion should be and hereby is GRANTED.   The Court finds as follows:

1. On September 18, 2017, this Court issued a Preliminary Order of Forfeiture against the defendant, Jared Fogle, forfeiting his interest in the following property to the United States:

    a. $50,000.00 United States Currency (Asset Identification Number: 15-FBI-006618); and

    b. Assorted Electronic Equipment (Asset Identification Number: 15-FBI-007570)

(collectively, the "subject property").

2. The United States gave notice of the forfeiture to any and all potential claimants by posting notice on the official government internet forfeiture website for thirty (30) consecutive days as required under 21 U.S.C. § 853(n)(1) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.   No direct written notice was required under Rule G(4)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and

Asset Forfeiture Actions as the Government knows of no person who reasonably appears to be a potential claimant.

3.  It appears from the record that no person has asserted a claim for any of the subject property, and the time to do so has expired.

THEREFORE, IT IS NOW ORDERED, ADJUDGED and DECREED that the Preliminary Order of Forfeiture issued on September 18, 2017, is hereby amended, so that, in addition to the forfeiture of any interest of the defendant in the subject property, the interests of any and all potential third-party claimants in the subject property, are FORFEITED to the United States of America pursuant to 18 U.S.C. § 2253 and U.S.C. § 853(p).

IT IS DECREED that all right, title, and interest in the subject property vested in the United States upon the commission of the criminal acts giving rise to the forfeiture.

IT IS FURTHER DECREED that this is a proper certificate under 28 U.S.C. § 2465, that there was reasonable cause for seizure of the subject property, and that neither any officer or employee of the United States who seized the property nor the prosecutor bringing this action will be liable to suit or judgment on account of this proceeding to forfeit the subject property.

The United States is hereby ORDERED to dispose of the property according to law.

SO ORDERED

Date: 2/20/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.

Jared Fogle, #12919-028
Englewood Federal Correctional Institution
9595 West Quincy Avenue
Littleton, Colorado 80123