UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cr-00159-TWP-MJD-01 |
| ) | |
| JARED S FOGLE, ) | |
| ) | |
| Defendant. ) | |

**ENTRY DIRECTING TREATMENT OF MOTION TO WITHDRAW PLEA**

"Any motion filed in the district court that imposed the sentence, and substantively within the scope of 28 U.S.C. § 2255, is a motion under § 2255, no matter what title the prisoner plasters on the cover." *Melton v. United Staets*, 359 F.3d 855, 857 (7th Cir. 2004). Because Defendant's motion to withdraw plea due to clear error, seeks to alter the amended judgment of conviction entered on August 25, 2017, this motion must be treated as a motion seeking relief pursuant to 28 U.S.C. § 2255.

The clerk shall therefore open one new civil action in the Indianapolis Division and re-docket the motion to withdraw plea of guilty, dkt [125], as the defendant's motion for relief pursuant to 28 U.S.C. § 2255. The Nature of Suit of the new civil action will be 510 and the Cause of Action will be 28:2255.

A copy of this Entry shall likewise be docketed in the newly opened action.

Insofar as filed in the above criminal action, the motion, dkt [125], is **denied without prejudice**.

**IT IS SO ORDERED.**

Date: 2/26/2018

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jared Fogle
Reg. No. 12919-028
Englewood Federal Correctional Institution
9595 West Quincy Ave.
Littleton, CO 80123

All Electronically Registered Counsel