UNITED STATES DISTRICT COURT
DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA
Plaintiff

vs.                                             Case No: 1:15-cr-00159-TWP-MJD-01

JARED S. FOGLE
Defendant

### MOTION TO WITHDRAW PLEA DUE TO CLEAR ERROR

COMES NOW, **FOGLE**, pursuant to statutory enactment, Title 28 USCS § 1651, motions this court, to exercise its authority under listed statute of law, and give FOGLE the right to withdraw his pleas of guilty, due to clear error.

### F. R. Cr. P. 11(b)(3) and (e)

"Federal R. Crim P. 11 provides a "guilty-plea safeguard", this court is to rely on the existance of the safe-guard to assure "the constitutionally required determination that a defendants guilty plea is truly voluntary...." **FOGLE** did not in any way "voluntarily" plea lacking in duress. This is evident by the fact, that **FOGLE** was allowed to plea to a "charge" of "conspiracy" which in fact, and law, does not exist. (in reliance on 573 F.3d 428 United States v Polak, 2009 7th Cir)

This is clear and evident error, by which **FOGLES** Constitutional rights were violated.

The court clearly erred in accepting such invalid and un-authorized "charge" and therefore prejudice against **FOGLE** was allowed to be "inferred" by the United States prosecution. This court must find that **FOGLES** Constitutional Rights were clearly violated. On error review the **"court must find that it: (1) affected defendants substantial rights; and (2) seriously affected the fairness, integrity or public reputation of the judicial proceedings."** FOGLE argues just such.(see:Polak)

According to Fed. R. Cr. Pr. 11(b)(3), this court failed **FOGLE** in determining the 'factual basis' for his plea agreement;

> "Before entering judgement on a guilty plea, the court must determine there is a factual basis for the plea."

1

Since the United States relied on "law" which by Constitution nor legislation, factually does not exist, this is evidence of FOGLES coerced plea; Getting plea's of Guilty, to charges that in law, do not exist, is the strongest evidence of coercion.

## JUDICIAL ECONOMY

According to, 804 F.3d 836 Healy v Metro, Sep 2015, 7th Cir:

> "Federal Courts posess only that power <u>authorized</u> <u>by</u> <u>constitution</u> <u>and statute.....</u>"

FOGLE was allowed to plead, be found guilty, and sentenced for conduct(s) in which no Congressional provision exist; in violation of the Constitution. As such, for the purpose of Judicial Economy, FOGLE relies on 98 LED 248 346 U.S. 502 United States v. MORGAN:

> "A federal District Court has power to grant a motion in the nature of a writ of error Coram Nobis <u>in a criminal case</u>."

FOGLE, relies on this controlling Supreme Court law, for the purposes of rapidly withdrawing his plea's, and gaining his immediate release. FOGLE, further offers to the court, that Coram Nobis is a valid tool for error remedy;

> "The writ of error was not abolished by section 2255 of the Judicial code. permitting a federal prisoner to attack his sentence by motion to the sentencing court." (MORGAN)

The need of a § 2255 Motion to attack this sentence is neither necessary, nor Judicially Economical of government resources and budgets. In support:

> "we don't think that the enactment of 2255 is a bar to this motion, and we hold the district court has power to grant such a motion."

The MORGAN court also found and affirmed that Coram Nobis is "a step in the criminal case." Therefore, in reliance of the law in MORGAN, this court is authorized by statutory authority from Congress, to provide FOGLE the relief requested in this motion. Further, the Supreme Court is controling on this, pursuant to MORGAN.

## BACKGROUND

FOGLE was in error allowed to plead guilty to "conducts", which in law, are not covered by the provisions of congress. Conspiracy.

In order for the Appeals court, to have heard FOGLES case in the first place, would have required a "final decision"; any charge not allowed by Congressional legislation, would hold FOGLES case as "non-final".

> **"final decision is "one which ends the litigation on the merits and leaves nothing for the court to do but execute the judgement."**
> (CATLIN as cited in GELBOIM, Supreme Court)

As such this court allowed FOGLE to be erroniously charged, for conducts not allowed to be relied upon; the "merits" of an actual 5th Amendment Charging instrument have never as yet been found on the records. FOGLES constitutional rights have been Denied to him. 7th Circuit held no jurisdiction over the case.

FOGLE would remind this court, it is one of limited jurisdiction. **"Conspiracy to distribute/receive child pornography"** is not recognized by the legislation of § 2252(a)(2) of Title 18 of the Code.

In otherwords, any conducts used against FOGLE, to find him guilty of such "created law", is in direct violation of his rights, and illegal.

Under Rule 11(b)(3), this court is required to protect FOGLES rights during the plea process; this court respectively erred at such;

> 1) Accepting a plea deal, passing judgements for conduct(s) not covered by legislation as charged;("conspiracy")

> 2) Accepting a plea for "engaging in illicit sexual conduct" (prostitution in New York) lacking in proof of "travel for the purpose of", violates the statute as written.

This is the basis for FOGLE withdrawing his pleas of guilty. Due Process. FOGLE, as is anyone, is entitled to Due Process.

## DUE PROCESS RIGHTS

According to the Supreme Court in United States v. MIRANDA, 1966 Holdings:

> **"It is not admissable to do great right by doing little wrong... It is not sufficient to do justice by obtaining proper result by irregular or improper means."**

FOGLE, holds that the United States was "tinkering" with a charge to make it read

3

as such, that the conducts constructively pieced together, "create crime"; forcing **FOGLE** to Plead guilty or risk **FOGLE** being forced into Bankruptcy, as threatened by the AUSA DeBrota; had **FOGLES** high priced legal team, not allowed him to plead to such an errornious charge of "conspiracy"; had **FOGLE** not been directly made "guilty by association", thru the courts of Public Opinions and the media blastings; **FOGLE** would enter a plea of "Not Guilty." In support from MIRANDA v. Arizona, Justice Brandeis offers such:

> "As we have stated before, "Since Chambers v FLorida 309 US 227 [84 Led 716, 709 60 S.Ct 472] this court has recognized that coercion can be mental as well as physical, and the blood of the accused is not the only hallmark of an unconstitutional inquisition."

In otherwords, **FOGLE**, having been afforded a "true charge", as Congress has written and authorized, would have plead "Not Guilty." Further, with the AUSA threatening **FOGLE**[should he have challenged the United States] so as to Bankrupt **FOGLE** if he should plead "Not Guilty", **FOGLE** took measures to protect his wife, their children, and their family wealth, legally earned. Coercion to force a guilty plea is clear and evident.

## DUE PROCESS ENTITLEMENTS

**FOGLE**, (the same as any Defendant) is entitled to Due Process as law is written and passed by Congress; not "re-written" by Steve DeBrota, AUSA.

> "Those who framed our Constitutional practices were ever aware of the subtle encroachments on individual liberty..."
> (Justice Brandeis, in United States v MORGAN)

This court, with all due respect, allowed **FOGLE** to plead guilty to an unconstitutional and illegal "law"; as such, this court exceded its authority. This lack of Jurisdictional Grant has been argued prior under Amicus and **FOGLES** pro se motions. This court must assure that the law is followed to the letter:

> "In a government of laws, existence of the Government will be imperiled if it fails to observe the law scrupiously." (Justice Brandeis in Olmstead v United States, 277 U.S. 438 485, 72 L.Ed 944 959, 48 S.Ct 564 66 ALR(1928)(Relied on in MIRANDA)

This court, Limited in its Jurisdiction, allowed AUSA DeBrota to "fit"

4

FOGLES conducts into a "charge" which in fact, and law does not exist:

> "For good or ill, it[Govt] teaches the whole people by its examples that crime is contagious. If government becomes a lawbreaker it breeds contempt for the law, it invites every man to become a law unto himself; it invites Anarchy." (Justice Brandeis, as cited in MIRANDA)

Due Process of law(s), requires adherences by all parties in the United States;

Not only the citizens, yet also the Government as well;

> "decency, security and liberty alike demand that Government officials shall be subjected to the same rules of conduct that are the commands to the citizens," (Brandeis in MIRANDA citation)

According to Judge FLAUM for the 7th Circuit, it is a concern of first step to check for subject-matter jurisdiction in all cases:

> "We are required to consider subject matter jurisdiction as the first question of every case, and we must dismiss this suit if such jurisdiction is lacking." Aljabri v Holder, 745 F. 3d 816 (2014 7th Circuit)

In this case, the 7th Circuit seems to have overlooked the same legal standard:

> "As the government notes, the district court repeatedly clarified at sentencing that FOGLES conspiracy charge concerned the distribution and receipt of child pornography, not production." (From the Opinion of the 7th Circuit, United States v. Jared S. Fogle Direct Appeal)

FOGLES argument now reaffirms for the records, "conspiracy" is not a part of the statute of law, under § 2252(a)(2) of the Criminal Code; it is erronious to allow a plea of guilty to such, and further in error to allow punishment for such unlawfully "charged" conduct(s). The 7th Circuit failed FOGLE in spoting this glaring defect in law.

Adding insult to injury, on FOGLES direct, his Counsel made an attempt to direct the Circuit Judges to the error in charging:

> "FOGLE first argues that his sentence is based on clearly erronious facts because the district court held him accountable for Taylor's production offenses." (FOGLE Opinion of Direct Appeal)

With all due respect to the Judges, there is no Congressionally Valid provision to have Charged FOGLE with "conspiracy", under § 2252(a)(2) of Title 18.

Both Courts are in grave error of law.

5

The subject-matter of § 2252(a)(2) does not cover **"CONSPIRACY"**; Therefor, this courts "jursidiction" is limited to the textual content of § 2252(a)(2) and the allowance of "plea" to a charge of **"conspiracy"** is a grave miscarriage of justice. **FOGLE** must be allowed the right to Withdraw his plea. For removing the **"conspiracy"** and supportive conduct(s), would leave **FOGLE** pleading not guilty.

Not Guilty of "distributing/receiving child pornography";

Not Guilty of "conspiracy to distribute/receive child pornography";

Not Guilty of "traveling for the purpose of engaging in illicit sex"

**FOGLE** for the records would point out that Dr. Larry NASSER, was not charged with "travel for the purpose of engaing in illicit sexual conduct"; yet he clearly engaged in unlawful conducts with young women, while performing his "intravaginal adjustments"; **FOGLE** in contrast, traveled as a Media Spokesperson for SUBWAY, yet he was in error allowed to be charged with "travel for the purpose of engaging in illicit sexual conduct." **FOGLE** fails to see the unlawfulness of his Media based travel, when Dr. Larry Nasser was clearly violating young women during his "medical" works, yet Nasser was not charged for such. This is clear and diverging applications of law.

**FOGLE** further offers evidence of further proof of his coerced pleas;

**"some of the victims were as young as six years old."**

This was never admitted to by **FOGLE** and was baseless and untrue; **FOGLE** will rely on the 4 hour interview with Steve DeBrota to support his defense. **FOGLE** argued this on Appeal and this is not the first time he has challenged:

> **"Third he says that the court erroniously based the sentence on his acquisition and viewing of pornography depicting children as young as six years old."** (Appeals citation in Direct Opinion)

This further supports **FOGLES** argument that he was coerced into pleading guilty of conducts neither committed nor admitted to. This is already on the records. Such statements are simply not true, and one of the reasons **FOGLE** challenged his sentence. **FOGLE** admits this fact to all the world watching; he did receive (2) pictures on a cell phone, in-state, from TAYLOR;

6

> "Law enforcement officials then executed a warrant to search
> FOGLES home and devices. They found two images of child pornography
> on FOGLES phone that FOGLE had received from Taylor." (From Opinion
> of 7th Circuit, Direct Appeal)

FOGLE notes two important facts for the records:

> 1) Pictures received unsolicited, and "intrastate" fails to satisfy
> federal jurisdiction, and required "specific intent";
>
> 2) This court recently informed FOGLE that there is NO WARRANT on
> file with this case; further, the docket on this case shows the
> case did not start until August  2015.  Over a month after the
> FBI raided FOGLES house. No valid search warrant exist associated
> with the case.

FOGLE admits to this court and all the world watching, he should have reported TAYLOR for the pictures sent to FOGLE; FOGLE was wrong for not doing such. The court of Appeals addressed this point:

> "Fogle never reported Taylor to law enforcement." (Direct Opinion)

FOGLE never solicited TAYLOR for the pictures of the girl in the shower, and text records on the cell phone in question verify such fact. FOGLE did however suffer from Alcohol and Sex addictions, (these facts were confirmed pre-sentence yet this court fails to recognize such medical diagnosis) FOGLE medical therapist put him on medicine for such and overactive libido symptoms were curbed instantly. The Appeals court noted the overactive libido:

> "text messages and emails revealed that Fogle had repeatedly
> found adult escorts through the internet...."

The court and all viewers should notice, no mention was ever made of "child" sex-practioners; only adults. FOGLES misconducts entailed adult prostitution workers, save for (1) specific 17 year old in New York City. As admitted.

### ERROR MANIFEST

FOGLE, argues that the court(s) allowed manifest errros to occur. This caused clear and specific harm(s) to FOGLES reputation, career, freedom and rights. Specifically, allowing FOGLE to plead GUILTY to "conspiracy" when no legal provision exist in the body of § 2252(a)(2); allowing Steve DeBrota to bypass the Constitutionally manadated requirement of "Bicameralism" required under Article 1 Section 7, Clause 2 of the Constitution, means "conspiracy" is not law.

7

Recently, the Supreme COurt found such conduct(s) to be in violation of Constitutional law; further the Supreme COurt recommended:

> "if a statute needs repair, theres a constitutionally prescribed way to do it. Its called legislation."(Perry v. MSPB 198 LED 2D 257)

further in the same case holding the Supreme Court found:

> "Besides the law of unintended consequences being what it is, judicial tinkering with legislation is sure to invite trouble."

Attorney Steve DeBrota, for the United States of America did exactly just such "tinkering". And as such, "trouble" has thus ensued.

## RELIEF REQUESTED

**FOGLE** does hereby respectfully request this court to allow him to Withdraw his Guilty Pleas for the foregoing and argued facts. Anything less would be a grave miscarriage of justice.

Submitted to this court this 8th day of February 2018,

*[signature]*

Jared S. Fogle
**Pro Se**
9595 West Quincy Ave.
Littleton, CO 80123

8