UNITED STATES DISTRICT COURT
DISTRICT OF INDIANA
SOUTHERN DISTRICT

UNITED STATES OF AMERICA
**Plaintiff**

vs.                                                              Case No: 1:15_CR-00159-TWP

JARED S. FOGLE
**Defendant**

## OBJECTIONS FOR THE RECORD

**COMES** now, Defendant **FOGLE**, does hereby enter the following objections to this court's recent findings of 20 February 2018, as regards to the "forfeiture" Finalization;

### ERRONIOUS STATUTORY RELIANCE

This court in its holdings, relied on § 853 of Title 21 of the USC;

As such, this court ruled in error. § 853(a) of Title 21 states in clear and non-ambiguous text that:

> "Property Subject to forfeiture: Any person convicted of a violation of this title or title III punishable by imprisonment for more than one year, shall forfeit to the United States irrespective of any provision of State Law ---"

The Supreme Court of the United States addressed this exact issue of misuse of statutory legislation in June 2017, under Honeycutt v. United States 198 LED 2D 73, stating :

> "Forfeiture under 21 USC § 853 applies to any person convicted of certain serious drug crimes."

The Supreme Court also found, that such forfeiture, was entitled as evidence of the "profit making" of the Drug driven actions:

> [2] forfeiture pursuant to 21 USCS § 853(a)(1) was limited to property the defendant himself actually acquired as the result of the crime."

the Supreme Court also found further that:

> "853(a) limits the statutes reach by defining the property subject to forfeiture....."

FOGLE, would remind this court, § 853 is associated with **"serious drug crimes"**.

1

further, the Supreme COurt held in Honeycutt that:

> "A court cannot construe a statute in a way that negates its plain text."

This court is reminded, that the plain text of § 853(a) states:

> "Property Subject to forfeiture: Any person convicted of a violation of this title or title III....."

FOGLE has not been found guilty of any Title 21 or Title 3 Charges.

> OBJECTION:  FOGLE has once again been denied due process of law(s); this court has again misapplied the law, as it is written. FOGLE Objects.

Submitted this 1st day of March 2018

*Jared S. Fogle*
Jared S. Fogle
**Pro Se**
9595 West Quincy Ave.
Littleton, CO 80123