⇔12919-028⇔
Jared Fogle
Englewood
Federal Correctional In
9595 West Quincy Ave
Littleton, CO 80123
United States

CERTIFIED MAIL

7012 3460 0002 2200 8429

#105

CORRECTIONAL SYSTEMS MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTION
9595 WEST QUINCY AVE., LITTLETON, CO. 80123

DATE/INITIALS _____

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

United State District Court
46 E. Ohio Street
Indianapolis, IN 46204

RECEIVED
MAR 06 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

LEGAL

46204$1903 C009