UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:15-CR-0159-TWP-MJD |
| ) | |
| JARED FOGLE, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' RESPONSE TO DEFENDANT'S
"OBJECTIONS FOR THE RECORD"**

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Steven D. DeBrota, Assistant United States Attorney, responds to the defendant's "Objections for the Record," in which the defendant seems to request the Court reconsider its Final Order of Forfeiture in light of *Honeycutt v. United States*, 137 S.Ct. 1626, 198 L.Ed.2d 73 (2017). However, the defendant has not provided any reason for the Court to reconsider its Order and the Court should deny his "Objections for the Record."

Initially, it must be noted that *Honeycutt* is inapplicable to this case. *Honeycutt* concerned joint and several liability with regards to money judgments, which are not at issue in this case. *Honeycutt*, 137 S.Ct. at 1631-32. Further, the defendant's cites to 21 U.S.C. § 853(a) as being the statute upon which the Court relied in issuing its holding in the Final Order of Forfeiture; his argument is misplaced. Dkt. 132 at 1. Nowhere in the order is § 853(a) cited. Instead, the order cites §§ 853(n) and 853(p). These two section have been incorporated into 18 U.S.C. § 2253, which provides that 21 U.S.C. § 853 (with the exception of

1

subsections (a) and (d)) applies to the criminal forfeiture of property of any person convicted of an offense under 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2260 and 2252B.  *See* 18 U.S.C. § 2253(b).  The defendant was convicted on charges of distribution of child pornography and conspiracy to distribute and receive child pornography (Count 1) in violation of 18 U.S.C. § 2252(a)(2) and (b)(1); and one count of travel to engage in illicit sexual conduct with a minor and attempting to travel to engage in illicit sexual conduct with a minor (Count 2) in violation of 18 U.S.C. § 2423(b) and (e).   Thus, the cited sections apply to the defendant's case as set out in the Final Order of Forfeiture.

The facts are that the defendant pled guilty to the charges for which he was convicted, and in his plea agreement he voluntarily consented to forfeiture of the assets listed in the Final Order of Forfeiture.   Dkt. 4; *see also* Dkt. 104.   On September 18, 2017, the Court issued its Preliminary Order of Forfeiture forfeiting the defendant's interest in the subject property.   Dkt. 105.   His interest in the property was terminated on September 18, 2017, and is not at issue in the Final Order of Forfeiture.

WHEREFORE, the United States respectfully requests that the Court deny the defendant's "Objections for the Record" and for such other relief just and proper in this case.

                                Respectfully submitted,

                                JOSH J. MINKLER
                                United States Attorney

By:   *s/ Steven D. DeBrota*
        Steven D. DeBrota
        Assistant United States Attorney
        Office of the United States Attorney
        10 W. Market St., Suite 2100
        Indianapolis, IN 46204-3048
        Telephone: (317) 226-6333
        Fax: (317) 226-6125
        E-mail: Steven.DeBrota@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on March 13, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all ECF-registered counsel of record via email generated by the Court's ECF system.

                                *s/ Steve D. DeBrota*
                                Steven D. DeBrota
                                Assistant United States Attorney
                                Office of the United States Attorney
                                10 W. Market St., Suite 2100
                                Indianapolis, IN 46204-3048
                                Telephone: (317) 226-6333
                                Fax: (317) 226-6125
                                E-mail: Steven.DeBrota@usdoj.gov