Case 1:15-cr-00159-TWP-MJD   Document 139   Filed 04/24/18   Page 1 of 2 PageID #: 1553

FILED
April 24, 2018
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA

VS.

JARED S. FOGLE

Case No: 1:15-cr-00159-TWP-MJD

MOTION TO DISMISS DUE TO LACK OF ARTICLE III STANDING

**COMES** now, **Jared S. Fogle,** does hereby enter this motion, to **DISMISS** this case, due to the United States of America's failure to allege, and provide proof of standing;

THIS IS NOT A SECTION 2255 MOTION

This court in the past, misconstrued another motion (plea withdrawal) as a § 2255 "motion"; this was in error. **Fogle,** for the records is relying on the § 2255 statute to clarify to this court, this is the required motion, prior to a "§ 2255" appeal to the Sentencing court;

"(a) A prisoner in custody under sentence of a court established by Act of Congress......may move the court which imposed the sentence to vacate, set aside, or correct the sentence.:

**Fogle** is relying on this enumerated "right" to Motion to this court, the "Sentencing court", to VACATE his sentences, due to Article III, "injury-in-fact" wanting.

further: "A prisoner.......claiming the right to be released upon the ground that the sentence was imposed in violation of the Constitution or laws of the United States......"( see: § 2255(a)

**Jared S. Fogle,** is claiming that this "sentencing court" allowed his Article III Constitutional rights to be denied, when this court failed to require the United States of America, to allege and evidence "it's actual injury". In otherwords, this sentecing court, allowed a Plaintiff to appear, charge, and be given relief of which it was not proven in law under Article III, to be enttiled to. No injury to the United States of America has been alleged. Other party's are deemed to be the injured parties. This is not allowed by Article III Case or Controversy. Doctrines of law.

"To use the language of Data Processing the **City's claims of financial injury suffered as a result of the statutory violations**, are at least "arguably within the **zone of interest**" that the FHA protects." 397 U.S. at 153, 90 S. Ct, 827, 25 L Ed 2d 184 (emphasis added).

In short, and in otherwords, the City of Miami, succeeded in satisfying its requirements of proving "actual injury" to a protected interest." Simply, "injury-in-fact"; as required under Article III's case or controversy doctrine.

In contrast, the MOVANT'S case allowed the United States of America, to unlawfully Obtain, Multiple forms of relief, for alleged conducts, of which they    no direct, actual, concrete "injury" to the United States. In fact, adding insult to injury, the United States claimed relief for "third parties."

## RELIEF REQESTED AND WARRANTED

**Fogle**, does hereby further rely on Congress's intent under § 2255 which states:

**"(b) unless the Motion and the files and records of the case conclusively show that the prisoner is entitled to no relief, the court**[sentencing] **shall cause notice therefor to be served upon the United States Attorney**[DeBrota]**, grant a prompt hearing thereon, determine the issues** [lack of Article III Standing] **and make findings of fact**[actual, no hypothetical]**and conclusions of law with respect thereto."**

**Jared S. Fogle**, hereby request this "setencing court" , to follow our Congress's clear intention, as cited above; this court, made clear from the records of its intention to "hold **Fogle** accountable", and now it is **Fogle's** turn to hold this court, Accountable for applying the law(s) of the United States of America.

1) Notify Steve DeBrota of the United States Attorney's office, that he has a "standing" challenge on the records;

2) GRANT a prompt hearing on the issues (lack of standing under Article III)

3) VACATE **Fogle's** sentences due to the United States failure to allege and proove "injury-in-fact", as required and protected, under Article III, sec. 2.

Submitted this 28th day of March 2018

*/s/ Jared S Fogle*

Jared S Fogle
**Pro Se**
9595 West Quincy Ave.
Littleton, CO 80123