⇨12919-028⇨
Jared Fogle
Englewood
Federal Correctional Institution
9595 West Quincy Avenue
Littleton, CO 80123
United States

DENVER CO 802

20 APR 2018 PM 3 L

RECEIVED
APR 24 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

CORRECTIONAL SYSTEMS MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTION
9595 WEST QUINCY AVE., LITTLETON, CO., 80123

DATE/INITIALS 4/18/18

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

UNITED STATES DISTRICT COURT OF INDIANA
BIRCH BAYH COURTHOUSE
46 E OHIO ST ROOM 105
INDIANAPOLIS, IN 46204

LEGAL MAIL