UNITED STATES DISTRICT COURT
DISTRICT OF INDIANA



JARED S. FOGLE
**Defendant**

vs.

Case 15-cr-00159

1:15-cr-159-TWP-MJD

United States of America
**Plaintiff**

## OBJECTION FOR THE RECORDS

**COMES NOW**, Defendant **FOGLE**, **does** hereby enter the following objectins for the records;

    1) Judge Tanya Walton Pratt, has made attempts to "fix jurisdiction" over **FOGLE**, simply for the purposes of protecting her own financial exposure due to errors continually committed;

> "**Qualified immunity protects government officials from civil liability as long as their actions do not "violate clearly established statutory or constitutional rights of which a reasonable person would have known."** Pearson v Callahan, 555 U.S. 223, 231,129 S.Ct 808, 172 L.Ed 2d 565(2009) (quoting Harlow v Fitzgerald 457 U.S. 800, 818, 102 S.Ct 2727, 73 L.Ed 2d 396(1982))"[cited from 7th Circuit holding, Wilson v Gaetz, Aug 2017 LEXIS 22502]

Judge Pratts Actions, of allowing an Illegal Sentence, against an Illegal Charge which does not even exist in law, is clearly something a "reasonable person" would have known, is in violation of **Fogles** rights.

    **OBJECTION:** Jared S. Fogle, hereby objects to the courts continually attempting to ignore a clear and blatant violation of his rights, and being more concerned about Judge Pratts financial interest instead.

Submitted this 4th day of April 2018

*/s/ Jared S. Fogle*
Jared S. Fogle
**Pro Se**
9595 West Quincy Ave.
Littleton, CO 80123

CC ECF emails to Debrota