UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-cr-00159-TWP-MJD |
| | ) | |
| JARED S FOGLE, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**Entry Directing Treatment of Motions to Dismiss**

This matter is before the Court on two nearly identical motions to dismiss filed by Defendant Jared S. Fogle ("Fogle"), dkt. 136 and dkt. 139. Fogle asserts that his "motion to dismiss due to lack of Article III Standing" "is not a Section 2255 motion," dkt. 136 at 1 and dkt. 139 at 1. Instead, citing § 2255(a), Fogle alleges that "this is the required motion, prior to a '§ 2255' appeal to the Sentencing court," *id*. But there is no required motion prior to a § 2255 motion. Rather, "[a]ny motion filed in the district court that imposed the sentence, and substantively within the scope of 28 U.S.C. § 2255, is a motion under § 2255, no matter what title the prisoner plasters on the cover." *Melton v. United States*, 359 F.3d 855, 857 (7th Cir. 2004). In his motions, Fogle cites to civil cases to support his position that his motions should not be treated as a motion under § 2255. These civil cases and legal theories do not apply to a challenge to set aside or vacate a *criminal* judgment and sentence. Because Fogle's motions to dismiss seek to vacate his sentence entered on December 1, 2015, these motions must be treated as a motion seeking relief pursuant to 28 U.S.C. § 2255.

**The clerk shall therefore open** a new civil action in the Indianapolis Division and **re-docket the motions to dismiss** due to lack of Article III standing, dkt. [136] and dkt. [139], as the

defendant's single motion for relief pursuant to 28 U.S.C. § 2255. The Nature of Suit code of the new civil action will be 510, the Cause of Action will be 28:2255, and the filing date of the § 2255 motion shall be April 4, 2018. By separate entry in the new civil action, the Court will provide Fogle with the required notice pursuant to *Castro v. United States,* 540 U.S. 375, 383 (2003).

A copy of this Entry shall likewise be docketed in the newly opened civil action.

Insofar as filed in the above criminal action, the motions in dkt. [136] and dkt. [139], are denied without prejudice.

**IT IS SO ORDERED.**

Date:  5/15/2018

*[signature]*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jared Fogle
Reg. No. 12919-028
Englewood Federal Correctional Institution
9595 West Quincy Ave.
Littleton, CO 80123

All Electronically Registered Counsel