DEAR COURT CLERK,

Can you please provide me with a list of your local Court reporters to have a Court hearing transcribed for me due to a certificate of appeal in process of being filed in the Seventh circuit court of appeals due to Constitutional violations within case no. 1:15-cr-00159-TWP-MJD-1.

THANK YOU VERY MUCH,

FILED

JAN 3 0 2020

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

*[signature]*

JARED FOGLE
9595 WEST QUINCY AVENUE
LITTLETON, CO. 80123