```
CASE No.1:15-cr-00159-TWP-MJD
JARED FOGLE#12919-028
FCI ENGLEWOOD
9595 WEST QUINCY AVENUE
LITTLETON,CO. 80123
```

**FILED**

MAR - 3 2020

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Dear court clerk,

Can you please provide me with a complete public docket file (ECF FILE) for my criminal case so i can see whats been filed and transcribed and what has not for appeal purposes.

I also need ECF document #4 "Petition to enter plea of guilty and plea agreement" filed on 8/19/2015.

Both of these requests are to present Constitutional violations that took place within my criminal case to the appellate court as an offer of proof.

Thank you,

p.s. If the hearing conducuted on 08/19/2015, ECF No.18, a proceeding in front of Magistrate Judge Mark J. Dinsmore has already been transcribed, can you please provide me with 1 copy of the transcribed hearing.

_____
JARED FOGLE #12919-028
FCI ENGLEWOOD
9595 WEST QUINCY AVE,
LITTLETON,CO. 80123

DATED: 2/24/2020