#12919-028
FCI ENGLEWOOD
9595 WEST QUINCY AVENUE
LITTLETON, CO. 80123

DENVER CO 802

25 FEB 2020 PM 2 L

RECEIVED

MAR 02 2020

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

COR... ...STS
FEDERAL CORREC...
9595 WEST QUINCY AV...

DATE/INITIALS _____

THE ENCLOSED LETTER WAS ...
PROCEDURES FOR FORWARD... TO
OPENED NOR INSPECTED IF THE WRITE...
OVER WHICH THIS FACILITY HAS JURISDICTION YOU MAY ... SH...
THE MATERIAL FOR FURTHER INFORMATION OR CLARF...
WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ...
ADDRESSEE. PLEASE RETURN THE ENCLOSURE TO THE ABOVE A...

BIRCH BAYH FEDERAL BUINLDING AND
UNITED STATES COURTHOUSE
"COURT CLERK"
46 EAST OHIO STREET, ROOM 105
INDIANAPOLIS, IN. 46204

46204-199999

"LEGAL MAIL"