**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-cr-00159-TWP-MJD |
| | ) | |
| JARED S FOGLE, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant Jared S. Fogle's *pro se* letter addressed to the

court clerk (Dkt. 146).  Mr. Fogle's request for copies is granted to the extent the clerk is **directed**

to include a copy of the docket sheet with Mr. Fogle's copy of this order.  The clerk is also **directed**

to include a copy of the Petition to Enter a Plea of Guilty at Dkt. 4.  Mr. Fogle is notified that a

transcript for the hearing held on August 19, 2015 has not previously been prepared.

IT IS SO ORDERED.

Date:   3/9/2020

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Steven D. DeBrota
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
steve.debrota@usdoj.gov

Andrew Richard DeVooght
LOEB & LOEB LLP
adevooght@loeb.com

Ronald E. Elberger
BOSE MCKINNEY & EVANS, LLP
relberger@boselaw.com

Jeremy Margolis
Loeb & Loeb LLP
jmargolis@loeb.com

Jared Fogle
#12919-028
FCI Englewood
9595 West Quincy Ave.
Littleton, CO 80123